STARK & STARK
A Professional Corporation
John E. MacDonald (CT Fed. Bar No.: 14853)
Thomas B. Lewis (Member NJ Bar)
993 Lenox Drive, Bldg 2
Post Office Box 5315
Princeton, New Jersey 08543-5315
(609) 895-7321

*Attorneys for Defendants, Timothy McMullan,
James Cook, Timothy McFadden, Karen Bazon,
Tamara Rivera and TJT Capital Group, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.<br><br>        Plaintiff,<br>vs.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC<br><br>        Defendants.<br>_____<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>        Third-Party Plaintiffs,<br>vs.<br><br>GURINDER AHLUWALIA<br><br>        Third-Party Defendant. | **CIVIL ACTION NO. 03:09-CV-01521-VLB**<br><br>**RULE 7.1 STATEMENT** |

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for TJT Capital Group, LLC, (a private, non-governmental corporate party),

certifies that it has no parent company and that no publically held corporation owns more than 10% or more if its stock.

          STARK & STARK
          A Professional Corporation

          By:   s/ John E. MacDonald
              JOHN E. MACDONALD (CT Fed. Bar No.: 14853)

Dated: October 21, 2009

Of Counsel:
Thomas B. Lewis
(Member Bar of NJ)
Stark & Stark
A Professional Corporation
993 Lenox Drive, Bldg 2
Post Office Box 5315
Princeton, New Jersey 08543-5315
(609) 895-7321

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

G:\docs\LIT\TBL\TJT CAPITAL\Genworth\Rule 7.1 Certification.TJT.wpd   -2-