# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC, <br><br> Defendants. | Civil Action No. 09-CV-1521 <br><br><br> **NOTICE OF PETITION FOR *PRO HAC VICE* ADMISSION OF THOMAS B. LEWIS, ESQUIRE** |

**TO:** Kurt Hansson, Esquire
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022

**SIR:**

**PLEASE TAKE NOTICE** that the undersigned, attorneys for Defendants Timothy McMullan, James Cook, Timothy McFadden, Karen Bozen, Tamara Rivera and TJT Capital Group, LLC, shall move before the United States District Court, District of Connecticut, for an Order admitting Thomas B. Lewis, Esquire, *pro hac vice*, on behalf of Defendants.

In support of this Petition, counsel will rely upon the Affidavit of Thomas B. Lewis, Esquire, annexed hereto.

The undersigned:

( )  waives oral argument and consents to disposition on the papers.

(X)  does not request oral argument at this time.

( )  requests oral argument.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

A proposed form of Order is attached.

STARK & STARK
A Professional Corporation

By: _____
JOHN E. MACDONALD (CT Federal Bar No. 14853)
993 Lenox Drive
First Floor
Princeton, NJ 08543
609-895-7292
Attorneys for Defendants

Dated: October 28, 2009

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315