## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC, <br><br> Defendants. | Civil Action No. 09-CV-1521 <br><br><br><br> **AFFIDAVIT OF THOMAS B. LEWIS, ESQUIRE IN SUPPORT OF NOTICE OF PETITION FOR *PRO HAC VICE* ADMISSION** |

I, Thomas B. Lewis, Esquire, dully sworn upon his oath deposes and says:

1. I am a member in good standing of the Federal and State Bars of the State of New Jersey. My home address is 65 Craven Lane, Lawrenceville, New Jersey 08648, and my office address is 993 Lenox Drive, First Floor, Princeton, New Jersey 08543. My email address is TLewis@Stark-Stark.com. I am a shareholder with the firm of Stark & Stark, P.C., defense counsel in the above entitled action.

2. I am currently a member of good standing of the bar of the state of New Jersey, and I have been a practicing attorney for more than twenty (20) years.

3. I am fully familiar with the jurisdictional provisions contained within title 28 of the United States Code, with the Federal Rules of Civil Procedure, and with the local rules of this Court. I have practiced in federal court extensively, and have been granted *pro hac vice* admission status in several federal jurisdictions outside of New Jersey.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

4.  I have never been convicted of any crime other than minor traffic offenses, and I have never been denied admission or discipline by any court, whether by way of disbarment, suspension from practice, censure or otherwise.

I certify that the all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

STARK & STARK
A Professional Corporation

_____
THOMAS B. LEWIS
993 Lenox Drive
First Floor
Princeton, NJ 08543
609-895-7321
Attorneys for Defendants

Dated: October 28, 2009

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315