**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br>                                 Plaintiff, <br><br> v. <br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC. <br><br>                                 Defendants. | Civil Action No. 3:09-CV-1521-VLB <br><br> **NOTICE OF APPEARANCE** |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC <br><br>                                 Third-Party Plaintiffs, <br><br> v. <br><br> GURINDER AHLUWALIA, <br><br>                                 Third-Party Defendant. | November 10, 2009 |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

　　　　PLEASE TAKE NOTICE of the appearance of the undersigned counsel on behalf of third-party defendant Gurinder Ahluwalia in the above-captioned action.

Dated: November 10, 2009         By:      /s/ Kurt W. Hansson
                                          Kurt W. Hansson (CT No. 01373)
                                          Paul, Hastings, Janofsky & Walker LLP
                                          75 East 55th Street
                                          New York, New York 10022
                                          (213) 318-6627

                                          Counsel for Plaintiff
                                          GENWORTH FINANCIAL WEALTH
                                          MANAGEMENT, INC.

                                          Counsel for Third-Party Defendant
                                          GURINDER AHLUWALIA

LEGAL_US_W # 63071812.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2009, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of this court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                /s/ Kurt W. Hansson
                                                Kurt W. Hansson