# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:09-CV-01521-VLB

To the Clerk of this court and all parties of record:

**Enter my appearance as counsel in this case for:**

Timothy McMullan       Karen Bazon
James Cook             Tamara Rivera
Timothy McFadden       TJT Capital Group, LLC

**I certify that I am admitted to practice in this court.**

| | |
|---|---|
| 11/16/09 | _(signature)_ |
| **Date** | **Signature** |
| phv03700 | Thomas B. Lewis |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (609) 895-7321 | 993 Lenox Drive; P.O. Box 5315 |
| **Telephone Number** | **Address** |
| (609) 895-7395 | Princeton, NJ 08543-5315 |
| **Fax Number** | |

tlewis@stark-stark.com
**E-mail address**

## CERTIFICATE OF SERVICE

I hereby certify that on 11/16/09, a copy of the foregoing Atty Appearance Form was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [list names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_(signature)_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Atty-Appearance.wpd Sept. 2008