**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.<br><br>Plaintiff,<br>vs.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC<br><br>Defendants. | CIVIL ACTION NO. 3:09-CV-01521-VLB<br><br><br>**NOTICE OF PETITION FOR *PRO HAC VICE* ADMISSION OF AMY BETH DAMBECK, ESQUIRE** |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>Third-Party Plaintiffs,<br>vs.<br><br>GURINDER AHLUWALIA<br><br>Third-Party Defendant. | |

**TO:** Bradley W. Bloodsworth, Esquire
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street, N.W.
Washington, DC 20005

**SIR:**

**PLEASE TAKE NOTICE** that the undersigned, attorneys for Defendants, Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC, and Third Party Plaintiffs, Timothy McMullan, James Cook, Timothy McFadden and TJT Capital Group, LLC, shall move before the United States District Court, District of Connecticut, for an Order admitting Amy Beth Dambeck, Esquire, *pro hac vice*, on behalf of Defendants/Third Party Plaintiffs.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

In support of this Petition, counsel will rely upon the Affidavit of Amy Beth Dambeck, Esquire, annexed hereto.

The undersigned:

( ) waives oral argument and consents to disposition on the papers.

(X) does not request oral argument at this time.

( ) requests oral argument.

A proposed form of Order is attached.

              STARK & STARK
              A Professional Corporation

              By: _____
              JOHN E. MACDONALD (CT Federal Bar No. 14853)
              993 Lenox Drive
              First Floor
              Lawrenceville, New Jersey 08648
              609-895-7292
              Attorneys for Defendants/Third Party Plaintiffs

Dated: December 29, 2009

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.<br><br>Plaintiff,<br>vs.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC<br><br>Defendants.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>Third-Party Plaintiffs,<br>vs.<br><br>GURINDER AHLUWALIA<br><br>Third-Party Defendant. | CIVIL ACTION NO. 3:09-CV-01521-VLB<br><br>**AFFIDAVIT OF AMY BETH DAMBECK IN SUPPORT OF PETITION TO ADMIT COUNSEL *PRO HAC VICE*** |

Amy Beth Dambeck, Esquire, hereby declares, pursuant to 28 U.S.C. §1746, as follows:

1. I am an associate with the firm of Stark & Stark, P.C., counsel for Defendants and Third Party Plaintiffs in the above-entitled action and I submit this declaration in support of the Petition for an Order to Admit Counsel *Pro Hac Vice*. My home address is 334 Ace Drive, Wall, New Jersey 07719, and my office address is 993 Lenox Drive, First Floor, Lawrenceville, New Jersey 08648. My office mailing address is Post Office Box 5315, Princeton, New Jersey 08543-5315. My email address is ADambeck@Stark-Stark.com.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

2. I am currently a member of good standing of the bars of the states of New Jersey and New York and the United States District Court for the District of New Jersey.

3. I am fully familiar with the jurisdictional provisions contained within title 28 of the United States Code, with the Federal Rules of Civil Procedure, and with the local rules of this Court.

4. I have never been convicted of any crime and I have never been denied admission or discipline by any court, whether by way of disbarment, suspension from practice, censure or otherwise.

I declare under penalty of perjury that the foregoing is true and correct.

*Amy Beth Dambeck*
AMY BETH DAMBECK

Dated: December 29, 2009

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.<br><br>Plaintiff,<br>vs.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC<br><br>Defendants.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>Third-Party Plaintiffs,<br>vs.<br><br>GURINDER AHLUWALIA<br><br>Third-Party Defendant. | CIVIL ACTION NO. 3:09-CV-01521-VLB<br><br><br>**AFFIDAVIT OF JOHN E. MACDONALD, ESQUIRE IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION OF AMY BETH DAMBECK, ESQUIRE** |

John E. MacDonald, Esquire, dully sworn upon his oath hereby declares as follows:

1. I am an attorney at law in the states of Connecticut, New York, New Jersey and Pennsylvania, as well as a member of the United States District Court for Connecticut, United States District Court for Pennsylvania and the United States Third Circuit. I make this Affidavit in support of the application of my associate, Amy Beth Dambeck, Esquire for *pro hac vice* admission in this Court.

2. I have known Ms. Dambeck for approximately five and one-half (5 ½) years and have worked with her in the employment section of the law firm Stark & Stark, PC. Ms. Dambeck has experience in employment law generally, and in the

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

specific issues raised in this case involving employment within the securities industry. She is of the highest character and professionalism as an attorney. I know of no fact that would call into question the integrity or character of Ms. Dambeck.

I declare under penalty of perjury that the foregoing is true and correct.

STARK & STARK
A Professional Corporation

_____
JOHN E. MACDONALD
(CT Federal Bar No. 14853)
993 Lenox Drive
First Floor
Lawrenceville, NJ 08648-2389
609-895-7292
Attorneys for Defendants/Third Party Plaintiffs

Dated: December 29, 2009

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.<br><br>　　　　Plaintiff,<br>vs.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC<br><br>　　　　Defendants.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>　　　　Third-Party Plaintiffs,<br>vs.<br><br>GURINDER AHLUWALIA<br><br>　　　　Third-Party Defendant. | CIVIL ACTION NO. 3:09-CV-01521-VLB<br><br>**ORDER ADMITTING COUNSEL**<br>*PRO HAC VICE* |

**THIS MATTER**, having been opened to the Court by Stark & Stark, A Professional Corporation, attorneys for Defendants, Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and, TJT Capital Group, LLC, and Third Party Plaintiffs, Timothy McMullan, James Cook, Timothy McFadden, and TJT Capital Group, LLC, John E. MacDonald, Esquire, appearing, for an Order admitting *pro hac vice*, Amy Beth Dambeck, Esquire, of Stark & Stark, 993 Lenox Drive, Lawrenceville, New Jersey 08648, for the purposes of appearing, participating and representing the Defendants/Third Party Plaintiffs, in the above matter, and notice having been given to counsel for Plaintiff, Genworth Financial Wealth Management,

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

Inc., and Third Party Defendant, Gurinder Ahluwalia, and the Court having considered the moving papers and affidavit submitted in support thereof, and for good and sufficient cause appearing;

**IT IS**, on this _____ day of _____, 2009,

**ORDERED**:

1. Amy Beth Dambeck, Esquire be and hereby is admitted *pro hac vice* on behalf of the Defendants, Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC, and Third Party Plaintiffs, Timothy McMullan, James Cook, Timothy McFadden, and TJT Capital Group, LLC, for the purposes of appearing, participating and representing the Defendants/Third Party Plaintiffs, in the above matter, subject to the following terms and conditions:

   (a) Amy Beth Dambeck, Esquire shall abide by the rules of this Court, including all relevant disciplinary rules;

   (b) Amy Beth Dambeck, Esquire shall notify the Court immediately of any matter affecting standing at the bar of any other court;

   (c) Amy Beth Dambeck, Esquire shall have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in this State, who shall be held responsible for them, the conduct of the cause and the admitted attorney herein;

2. Noncompliance with any of these requirements shall constitute grounds for removal.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

3. A copy of the within Order shall be served upon all counsel within ____ days of receipt of this Order.

_____

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-3-

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.<br><br>Plaintiff,<br>vs.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC<br><br>Defendants. | CIVIL ACTION NO. 3:09-CV-01521-VLB<br><br>**CERTIFICATE OF SERVICE** |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>Third-Party Plaintiffs,<br>vs.<br><br>GURINDER AHLUWALIA<br><br>Third-Party Defendant. | |

This is to certify that the foregoing Notice of Petition for *Pro Hac Vice* Admission of Amy Beth Dambeck, Esquire and supporting documents were sent via e-mail and regular U.S. mail on this date to counsel for the Plaintiff and Third Party Defendant, Bradley W. Bloodsworth, Esquire, PAUL, HASTINGS, JANOFSKY & WALKER LLP, 875 15th Street N.W., Washington, DC 20005.

STARK & STARK
A Professional Corporation

JOHN E. MACDONALD (CT Federal Bar No.14853)
993 Lenox Drive
First Floor
Lawrenceville, New Jersey 08648
609-895-7292
Attorneys for Defendants/Third Party Plaintiffs

Dated: December 29, 2009

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON NJ 08543-5315

G:\docs\LIT\TBL\TJT CAPITAL\Genworth\Notice of Petition. Pro Hac Vice.ABD.wpd