UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC.<br><br>    Defendants. | Civil Action No. 3:09-CV-1521-VLB |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>GURINDER AHLUWALIA,<br><br>    Third-Party Defendant. | |

## EXPEDITED MOTION TO COMPEL FORENSIC IMAGING OF DEFENDANTS' COMPUTERS, AND FOR ORDER FOR PRESERVATION OF EVIDENCE, PRODUCTION OF EVIDENCE, APPOINTMENT OF NEUTRAL FORENSIC EXPERT, AND SANCTIONS

Pursuant to Fed. R. Civ. P. 37(a) and L. Civ. R. 7(a)(3) and 37(a) & (b), and as set forth more fully in their supporting Memorandum of Law and accompanying Exhibits filed herewith, Plaintiff Genworth Financial Wealth Management, Inc. ("Genworth") and Third-Party Defendant Gurinder Ahluwalia, hereby move this Court for an order compelling Defendants Timothy McMullan, James Cook, Timothy McFadden, Karen

Bazon, Tamara Rivera, and TJT Capital Group LLC. ("TJT Capital") to submit their computers and electronic media to a court-appointed neutral forensic expert to perform forensic mirror imaging and examination. Genworth and Mr. Ahluwalia further request that this Court issue an order for the preservation and production of evidence in this case, and pursuant to Fed. R. Civ. P. 37(a)(5)(A) and L. Civ. R. 37(c), award Genworth and Mr. Ahluwalia their reasonable attorneys' fees and costs associated with this Motion. In further support of their Motion, Genworth and Mr. Ahluwalia submit herewith the Affirmation of Bradley W. Bloodworth, Esq. (Attached to the supporting Memorandum of Law as Exh. D).

In addition, as set forth more fully in Plaintiff's supporting Memorandum of Law filed herewith, there is a good faith basis to believe that there is a significant risk that material information will be destroyed before the instant Motion to Compel can be decided in accordance with normal procedure. Accordingly, Genworth and Mr. Ahluwalia respectfully request expedited resolution of this Motion to Compel pursuant to L. Civ. R. 7(a)(3) and 37(a)(2).

WHEREFORE, Plaintiff and Third Party Defendant respectfully request that the Court grant their Motion; issue a preservation order and a production order; appoint a neutral computer forensics expert to assist in the mirror imaging, preservation and retrieval of electronic evidence from Defendants' computers and computer media; and award them their attorneys' fees and costs associated with this Motion to Compel.

February 5, 2010

THE PLAINTIFF
GENWORTH FINANCIAL WEALTH
MANAGEMENT, INC.

THIRD-PARTY DEFENDANT
GURINDER AHLUWALIA

By _____/s/_____
Elizabeth M. Smith (CT19808)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06117
Tele: (860) 275-8338
Fax: (860) 275-8299
esmith@rc.com

-and-

Victoria A. Cundiff (phv 03712)
Kirby D. Behre (phv 03713)
Paul, Hastings, Janofsky & Walker LLP
75 E. 55th Street
New York, NY 10022
Tele: (212) 318-6030
victoriacundiff@paulhastings.com

## CERTIFICATION

I hereby certify that on 2/5/10, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Thomas B. Lewis, Esq.
John E. MacDonald, Esq.
Stark & Stark LLC
993 Lenox Drive, First Floor
Princeton, NJ 08453

_____/s/_____
Elizabeth M. Smith