# EXHIBIT B

# PaulHastings

Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022
telephone 212-318-6000 • facsimile 212-319-4090 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

(212) 318-6030
victoriacundiff@paulhastings.com

August 19, 2009

VIA HAND DELIVERY

Timothy McFadden
TJT Capital Group, LLC
9 West Broad Street
Stamford, Connecticut 06902

Re: Obligations to Genworth

Dear Mr. McFadden:

We represent Genworth Financial Wealth Management, Inc. ("Genworth" or "the Company"). We write to express Genworth's grave concerns relating to your recent formation and operation of TJT Capital Group, LLC ("TJT"), a direct competitor of Genworth.

As you know, while you were employed by Genworth, you owed fiduciary duties, including a duty of loyalty, to the Company not to engage in any activity that would be contrary to the interests of the Company or that would favor your interests above the interests of the Company. In addition, you had and continue to have a legal duty not to use any Genworth confidential information or property or client personal, non-public information for your interests. The evidence is mounting that you have acted in violation of each of these legal duties.

In particular, during your tenure with Genworth, you were entrusted with Genworth's confidential, proprietary, and trade secret information ("Genworth's Intellectual Property"). Examples of Genworth's Intellectual Property include, but are not limited, to the following: information regarding clients; information regarding investment advisers, financial advisers and consultants; customer/distributor lists, marketing/sales research and plans, business development plans, product specifications, designs and innovations, financial information, capital markets information and plans, IT technology and software. We understand that you are using that information in connection with soliciting and servicing Genworth clients, in violation of your duties. As troubling, we understand that your efforts to divert such information and other valuable Genworth property and relationships to your new concern were underway even while you were being paid by Genworth.

We are continuing our investigation and will act vigorously to protect our rights. We seek your immediate assurance and representation that (1) neither you nor your business have obtained or retained any Genworth Intellectual Property, including customer lists, portfolio information, or information provided by RJB Limited or Robert J. Brinker to the Company; (2) you have returned all Genworth Intellectual Property to the Company; (3) you will not use any Genworth Intellectual Property to solicit or serve Genworth's clients or active prospects; (4) you have preserved and will not destroy, including under automatic deletion procedures, all documents, whether in hardcopy or electronic or other format, including all notes and e-mails, relating to this matter, and (5) you will cooperate with Genworth by making available for forensic imaging by a third party independent forensic examiner agreed upon by the parties all electronic data storage devices that you use, including, without limitation, computers; external hard drives, USB drives, non-commercial CD's/DVD's, PDA's and other such devices; such images to be preserved in the custody of the forensic expert for use in future legal proceedings.

Please be aware that Genworth actively protects its confidential, proprietary, and trade secret information and business integrity. Genworth fully reserves all of its legal rights and remedies, and will take all necessary actions to protect its rights.

Sincerely,

*Victoria A. Cundiff*

Victoria A. Cundiff
of PAUL, HASTINGS, JANOFSKY & WALKER LLP

VAC

cc: Regina Fink, Esq.