# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.,<br><br>　　　　　　Plaintiff,<br>v.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC.<br>　　　　　　Defendants.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN and TJT CAPITAL GROUP, LLC,<br>　　　　　　Third-Party Plaintiffs,<br>v.<br><br>GURINDER AHLUWALIA,<br><br>　　　　　　Third-Party Defendant. | Civil Action No. 3:09cv01521 VLB<br><br>**AFFIRMATION OF GOOD FAITH OF BRADLEY W. BLOODWORTH IN SUPPORT OF PLAINTIFF'S AND THIRD-PARTY DEFENDANT'S EXPEDITED MOTION TO COMPEL FORENSIC IMAGING OF DEFENDANTS' COMPUTERS, ORDER FOR PRESERVATION OF EVIDENCE, PRODUCTION OF EVIDENCE, APPOINTMENT OF NEUTRAL FORENSIC EXPERT, AND SANCTIONS**<br><br>February 5, 2010 |

　　　　Bradley W. Bloodworth, an attorney admitted to practice *pro hac vice* before this Court, hereby affirms the truth of the following:

　　　　1.　　I am an associate with Paul, Hastings, Janofsky & Walker LLP, attorneys for Plaintiff Genworth Financial Wealth Management ("Genworth") and Third-Party Defendant Gurinder Ahluwalia, and am fully familiar with the facts set forth herein.

　　　　2.　　I respectfully submit this affirmation of good faith in support of Plaintiff's and Third-Party Defendant's Expedited Motion to Compel Forensic Imaging of Defendants' Computers, Order for Preservation of Evidence, Production of Evidence, Appointment of Neutral Forensic Expert, and Sanctions.

3.   On November 10, 2009, and January 25, 2010 Plaintiff served Defendants with production requests seeking, among other things, documents concerning certain email communications, their Junxure database and their Portfolio Center database, and defendants have refused to provide the requested electronic documents and meta data.

4.   Plaintiff's counsel had multiple conferences with Defendants' counsel in which Plaintiff's counsel sought assurances that Defendants had engaged a vendor to make mirror image copies of relevant computers and electronic media. In response to these numerous conferences, Defendants' counsel has conceded that his clients have not imaged any of their computer devices and stated Defendants had no intention to do so.

5.   On February 3, 2010, in an effort to avoid unnecessary motion practice, Thomas Lewis, counsel for Defendants and Third-Party Plaintiffs, and Kirby Behre and I, Counsel for Plaintiffs and Third-Party Defendants, conferred in good faith as to whether Defendants would preserve electronically stored information ("ESI") by making a "mirror image" identical copy of all relevant computers and electronic devices previously used and currently in use by Defendants. Defendants refused to image their computers.

6.   On February 4, 2010, Thomas Lewis and I spoke with Chambers to schedule the required pre-filing telephone conference with the Court. John Johnson instructed us to file the instant motion absent the conference.

7.   Despite our good faith efforts, we have been unable to resolve the aforementioned dispute. Accordingly, judicial intervention is necessary.

Dated: February 5, 2010      By *[signature: Brad Bloodworth]*
Bradley W. Bloodworth (phv 03714)
Paul, Hastings, Janofsky & Walker LLP
875 15th Street NW
Washington, DC 20005
bradbloodworth@paulhastings.com
(202) 551-1731

Attorney for

THE PLAINTIFF
GENWORTH FINANCIAL WEALTH
MANAGEMENT, INC.

THIRD-PARTY DEFENDANT
GURINDER AHLUWALIA