# EXHIBIT E

## Bloodworth, Bradley W.

**From:** Behre, Kirby D.
**Sent:** Thursday, January 14, 2010 2:53 PM
**To:** Thomas Lewis; Amy Beth Dambeck
**Cc:** Cundiff, Victoria A.; Bloodworth, Bradley W.
**Subject:** Spoliation of Computer Evidence in Genworth v. McMullan

Tom - I am alarmed by the testimony taken last week regarding what appears to be a complete lack of due diligence in preserving and collecting potentially discoverable information. Mr. Cook stated that TJT's computers have not yet been forensically imaged, as we have requested numerous times. Since Mr. Cook claims he Googled Genworth clients in order to locate contact information, the active and inactive data contained on those computers is extremely relevant. With each day that passes, you run the risk that data will be unrecoverable. Please let us know immediately whether steps have now been taken to secure and image these computers before any more data is potentially destroyed. thanks

---

Kirby D. Behre
Paul Hastings, Janofsky & Walker LLP
875 15th Street, N.W.
Tenth Floor
Washington, D.C. 20005
(202) 551-1719 (Direct Dial)
(202) 551-0119 (Direct Fax)
(202) 294-8406 (cell)
(202) 551-1700 Main Telephone Number
(202) 551-1705 Main Facsimile Number
kirbybehre@paulhastings.com | www.paulhastings.com

2/3/2010