# EXHIBIT F

## Bloodworth, Bradley W.

| | |
|---|---|
| **From:** | Cundiff, Victoria A. |
| **Sent:** | Wednesday, January 20, 2010 2:06 PM |
| **To:** | tlewis@stark-stark.com |
| **Cc:** | Behre, Kirby D.; Bloodworth, Bradley W. |
| **Subject:** | Genworth/TJT |

Tom--This is to followup on our meet and confer with Amy Beth held on January 7, 2010 and on our call last Friday.

On Friday you confirmed that you have received additional documents from your clients to produce and indicated that they were being Bates stamped that day. Do you have an ETA? When Amy Beth and Brad spoke on another matter yesterday she stated that she was not aware of status.

We also discussed the critical importance of preserving the computer evidence that will show, among other things, if and when various Internet searches were performed. I explained our concern that with each day that goes by there is a serious risk that more of the temporary cache files are being overwritten and noted that we sent a preservation notice to each of the defendants in August to ensure that evidence would not be lost. We discussed the fact that paper printouts of searches do not provide the metadata that will help establish when searches were run. You stated that you would discuss the issue with your clients. Has resolution been reached? We trust that as the rules require in this situation, forensic imaging has now occurred or is in process.

We also discussed the relevance (to both sides) of information we have requested such as the phone records which will, among other things, bear on the question of when/if the defendants telephoned Genworth clients. You noted that such materials had not yet been assembled, but we discussed the fact that not only are the materials relevant but that they are most efficiently available to your clients. Please advise on the status of this category of documents as well.

There are a number of other important issues, but the ones noted above are particularly time sensitive. Please provide me with information about status today.

Thank you.

Vicki Cundiff

2/5/2010