UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br>         Plaintiff, <br><br> v. <br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC. <br>         Defendants. | Civil Action No. 3:09-CV-1521-VLB |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC <br>         Third-Party Plaintiffs, <br><br> v. <br><br> GURINDER AHLUWALIA, <br>         Third-Party Defendant. | |

## **NOTICE OF APPEARANCE**

Please enter my appearance in this matter on behalf of Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia.

Dated: New York, NY
     February 23, 2010

SONNENSCHEIN NATH & ROSENTHAL LLP

By:    /s/ Richard Zuckerman
     Richard M. Zuckerman (CT 04417)
     Reid L. Ashinoff - *pending pro hac vice admission*
     Sandra D. Hauser - *pending pro hac vice admission*
     Brendan E. Zahner - *pending pro hac vice admission*
     1221 Avenue of the Americas
     New York, New York  10020
     Tele:  (212) 768 - 7600
     Fax:  (212) 768 - 6800

     *Attorneys for Plaintiff Genworth Financial Wealth*
     *Management, Inc. and Third-Party Defendant*
     *Gurinder Ahluwalia*

CERTIFICATION

   I hereby certify that on February 23, 2010, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent by email to all parties below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

         Thomas B. Lewis, Esq.
         John E. MacDonald, Esq.
         Amy Beth Dambeck, Esq.
         Stark & Stark LLC
         993 Lenox Drive, 1st Floor
         PO Box 5315
         Princeton, NJ 08453

         Kirby D. Behre, Esq.
         Brad Bloodworth, Esq.
         Victoria A. Cundiff, Esq.
         Paul, Hastings, Janofsky & Walker, LLP
         875 15th Street, NW, 10th Floor
         Washington, DC  20005

         Kurt W. Hansson, Esq.
         Paul, Hastings, Janofsky & Walker, LLP
         75 East 55th Street, 1st Floor
         New York, NY  10022

         Elizabeth Mott Smith, Esq.
         Robinson & Cole
         280 Trumbull Street
         Hartford, CT  06103-3597


                _/s/ Richard Zuckerman_____
                  Richard M. Zuckerman