# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br>                                   Plaintiff, <br><br>      v. <br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC. <br><br>                                 Defendants. | Civil Action No. 3:09-CV-1521-VLB |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC <br><br>                      Third-Party Plaintiffs, <br><br>      v. <br><br> GURINDER AHLUWALIA, <br><br>                    Third-Party Defendant. | February 25, 2010 |

## APPEARANCE

Please enter my appearance in this matter on behalf of Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia

Dated:  Hartford, Connecticut         By:             /s/
           February 25, 2010                   Mitchell L. Fishberg (CT 19661)
                                                     mfishberg@rc.com
                                                     Robinson & Cole LLP
                                                     280 Trumbull Street
                                                     Hartford, CT  06117
                                                     Tele:  (860) 275-8302
                                                     Fax:  (860) 275-8299
                                                     -Their Attorneys-

CERTIFICATION

       I hereby certify that on 2/25/10, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       Thomas B. Lewis, Esq.
       John E. MacDonald, Esq.
       Amy Beth Dambeck, Esq.
       Stark & Stark LLC
       993 Lenox Drive, 1st Floor
       PO Box 5315
       Princeton, NJ 08453

       Kurt W. Hansson, Esq.
       Kirby D. Behre, Esq.
       Brad Bloodworth, Esq.
       Victoria A. Cundiff, Esq.
       Paul, Hastings, Janofsky & Walker, LLP
       75 East 55th Street, 1st Floor
       New York, NY 10022

       Richard M. Zuckerman
       Sonnenschein Nath & Rosenthal LLP
       1221 Avenue of the Americas
       New York, NY 10020

                            /s/
                         Mitchell L. Fishberg