**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.<br><br>Plaintiff,<br>vs.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC<br><br>Defendants.<br>_____<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>Third-Party Plaintiffs,<br>vs.<br><br>GURINDER AHLUWALIA<br><br>Third-Party Defendant. | Civil Action No. 3:09-CV-01521-VLB<br><br>**NOTICE OF CROSS-MOTION OF DEFENDANTS'/THIRD PARTY PLAINTIFFS TO COMPEL PRODUCTION OF DOCUMENTS, TO COMPEL MORE SPECIFIC ANSWERS TO INTERROGATORIES, AND TO COMPEL THE DEPOSITIONS ALEXANDER OVERKAMP AND TODD D'AGOSTINO AND FOR SANCTIONS**<br><br>February 26, 2010 |

To: Bradley W. Bloodworth, Esquire,
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th Street N.W.
Washington, DC 20005

Sir:

Please take notice that Defendants, Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC hereby cross-move for an order compelling production of documents, to compel more specific answers to interrogatories, and to compel the depositions of Alexander Overkamp and

STARK & STARK

Todd D'Agostino, and for sanctions. In support of this cross-motion, the Defendants rely on the memorandum of law and declaration of counsel that accompany this notice.

By    /s/ *John E. MacDonald*
       John E. MacDonald (CT Fed. Bar No. 14853)
       Stark & Stark, PC
       993 Lenox Drive, Bldg 2
       Post Office Box 5315
       Princeton, New Jersey 08543-5315
       Tele: (609) 895-7321
       Fax: (609) 895-7395
       jmacdonald@stark-stark.com

Counsel for:

The Defendants Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC

The Third Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden and TJT Capital Group, LLC

February 25, 2010

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315