## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GENWORTH FINANCIAL WEALTH          :          Civil Action No. 3:09cv01521 VLB
MANAGEMENT, INC.,                  :
                                   :
            Plaintiff,             :
                                   :
v.                                 :
                                   :
TIMOTHY MCMULLAN, JAMES COOK,      :
TIMOTHY MCFADDEN, KAREN BAZON,     :
TAMARA RIVERA and TJT CAPITAL      :
GROUP, LLC.                        :
            Defendants.            :
                                   :
_____   :
TIMOTHY MCMULLAN, JAMES COOK,      :
TIMOTHY MCFADDEN and TJT CAPITAL   :
GROUP, LLC,                        :
            Third-Party Plaintiffs, :
                                   :
v.                                 :
                                   :
GURINDER AHLUWALIA,                :
                                   :
            Third-Party Defendant. :          February 25, 2010
_____   :

### DECLARATION OF JEFFREY JOSEPH

I, Jeffrey Joseph, declare pursuant to 28 U.S.C 1746 as follows:

1.  All of the statements in this affidavit are true and accurate to the best of my knowledge. I am over the age of eighteen and competent to make the following Statements. The facts set forth herein are based upon my personal knowledge.

2.  I am Genworth's Private Client Group Sales Team Leader. I was originally hired by Genworth's predecessor in June 1998 as an account executive with the Private Client Group. My current responsibilities including managing the Private Client Group and supervising its account executives.

3. Private Client Group's core business is to serve as an investment advisor to high net worth individuals. The vast majority of Genworth's clients are private individuals or family trusts who have come to Genworth for personal investment advice. Genworth, through the PCG, offers its clients investment strategies, including proprietary models based upon the asset allocations recommended by investment manager Robert "Bob" Brinker. Bob Brinker hosts the financial talk program MoneyTalk and publishes a monthly investment newsletter called Marketimer. Bob Brinker has certain agreements with Genworth.

4. Client leads provided by Bob Brinker have been PCG's primary source of new clients. Prior to his departure from Genworth, Tim McMullan was Genworth's primary contact with Bob Brinker.

5. Information concerning Genworth's clients is kept in several databases which may be accessed only by persons in positions of trust within the company, and only through use of a protected password supplied by Genworth on an individual basis. The databases provide Genworth a substantial competitive advantage because its client information is not known to others. One of these databases is the Automated Contact Tracking (ACT) database, which contains client names, phone numbers, contact information, and portfolio management history as well as notes by Genworth employees about interactions with the client and plans for follow-up.

6. Another Genworth database is called TNET, which includes custodial information kept by a Genworth's affiliated trust company. The TNET database contains complete current contact and portfolio information for each account under management, including client names, phone numbers, contact information, and portfolio management history.

A third database is a custodial database maintained by Charles Schwab, and accessible with a Genworth password in order to monitor the assets of Genworth clients who keep assets at Charles Schwab.

7. In my experience, Genworth clients expect that the information in their Genworth accounts will be kept private and confidential within Genworth. Additionally, Genworth, and the clients whose accounts I have serviced at Genworth over the past decade, generally regard their client-advisor relationship as a relationship with Genworth itself, and not as a relationship with an individual investment advisor.

8. I have reviewed a certain list containing the names of mutual fund holdings and other assets, that I understand to be a document produced by Schwab in this litigation on February 24, 2010. I compared that list to another list that I obtained at Genworth, reflecting all assets held by clients of the PCG as of June 30, 2009. My preliminary review of these lists indicates that of the more than 300 assets on the list that was found in Schwab's possession, all but 9 are assets held by the clients of the PCG (combined), as of approximately June 30, 2009.

9. I have reviewed additional lists, that I understand also have been produced by Schwab on February 24, 2010 in this litigation. These additional lists, found in Schwab's possession, contain the names of numerous Genworth clients. Included on these lists are the names of Genworth clients whose assets are not held at Schwab, and whose accounts remain at Genworth and never moved to TJT. There is no legitimate reason that I can think of for TJT or Schwab to posses lists of Genworth clients with names and contact addresses.

3

10. Additionally, the information in the client lists that were found at Schwab appears to exactly match data contained on Genworth's confidential TNET system. (CS000524-CS000652) In a brief review of the produced materials, I identified numerous instances where the same exact typographical inconsistencies appeared in both a document produced by Schwab, and Genworth client data generated from Genworth's TNET system. For example, in TNET a client might have three accounts that all list the same address, but for one account "Avenue" is spelled out and the other two accounts use the abbreviation "Ave." In other instances a client's address uses the zip code +four for three of that client's accounts, but not the fourth. There are multiple examples of these type of differences that appear to be the result of inconsistent data entry. These idiosyncrasies match exactly between TNET and the lists that were in the possession of Schwab.

11. Genworth has a code of ethics called "Integrity First", which, among other things, informs all employees of their obligation to keep client data, such as the data stored in ACT and TNET, secure and not to use it for their own benefit.

12. I was contacted on February 17, 2010 by my client Dr. B.[1] , who told me that Tim McMullan called him and told him that "Brinker was not working with Genworth anymore." My transcription of a recording of this conversation is attached to this affidavit as Exhibit 1. Dr. B. further stated that Tim McMullan had sent him a letter enclosing a press release concerning a class action that had been filed against Genworth. Dr. B. provided me with that letter, a true and correct copy of which is attached to this affidavit as Exhibit 2. I previously suspected based on calls from clients

---

[1] An initial is being used instead of full names to protect the privacy of Genworth's client.

that TJT was telling Genworth clients about a class action. As a result of Tim McMullan's statements, Dr. B. threatened to join the Class Action and demanded that Genworth send him a written statement that Bob Brinker has an advisory contract with Genworth.

13. As a result of my call with Dr. B., I reviewed the ACT database to determine what, if any, contact Tim McMullan, Jim Cook or Tim McFadden had with Dr. B. The ACT database does not show any record of Tim McMullan, Jim Cook or Tim McFadden having had any contact with Dr. B.

14. As of the date of this declaration, TJT has transferred from Genworth over 200 clients who maintained more than 600 accounts with an asset value of almost $135 million.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of February 2010.

_____
Jeffrey Joseph

## CERTIFICATION

I hereby certify that on 2/25/10, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Thomas B. Lewis, Esq.
John E. MacDonald, Esq.
Amy Beth Dambeck, Esq.
Stark & Stark LLC
993 Lenox Drive, 1st Floor
PO Box 5315
Princeton, NJ 08453

Kurt W. Hansson, Esq.
Kirby D. Behre, Esq.
Brad Bloodworth, Esq.
Victoria A. Cundiff, Esq.
Paul, Hastings, Janofsky & Walker, LLP
75 East 55th Street, 1st Floor
New York, NY 10022

Richard M. Zuckerman
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

_____/s/_____
Mitchell L. Fishberg



**EXHIBIT 1**

Pat: Hello

Jeff: Hey Pat, it's Jeff Joseph from Genworth Financial on a recorded line, how are you doing?

Pat: Not to good Jeff. I just looked at this information about this class-action suit and it's really troubling me. I didn't know Brinker wasn't working with Genworth anymore.

Jeff: Who said that?

Pat: Tim McMullan

Jeff: He actually said Brinker (interrupted)

Pat: On Brinkers website he doesn't recommend Genworth any longer and my statements should have Brinker in the title and I'm not sure if they do or not. I'm at the office. I have a earthtime.org release that he sent that Genworth is involved in a class-action as a defendant.

Jeff: That is true. I can't comment on it but Genworth will vigorously defend it (interrupted)

Pat: Alright, I got to go back and look at my statements and see if Brinker's name is on those statements. If you all were using my money to invest in a portfolio that wasn't recommended by Brinker, I will become a plaintiff in this case.

Jeff: Of course, I would agree with you (interrupted)

Pat: And I will call the attorney Jeff Brown and find out what this case is all about because this is bullshit that causes this country (couldn't understand the rest)

Jeff: I would agree with you. Do me a favor, go look at your statements. On one of your titles that I am looking at now it says Brinker Long Term Growth.

Pat: Ok

Jeff: Just to let you know Pat, Brinker has re-signed his advisory contract with us as of the middle of last year to the middle of 2011. So he has an advisory contract with us.

Pat: Alright. I need you to send me a statement signed saying that. I want that in writing.

Jeff: That he has a contract?

Pat: Yeah. I want you to verify that in writing to me.

Jeff: Yeah, no problem.

Pat: And you can appreciate why I need this

Jeff: I appreciated it. We have a good relationship for a long-time and I appreciate you calling me because that is what you should do and discuss it with me. Just be cautious.

Pat: Tim McMullan said he is working with Brinker now its TLT or whatever, this is what he is saying and he sent me the earthworks.rog site that goes over all this. It's on the internet.

Jeff: That's fine but I want you to understand that Brinker and I will get you that signed letter has an advisory contract with us and remember that because that is critical for you because that is what you came to us for and that you are following Brinker which you are.

Pat: Ok

Jeff: He has that advisory contract

Pat: Would you overnight that to me?

Jeff: We have one that's dated buy in August (disconnected)

Pat: If you could get that as soon as possible to me

# EXHIBIT 2

*[handwritten notes:]* Jeff Joseph
1-800
1-818 363
0015

*[handwritten notes:]* You - 346
0138
383
818 6342

# TJT CAPITAL GROUP

February 11, 2010

Dear Dr. B,

My name is Tim McMullan and I ran the Private Client Group of Genworth Financial Asset Management for many years. I am trying to reach the Dr. B       who had or has an account with them. If you are this person, please read on.

As the head of the group I was aware of many of the larger accounts and actually spoke with Dr. Brandner before the account was established. I left Genworth many months ago for several reasons, one in particular that you should be aware of.

Attached is a public notice that I feel an obligation to make Dr. B       aware of. Should you have a few moments, please call me at 877-282-4609.

Sincerely,

*[signature]*

Timothy McMullan
Managing Partner

*[handwritten note:]* Look for Brandner in file Call Brown

TJT Capital Group, LLC • 9 W. Broad Street • Stamford, CT 06902 • 877.282.4609 tel • 203.504.8849 fax • tjtcapital.com