UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC. <br><br> Defendants. | Civil Action No. 3:09-CV-1521-VLB |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> GURINDER AHLUWALIA, <br><br> Third-Party Defendant. | February 24, 2010 |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to D. Conn. L.Civ. R. 83.1(d), the undersigned moves that Sandra D. Hauser, a partner of the law firm of Sonnenschein Nath & Rosenthal LLP, 1221 Avenue of the Americas, New York, New York, 10020, (212) 768-6700, shauser@sonnenschein.com, be admitted *pro hac vice* to represent Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia, and to argue or try this case in whole or in part on their behalf. Attorney Hauser's firm, Sonnenschein Nath & Rosenthal LLP, has had a longstanding client relationship with

-2-

Genworth over a period of years. This motion is supported by the accompanying affidavit of Attorney Hauser, which states:

    1.    Attorney Hauser is currently a member in good standing of the following bars: New York State, 1st Department (Bar No. 2488187); US District Court for the Southern District of New York; U.S. District Court for the Eastern District of New York; U.S. Court of Appeals for the Eleventh Circuit; U.S. Court of Appeals for the Second Circuit; U.S. Court of Appeals for the Fourth Circuit; and U.S. District Court for the Eastern District of Michigan.

    2.    Attorney Hauser has never been convicted of any crime, and has never been denied admission to or been disciplined by any court, whether by way of disbarment, suspension from practice, censure or otherwise.

    3.    Attorney Hauser is fully familiar with the jurisdictional provisions contained within title 28 of the United States Code, with the Federal Rules of Civil Procedure, and with the local rules of this Court.

In further support of this motion, the undersigned states that the granting of this motion will not require modification of a scheduling order or other deadlines in this case, and the Motion is accompanied by payment to the Clerk of this Court of a fee of Twenty-five Dollars ($25.00) in accordance with D. Conn. L. Civ. R. 83.1(d)(2).

WHEREFORE, the undersigned respectfully requests that the Court enter an Order granting permission for Sandra D. Hauser to appear pro hac vice in the above-referenced action on behalf of Plaintiff Genworth and Third-Party Defendant Ahluwalia.

Dated: New York, New York
February 24, 2010

By: _____
Elizabeth M. Smith (CT 19808)
esmith@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06117
Tele: (860) 275-8338
Fax: (860) 275-8299

*Counsel for Plaintiff*
GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.

*Counsel for Third-Party Defendant*
GURINDER AHLUWALIA

## CERTIFICATION

I hereby certify that on February 24, 2010, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was served by email and mail on the following counsel of record:

>Thomas B. Lewis, Esq.
>John E. MacDonald, Esq.
>Amy Beth Dambeck, Esq.
>Stark & Stark LLC
>993 Lenox Drive, 1st Floor
>PO Box 5315
>Princeton, NJ 08453
>
>Kurt W. Hansson, Esq.
>Kirby D. Behre, Esq.
>Brad Bloodworth, Esq.
>Victoria A. Cundiff, Esq.
>Paul, Hastings, Janofsky & Walker, LLP
>75 East 55th Street, 1st Floor
>New York, NY 10022
>
>Richard M. Zuckerman
>Sonnenschein Nath & Rosenthal LLP
>1221 Avenue of the Americas
>New York, NY 10020

_____
Elizabeth M. Smith

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.,<br><br>                             Plaintiff,<br><br>v.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC.<br><br>                            Defendants. | Civil Action No. 3:09-CV-1521-VLB |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>                            Third-Party Plaintiffs,<br><br>v.<br><br>GURINDER AHLUWALIA,<br><br>                            Third-Party Defendant. | February 23, 2010 |

**AFFIDAVIT OF SANDRA D. HAUSER IN SUPPORT OF NOTICE OF PETITION TO ADMIT COUNSEL *PRO HAC VICE***

Sandra D. Hauser hereby declares, pursuant to 28 U.S.C. §1746, as follows:

1.  I am a partner of the law firm of Sonnenschein Nath & Rosenthal LLP, attorneys for Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia, and submit this declaration in support of the motion to admit counsel pro hac vice. My office address is Sonnenschein Nath & Rosenthal LLP, 1221 Avenue of the Americas, New York, New York, (212) 768-6700, shauser@sonnenschein.com.

2.  I am currently a member in good standing in the following bars: New York State, 1st Department (Bar No. 2488187); US District Court for the Southern District of New York; U.S. District Court for the Eastern District of New York; U.S. Court of Appeals for the Eleventh Circuit; U.S. Court of Appeals for the Second Circuit; U.S. Court of Appeals for the Fourth Circuit; and U.S. District Court for the Eastern District of Michigan.

3.  I have never been convicted of any crime, and I have never been denied admission to or been disciplined by any court, whether by way of disbarment, suspension from practice, censure or otherwise.

4.  I am fully familiar with the jurisdictional provisions contained within title 28 of the United States Code, with the Federal Rules of Civil Procedure, and with the local rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 23, 2010.

Sandra M. Hauser

- 2 -

## CERTIFICATION

I hereby certify that on February 24, 2010, a copy of the foregoing Affidavit in Support of Motion to Admit Counsel *Pro Hac Vice* was served by email and mail on the following counsel of record:

>Thomas B. Lewis, Esq.
>John E. MacDonald, Esq.
>Amy Beth Dambeck, Esq.
>Stark & Stark LLC
>993 Lenox Drive, 1st Floor
>PO Box 5315
>Princeton, NJ 08453
>
>Kurt W. Hansson, Esq.
>Kirby D. Behre, Esq.
>Brad Bloodworth, Esq.
>Victoria A. Cundiff, Esq.
>Paul, Hastings, Janofsky & Walker, LLP
>75 East 55th Street, 1st Floor
>New York, NY 10022
>
>Richard M. Zuckerman
>Sonnenschein Nath & Rosenthal LLP
>1221 Avenue of the Americas
>New York, NY 10020

_____
Elizabeth M. Smith