# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC. <br><br> Defendants. | Civil Action No. 3:09-CV-1521-VLB |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> GURINDER AHLUWALIA, <br><br> Third-Party Defendant. | February 26, 2010 |

## REQUEST FOR RECONSIDERATION

Plaintiff, Genworth Financial Wealth Management, Inc., and Third Party Defendant, Gurinder Ahluwalia (together, "Plaintiff" or "Genworth"), respectfully request reconsideration of that portion of the Court's February 26, 2010 Order that rescheduled the hearing on Genworth's February 5, 2010 Expedited Motion to Compel Forensic Imaging Of Defendants' Computers, And For An Order For Preservation Of Evidence, Production Of Evidence, Appointment Of Neutral Forensic Expert, And Sanctions ("Motion to Compel") from March 1, 2010 to April 8, 2010. In lieu of the rescheduled date, Genworth respectfully requests that the previously scheduled hearing on March 1,

2010 proceed on the limited issue of the Motion to Compel alone, or in the alternative, that the parties' Motion to Compel and other discovery disputes be referred to Magistrate Judge Smith (who has already been referred other aspects of the case) for resolution at the earliest possible date.

In support of its Request for Reconsideration, Genworth respectfully submits:

1. The Motion to Compel was brought on an emergency basis in an effort to preserve evidence that is likely being lost on a daily basis as a result of Defendants' repeated refusal to preserve and/or produce electronic evidence that is plainly relevant and critical to the claims at issue in this case.

2. Defendants filed their response to Genworth's Motion to Compel yesterday, together with a cross-motion to compel. Genworth anticipates that it will file its reply to the cross-motion to compel promptly. Accordingly, all parties will have had the opportunity to address the issues raised in the Motion to Compel and Defendants' cross motion before the time of the previously-scheduled March 1, 2010 hearing.

3. Because the parties had already anticipated appearing before the Court on March 1, 2010, it will not prejudice the parties if the hearing on the Motion to Compel proceeds as originally scheduled.

4. Given that (a) the issues surrounding the Motion to Compel are briefed and ready for hearing, (b) there is a significant risk of ongoing spoliation of evidence (whether intended or unintended) while the Motion to Compel is pending, and (c) the progress of discovery in the case has been necessarily slowed pending a ruling on the Motion to Compel, Genworth respectfully submits that the hearing on that Motion should not be delayed for an additional 38 days.

WHEREFORE, Genworth respectfully requests that the Court reconsider its February 26, 2010 Order to the extent that the Order postponed the hearing on the Motion to Compel, and that the Motion to Compel be heard as originally scheduled on March 1, 2010. In the alternative, Genworth respectfully requests that the Motion to Compel be referred to a Magistrate Judge for resolution at the earliest possible date.

THE PLAINTIFF
GENWORTH FINANCIAL
WEALTHMANAGEMENT, INC.

THIRD-PARTY DEFENDANT
GURINDER AHLUWALIA

By _____/s/_____
ROBINSON & COLE LLP
Mitchell L. Fishberg (ct19661)
Elizabeth Smith (ct 19808)
280 Trumbull Street
Hartford, CT 06117
E-mail: mfishberg@rc.com
E-mail: esmith@rc.com
Tele: (860) 275-8338
Fax: (860) 275-8299

-and-

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Victoria A. Cundiff (phv 03712)
75 E. 55th Street
New York, NY 10022
victoriacundiff@paulhastings.com
 (212) 318-6030

-and-

SONNENSCHEIN NATH & ROSENTHAL LLP
Reid L. Ashinoff  *(admitted phv)*
1221 Avenue of the Americas
New York, NY 10020
rashinoff@sonnenschein.com
Tele: (212) 768-6700
Fax: (212) 768-6800

CERTIFICATION

      I hereby certify that on 2/26/10, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Thomas B. Lewis, Esq.
John E. MacDonald, Esq.
Amy Beth Dambeck, Esq.
Stark & Stark LLC
993 Lenox Drive, 1st Floor
PO Box 5315
Princeton, NJ 08453

Kurt W. Hansson, Esq.
Kirby D. Behre, Esq.
Brad Bloodworth, Esq.
Victoria A. Cundiff, Esq.
Paul, Hastings, Janofsky & Walker, LLP
75 East 55th Street, 1st Floor
New York, NY 10022

Richard M. Zuckerman
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

                                    _____/s/_____
                                           Elizabeth M. Smith