STARK & STARK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.<br><br>      Plaintiff,<br>vs.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC<br><br>      Defendants.<br>_____<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>      Third-Party Plaintiffs,<br>vs.<br><br>GURINDER AHLUWALIA<br><br>      Third-Party Defendant. | Civil Action No. 3:09-CV-01521-VLB<br><br><br><br>**DEFENDANTS' AND THIRD PARTY PLAINTIFFS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S AND THIRD PARTY DEFENDANT'S REQUEST THAT THE COURT RECONSIDER ITS FEBRUARY 26, 2010 SCHEDULING ORDER**<br><br><br><br>February 26, 2010 |

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

**DEFENDANTS' AND THIRD PARTY PLAINTIFFS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S AND THIRD PARTY DEFENDANT'S REQUEST THAT THE COURT RECONSIDER ITS FEBRUARY 26, 2010 SCHEDULING ORDER**

Defendants Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC and Third Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden and TJT Capital Group, LLC (hereinafter referred to as "Defendants/Third Party Plaintiffs") hereby oppose the request made by Plaintiff Genworth Financial Management ("Genworth") and Third Party Defendant Gurinder Ahluwalia ("Ahluwalia") that the Court reconsider its February 26, 2010 Scheduling Order, which Order moved the March 1, 2010 hearing date to April 8, 2010, and set other relevant dates.

STARK & STARK

Due to the volume of motions being filed by the parties in this matter, and in order to give the parties and the Court an opportunity to review and digest the requests and arguments made therein, Defendants/Third Party Plaintiffs fully support the Court's decision to issue its February 26, 2010 Scheduling Order, and Defendants/Third Party Plaintiffs believe that the dates provided therein are reasonable. Additionally, despite Genworth's and Ahluwalia's allegations in their Request for Reconsideration, as Defendants/Third Party Plaintiffs stated in their Opposition to Genworth's and Ahluwalia's Motion to Compel Forensic Imaging, Defendants/Third Party Plaintiffs have imaged their computer devices and are in the process of searching those devices for relevant, non-privileged information that is reasonably accessible. Therefore, spoliation is not an issue. Finally, the recent motion practice by Genworth and Ahluwalia seem to be an attempt on their part to improperly take advantage of their vastly more substantial resources – both in terms of economic resources and in terms of the number of attorneys they can devote to this litigation – to the detriment of Defendants/Third Party Plaintiffs. For these reasons, Defendants/Third Party Plaintiffs respectfully request that the Court deny Genworth's and Ahluwalia's Request for Reconsideration.

>The Defendants Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC
>
>The Third Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden and TJT Capital Group, LLC
>
>By    /s/ *John E. MacDonald*
>     John E. MacDonald (CT Fed. Bar No. 14853)
>     Stark & Stark, PC
>     993 Lenox Drive, Bldg 2
>     Post Office Box 5315
>     Princeton, New Jersey 08543-5315
>     Tele: (609) 895-7321
>     Fax: (609) 895-7395
>     jmacdonald@stark-stark.com

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

## CERTIFICATION

I hereby certify that on February 26, 2010, a copy of the forgoing Opposition to Plaintiff's and Third Party Defendant's Request for Reconsideration was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System. Courtesy copies are also being e-mailed on this date to counsel for the Plaintiff and Third Party Defendant, Bradley W. Bloodworth, Esquire, PAUL, HASTINGS, JANOFSKY & WALKER LLP, 875 15th Street N.W., Washington, DC 20005.

By    /s/ *John E. MacDonald*
       John E. MacDonald (CT Fed. Bar No. 14853)

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

3

G:\docs\LIT\TBL\TJT CAPITAL\Genworth\Motions\Reconsider Courts 2.26.10 Scheduling Order\Opp to Request to Reconsider.wpd