UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br>　　　　　　　　　　　Plaintiff, <br><br>　　　　　v. <br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC. <br>　　　　　　　　　　　Defendants. <br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC <br>　　　　　　　　　　　Third-Party Plaintiffs, <br><br>　　　　　v. <br><br>GURINDER AHLUWALIA, <br>　　　　　　　　　　　Third-Party Defendant. | Civil Action No. 3:09-CV-1521-VLB |

**EXPEDITED MOTION FOR REFERRAL TO A
<u>MAGISTRATE JUDGE TO RESOLVE DISCOVERY DISPUTES</u>**

Plaintiff Genworth Financial Wealth Management, Inc. ("Genworth") and Third-Party Defendant Gurinder Ahluwalia (together "Plaintiffs") respectfully move, on an expedited basis, that the Court refer the parties' pending and future discovery disputes to any available Magistrate Judge within the District for resolution within the current discovery deadline. Plaintiffs bring this Motion on an expedited basis pursuant to L.Civ.R. 7(a)(3) because prompt resolution of the outstanding discovery issues in this case is necessary in order to facilitate the completion of discovery by **March 27, 2010**, the date set in this Court's December 10, 2010 Case Management Order. Counsel for

Plaintiffs has conferred with counsel for Defendants, and Defendants do not consent to this Motion.

Plaintiffs continue to make every effort to complete discovery in a timely fashion despite the obstructive discovery conduct engaged in by the Defendants. Plaintiffs' efforts include timely serving and responding to written discovery, timely noticing depositions, timely serving their initial expert disclosure,[1] engaging in multiple "meet and confer" conferences with Defendants in an effort to resolve discovery disputes without the Court's intervention, and ultimately being forced to engage in motion practice in an effort to secure Defendants' compliance.

The motion practice concerns a number of refusals by Defendants to preserve and produce evidence. As just some examples, the Defendants are refusing to provide metadata showing when internet searches for client contact information they conducted, and the Individual Defendants will not agree to preserve or fully produce data on their home computers. The hearing on Genworth's discovery motions addressed to some of these issues is currently scheduled for April 8, 2010 – twelve days <u>after</u> the Court's current discovery deadline.

To complete discovery by the current March 27 deadline, the parties need a speedy resolution of these disputes so that 1) any additional discoverable information and documents can be ordered produced; 2) depositions can be taken, hopefully after the parties have had the opportunity to review the additional productions; and 3) expert

---

[1] Genworth's expert disclosure was necessarily limited and subject to supplementation as a result of Defendants' current noncompliance with discovery.

reports can be exchanged taking into account all evidence produced during fact discovery.

The current schedule for hearing the parties' discovery motions on April 8th will necessarily result in there being a significant number of discovery issues that cannot be resolved, and discovery that cannot be taken, by the March 27, 2010 deadline. In light of the foregoing, and mindful of the Court's busy schedule, Genworth therefore respectfully requests that all discovery disputes between the parties be referred to a Magistrate Judge for resolution at the earliest possible date.

        THE PLAINTIFF
        GENWORTH FINANCIAL
        WEALTHMANAGEMENT, INC.

        THIRD-PARTY DEFENDANT
        GURINDER AHLUWALIA

By       /s/      
    ROBINSON & COLE LLP
    Mitchell L. Fishberg (ct19661)
    Elizabeth Smith (ct 19808)
    280 Trumbull Street
    Hartford, CT 06117
    E-mail: mfishberg@rc.com
    E-mail: esmith@rc.com
    Tele: (860) 275-8338
    Fax: (860) 275-8299

    -and-

    PAUL, HASTINGS, JANOFSKY & WALKER LLP
    Victoria A. Cundiff (phv 03712)
    75 E. 55th Street
    New York, NY 10022
    victoriacundiff@paulhastings.com
    (212) 318-6030

    -and-

SONNENSCHEIN NATH & ROSENTHAL LLP
Reid L. Ashinoff   *(admitted phv)*
1221 Avenue of the Americas
New York, NY 10020
rashinoff@sonnenschein.com
Tele: (212) 768-6700
Fax: (212) 768-6800

CERTIFICATION

I hereby certify that on 3/4/10, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Thomas B. Lewis, Esq.
John E. MacDonald, Esq.
Amy Beth Dambeck, Esq.
Stark & Stark LLC
993 Lenox Drive, 1st Floor
PO Box 5315
Princeton, NJ 08453

Victoria A. Cundiff, Esq.
Paul, Hastings, Janofsky & Walker, LLP
75 East 55th Street, 1st Floor
New York, NY  10022

Reid L. Ashinoff, Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

                                                       /s/
                                                Elizabeth M. Smith