STARK & STARK

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.<br><br>  Plaintiff,<br>vs.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC<br><br>  Defendants.<br>_____<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>  Third-Party Plaintiffs,<br>vs.<br><br>GURINDER AHLUWALIA<br><br>  Third-Party Defendant. | Civil Action No. 3:09-CV-01521-VLB<br><br><br><br><br>**DEFENDANTS' AND THIRD PARTY PLAINTIFFS' MOTION IN OPPOSITION TO THE APPEARANCE AND/OR ADMISSION OF RICHARD M. ZUCKERMAN, REID L. ASHINOFF, SANDRA D. HAUSER, AND BRENDAN E. ZAHNER AS COUNSEL FOR PLAINTIFF AND THIRD PARTY DEFENDANT**<br><br><br>March 5, 2010 |

To:   Bradley W. Bloodworth, Esquire,
      PAUL, HASTINGS, JANOFSKY & WALKER LLP
      875 15th Street N.W.
      Washington, DC 20005

Please take notice that Defendants, Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC hereby move for an Order prohibiting Richard M. Zuckerman, Esquire, Reid L. Ashinoff, Esquire, Sandra D. Hauser, Esquire, and Brendan E. Zahner, Esquire form appearing on behalf of Plaintiff

STARK & STARK

Genworth Financial Management ("Genworth") and Third Party Defendant Gurinder Ahluwalia ("Ahluwalia") (collectively "Genworth").

March 5, 2010

    The Defendants Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC

    The Third Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden and TJT Capital Group, LLC

    By     /s/ *John E. MacDonald*
        John E. MacDonald (CT Fed. Bar No. 14853)
        Stark & Stark, PC
        993 Lenox Drive, Bldg 2
        Post Office Box 5315
        Princeton, New Jersey 08543-5315
        Tele:  (609) 895-7321
        Fax:   (609) 895-7395
        jmacdonald@stark-stark.com

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

STARK & STARK

## CERTIFICATION

     I hereby certify that on March 5, 2010, a copy of the forgoing Motion was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System. Courtesy copies are also being e-mailed on this date to counsel for the Plaintiff and Third Party Defendant, Bradley W. Bloodworth, Esquire, PAUL, HASTINGS, JANOFSKY & WALKER LLP, 875 15th Street N.W., Washington, DC 20005.

                                                              By    */s/ John E. MacDonald*
                                                                      John E. MacDonald (CT Fed. Bar No. 14853)

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315