UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC. <br><br> Defendants. | Civil Action No. 3:09-CV-1521-VLB |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> GURINDER AHLUWALIA, <br><br> Third-Party Defendant. | March 4, 2010 |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to D. Conn. L.Civ. R. 83.1(d), the undersigned moves that David R. Baum, a partner at the law firm of Sonnenschein Nath & Rosenthal LLP, 1221 Avenue of the Americas, New York, NY 10020-1089, (212) 768-6700, dbaum@sonnenschein.com, be admitted *pro hac vice* to represent Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia, and to argue or try this case in whole or in part on their behalf. Attorney Baum's firm, Sonnenschein Nath & Rosenthal LLP, has had a longstanding client relationship with

10102026-v1

Genworth over a period of years. This motion is supported by the accompanying affidavit of Attorney Baum, which states:

1. Attorney Baum currently is a member in good standing of the following Bars: State of New York, 1st Department (Bar Number 2869824), United States District Courts for the Eastern and Southern Districts of New York, and the United States District Court for the Eastern District of Michigan.

2. Attorney Baum has never been convicted of any crime, and has never been denied admission to or been disciplined by any court, whether by way of disbarment, suspension from practice, censure or otherwise.

3. Attorney Baum is fully familiar with the jurisdictional provisions contained within title 28 of the United States Code, with the Federal Rules of Civil Procedure, and with the local rules of this Court.

In further support of this motion, the undersigned states that the granting of this motion will not require modification of a scheduling order or other deadlines in this case, and the Motion is accompanied by payment to the Clerk of this Court of a fee of Twenty-five Dollars ($25.00) in accordance with D. Conn. L. Civ. R. 83.1(d)(2).

WHEREFORE, the undersigned respectfully requests that the Court enter an Order granting permission for David R. Baum to appear pro hac vice in the above-referenced action on behalf of Plaintiff Genworth and Third-Party Defendant Ahluwalia.

Dated: Hartford, Connecticut
March 4, 2010

By: _____
Elizabeth M. Smith (CT 19808)
esmith@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06117
Tele: (860) 275-8338
Fax: (860) 275-8299

Counsel for Plaintiff
GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.

Counsel for Third-Party Defendant
GURINDER AHLUWALIA

## CERTIFICATION

I hereby certify that on March 4, 2010, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was served by email and mail on the following counsel of record:

Thomas B. Lewis, Esq.
John E. MacDonald, Esq.
Amy Beth Dambeck, Esq.
Stark & Stark LLC
993 Lenox Drive, 1st Floor
PO Box 5315
Princeton, NJ 08453

Kurt W. Hansson, Esq.
Kirby D. Behre, Esq.
Brad Bloodworth, Esq.
Victoria A. Cundiff, Esq.
Paul, Hastings, Janofsky & Walker, LLP
75 East 55th Street, 1st Floor
New York, NY 10022

Reid L. Ashinoff
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020

_____
Elizabeth M. Smith

4

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC. <br><br> Defendants. | Civil Action No. 3:09-CV-1521-VLB |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> GURINDER AHLUWALIA, <br><br> Third-Party Defendant. | March 3, 2010 |

## AFFIDAVIT OF DAVID R. BAUM IN SUPPORT OF NOTICE OF PETITION TO ADMIT COUNSEL *PRO HAC VICE*

David R. Baum hereby declares, pursuant to 28 U.S.C. §1746, as follows:

1. I am a partner of the law firm of Sonnenschein Nath & Rosenthal LLP, attorneys for Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia, and submit this declaration in support of the motion to admit counsel pro hac vice. My office address is Sonnenschein Nath & Rosenthal LLP, 1221 Avenue of the Americas, New York, New York, (212) 768-6700, dbaum@sonnenschein.com.

2. I am currently a member in good standing in the following bars: New York State, 1st Department (Bar No. 2869824); US District Court for the Southern District of New York; U.S. District Court for the Eastern District of New York; and U.S. District Court for the Eastern District of Michigan.

3. I have never been convicted of any crime, and I have never been denied admission to or been disciplined by any court, whether by way of disbarment, suspension from practice, censure or otherwise.

4. I am fully familiar with the jurisdictional provisions contained within title 28 of the United States Code, with the Federal Rules of Civil Procedure, and with the local rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2010.

David R. Baum