# EXHIBIT C

03-22-10 Brinker Rough Draft.txt

1

```
 1        REPORTER'S NOTE:  When prepared as a
 2   rough draft transcript, the transcript of the
 3   deposition may not be certified and may not
 4   be used, cited, or transcribed as the
 5   certified transcript of the proceedings. The
 6   rough draft transcript may not be cited or
 7   used in any way or at any time to rebut or
 8   contradict the certified transcript of
 9   proceedings as provided by the Certified
10   Court Reporter.
11        THEREFORE, PLEASE NOTE THAT SINCE THIS
12   TRANSCRIPT IS A ROUGH DRAFT TRANSCRIPT ONLY
13   AND THIS REPORTER HAS NEITHER EDITED NOR
14   PROOFREAD THE TEXT, IT IS NOT A CITABLE
15   DOCUMENT.
16   //                              //
17
18
19
20
21
22
23
24
25
```

ROUGH DRAFT TRANSCRIPT - FOR REFERENCE PURPOSES ONLY

2

03-22-10 Brinker Rough Draft.txt

```
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF CONNECTICUT
 3      -------------------------------
 4      GENWORTH FINANCIAL WEALTH      )
 5      MANAGEMENT, INC.,              )
 6              Plaintiff,             )
 7      vs.                            )  Civil Action No.
 8      TIMOTHY MCMULLAN, JAMES        )  3:09-cv-01521-VLB
 9      COOK, TIMOTHY MCFADDEN,        )
10      KAREN BAZON, TAMARA RIVERA     )
11      and TJT CAPITAL GROUP, LLC,    )
12              Defendants.            )
13      -------------------------------)
14      AND RELATED CROSS-ACTIONS.     )
15      -------------------------------
16
17                  CONFIDENTIAL TRANSCRIPT
18
19          Deposition of ROBERT BRINKER, taken at
20      Venetian Resort Hotel & Casino, Suite 3-209,
21      3355 Las Vegas Boulevard South, Las Vegas, Nevada,
22      commencing at 7:54 p.m., Monday, March 22, 2010,
23      before Janet C. Trimmer, RPR, CRR, Certified Court
24      Reporter in and for the States of Nevada and
25      California.
```

ROUGH DRAFT TRANSCRIPT - FOR REFERENCE PURPOSES ONLY

3

```
 1    PAGES 1 - ^
```

Page 2

```
              03-22-10 Brinker Rough Draft.txt
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

ROUGH DRAFT TRANSCRIPT - FOR REFERENCE PURPOSES ONLY

4

```
 1    A P P E A R A N C E S:
 2    For the PLAINTIFF:
 3           SONNENSCHEIN, NATH & ROSENTHAL, LLP
```

Page 3

```
                    03-22-10 Brinker Rough Draft.txt
  4         BY:   BRENDAN E. ZAHNER, ESQ.
  5               1221 Avenue of the Americas
  6               New York, New York  10020-1089
  7               (212) 768-5339
  8               bzahner@sonnenschein.com
  9
 10    For the DEFENDANTS:
 11               STARK & STARK, P.C.
 12         BY:   JOHN MacDONALD, ESQ.
 13               MICHAEL BRITTAN, ESQ.
 14               (Appearance by Telephone.)
 15               993 Lenox Drive
 16               Princeton, New Jersey  08648
 17
 18    For the DEPONENT:
 19               SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY
 20               & THOMPSON
 21         BY:   NICHOLAS J. SANTORO, ESQ.
 22               400 South Fourth Street, 3rd Floor
 23               Las Vegas, Nevada 89101
 24               (702) 791-0308
 25               nsantoro@nevadafirm.com

            ROUGH DRAFT TRANSCRIPT - FOR REFERENCE PURPOSES ONLY
```
☐
                                                                    5

```
  1
  2    ALSO PRESENT:   TIM McMULLAN (telephonically)
  3
  4
  5
```

03-22-10 Brinker Rough Draft.txt

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ROUGH DRAFT TRANSCRIPT - FOR REFERENCE PURPOSES ONLY

6

1       LAS VEGAS, NEVADA; MONDAY, MARCH 22, 2010
2                     7:54 P.M.
3                      -oOo-
4
5                   ROBERT BRINKER
6     having been first duly sworn to testify to the truth,
7     was examined and testified as follows:

Page 5

```
                    03-22-10 Brinker Rough Draft.txt
24
25
```

**REDACTED**

```
 1
 2
 3
 4
 5
 6
 7
 8      Q.  What I would like to do is ask you about a
 9  series of mutual funds and if you recommend that
10  Genworth invest its clients in these funds during the
11  period 2004 to 2009.
12      MR. ZAHNER:  John, this sounds very much like
13  the class action, to me.  I have to object to that.  I
14  think this is introducing class action issues.  I
15  don't think this is an issue in our case at all.
16      MR. MacDONALD:  We did spend a lot of time
17  earlier talking about things relating to class action,
18  including this witness's knowledge of the class
19  action.  So that's my basis, and I don't have many of
20  these.  I'm just going --
21      MR. ZAHNER:  I disagree.  I talked about Jeff
22  Brown, but that's because it related to conversations
23  he had with Mr. McMullan that were passed on.  I mean,
24  you know, I strongly object to this.  I think you are
25  introducing issues that don't at all involve the TJT
```

03-22-10 Brinker Rough Draft.txt

ROUGH DRAFT TRANSCRIPT - FOR REFERENCE PURPOSES ONLY

142

```
 1   matter.  I don't think that's at issue.
 2        MR. MacDONALD:  I'm going to go ahead and ask
 3   them unless you are going to instruct the witness not
 4   to answer them.
 5        MR. ZAHNER:  I'm not in a position to do
 6   that.  I don't represent him.  It involves a different
 7   case.
 8        MR. MacDONALD:  Understood.
 9        Q.  Mr. Brinker, what I was going to ask you is
10   if you recommended Genworth invest its clients in any
11   of the following mutual funds from 2004 to 2009.  The
12   first one is the leg mason value trust SPELLING?
13        A.              **REDACTED**
14        Q.  It's a short list.  First is the l-e-g-g
15   mason value trust, fidelity income fund, Oppenheimer
16   quest value fund, American century equity growth fund,
17   the GMO growth fund, or the RDO which is a-r-t-i-o
18   international equity 2 fund.  That's the list.
19        A.
20
21
22              **REDACTED**
23
24
25
```

ROUGH DRAFT TRANSCRIPT - FOR REFERENCE PURPOSES ONLY

03-22-10 Brinker Rough Draft.txt

143

1    Q. Okay. Mr. Brinker, in the -- there are
2    portfolios that you construct for your market timer,
3    right?
4    A.  **REDACTED**
5    Q. Would any of those funds have been in any of
6    the portfolios that you created during that time
7    period?
8    A.  **REDACTED**
9    MR. ZAHNER: I just want to point out I have
10   the same objection to that question as well.
11   MR. MacDONALD: Understood.
12   Q. Generally speaking, Mr. Brinker, the asset
13   allocation between stocks and bonds in your market
14   timer market 3, would that be about 50/50 for debt
15   equity?
16
17
         **REDACTED**
18
19
20   Q. Okay. Actually, if you would just give me
21   one more moment here.
22       I guess just to follow up with your answer
23   there, would you consider a portfolio with say 39
24   percent invested in equity mutual funds to be
25   unbalanced?

ROUGH DRAFT TRANSCRIPT - FOR REFERENCE PURPOSES ONLY

144

Page 134

03-22-10 Brinker Rough Draft.txt

1    MR. ZAHNER:  Same objection.
2
3
4
5
6
7
8
9
10
11
12
13
14
15                    **REDACTED**
16
17
18
19
20
21
22
23
24
25


1
2