# STARK&STARK
A PROFESSIONAL CORPORATION

JOHN E. MACDONALD
DIRECT DIAL NUMBER
609-895-7292
DIRECT FAX NUMBER
609-895-7395
E-MAIL
jmacdonald@stark-stark.com

ATTORNEYS AT LAW

OFFICE:  993 LENOX DRIVE  LAWRENCEVILLE, NJ  08648-2389

MAILING:  PO BOX 5315  PRINCETON, NJ  08543-5315

609-896-9060 (PHONE)    609-896-0629 (FAX)

WWW.STARK-STARK.COM

April 5, 2010

**VIA ELECTRONIC FILING**
The Honorable Vanessa Bryant, U.S.D.J.
United States Courthouse
450 Main Street, Suite 320
Hartford, Connecticut 06103

Re:   **Genworth Financial Wealth Management, Inc. v. McMullan, et al.**
      **Case No. 09-CV-1521**

Dear Judge Bryant:

This firm represents the Defendants and Third Party Plaintiffs in the above-referenced matter. Please accept this letter in lieu of a more formal submission respectfully requesting that the Court briefly continue the hearing scheduled for this Thursday, April 8, 2010 to either the 15th or 16th, in order to facilitate settlement of this dispute at the settlement conference before Judge Thomas P. Smith scheduled for April 13 and 14, 2010.

If you have any questions or concerns regarding the enclosed documents, or regarding any other matter, please do not hesitate to contact me.

Respectfully,

STARK & STARK
A Professional Corporation

By:_____
    JOHN E. MACDONALD

JEM/mjb
c:   Judge Thomas P. Smith, U.S.M.J. (via electronic filing)
     Counsel for Plaintiff and Third Party Defendant (via electronic filing)