# ROBINSON & COLE LLP

ELIZABETH M. SMITH

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
esmith@rc.com
Direct (860) 275-8338

April 5, 2010

**VIA ELECTRONIC FILING**

The Honorable Vanessa Bryant, U.S.D.J.
United States Courthouse
450 Main Street, Suite 320
Hartford, CT 06103

      Re:    Genworth Financial Wealth Management, Inc. v. McMullan et al.
             Case No. 09-CV-1521

Dear Judge Bryant:

      We are in receipt of Defendants' motion to adjourn the April 8 TRO hearing [Doc. 77]. Plaintiff strenuously objects to any delay in its application for injunctive relief, filed February 25, 2010, and now fully briefed. We would only add that Genworth believes it has met all legal requirements for, and needs, injunctive relief to stop Defendants' ongoing wrongful behavior here.

                    Respectfully submitted,

                    Elizabeth M. Smith

*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

WHITE PLAINS

NEW YORK CITY

SARASOTA

*www.rc.com*

cc:    All Counsel of Record (via CM/ECF)