Case 3:09-cv-01521-VLB   Document 85   Filed 04/08/10   Page 1 of 1

Civil- (Dec-2008)

HONORABLE: _____
DEPUTY CLERK _____   RPTR/ECRO/TAPE _____
TOTAL TIME: _____ hours _____ minutes
DATE: _____   START TIME: _____   END TIME: _____
LUNCH RECESS   FROM: _____   TO: _____
RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. _____

_____
vs
_____

_____
Plaintiff's Counsel

_____
Defendant's Counsel

**COURTROOM MINUTES- CIVIL**

☐ Motion hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....# _____ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due _____   ☐ Proposed Findings due _____   Response due _____
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____  ☐ filed ☐ docketed
☐ ............ _____ Hearing continued until _____ at _____