UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.,<br><br>       Plaintiff,<br>  v.<br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC,<br><br>       Defendants. | Civil Action No. 3:09-CV-1521-VLB |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC,<br><br>       Third-Party Plaintiffs,<br>  v.<br>GURINDER AHLUWALIA,<br><br>       Third-Party Defendant. | May 3, 2010 |

### NOTICE OF CONSENT

Plaintiff Genworth Financial Wealth Management, Inc., and Third-Party Defendant Gurinder Ahluwalia hereby consent to this Court's continued role in presiding over this matter, notwithstanding the Court's Notice [Docket 95] to parties filed on April 28, 2010.

        Respectfully Submitted,

         /s Elizabeth M. Smith
        Mitchell L. Fishberg (CT 19661)
        Elizabeth M. Smith (CT 19808)
        mfishberg@rc.com
        esmith@rc.com
        ROBINSON & COLE LLP
        280 Trumbull Street
        Hartford, CT  06117
        Tele:  (860) 275-8338
        Fax:  (860) 275-8299

SONNENSCHEIN NATH & ROSENTHAL LLP
Reid L. Ashinoff  *(admitted phv)*
Sandra D. Hauser *(admitted phv)*
David R. Baum *(admitted phv)*
1221 Avenue of the Americas
New York, NY 10020
rashinoff@sonnenschein.com
shauser@sonnenschein.com
dbaum@sonnenschein.com
Tele: (212) 768-6700
Fax: (212) 768-6800

*Counsel for Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia*

## CERTIFICATION

I hereby certify that on 05/03/10, a copy of the foregoing Notice of Consent was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
Elizabeth M. Smith