## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC. : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TIMOTHY MCMULLAN, JAMES COOK, : <br> TIMOTHY MCFADDEN, KAREN BAZON, : <br> TAMARA RIVERA and TJT CAPITAL : <br> GROUP, LLC. : <br> : <br> Defendants. : <br> ———————————————————— <br> TIMOTHY MCMULLAN, JAMES COOK, : <br> TIMOTHY MCFADDEN, and TJT : <br> CAPITAL GROUP, LLC : <br> : <br> Third-Party Plaintiffs, : <br> : <br> v. : <br> : <br> GURINDER AHLUWALIA, : <br> : <br> Third-Party Defendant. : <br> : | Civil Action No. 3:09-CV-1521-VLB <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> May 5, 2010 |

### NOTICE OF CONSENT

Defendants Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC and Third-Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden and TJT Capital Group, LLC hereby consent to this Court's continued role in presiding over this matter, notwithstanding the Court's Notice [Docket 95] to parties filed on April 28, 2010.

Respectfully submitted,

STARK & STARK, PC
*Attorneys for Defendants/Third Party Plaintiffs*


/s John E. MacDonald
JOHN E. MACDONALD (CT 14853)
993 Lenox Drive
Lawrenceville, NJ  08648-2389
Tele:  (609) 895-7292
Fax:  (609) 895-7395
jmacdonald@stark-stark.com

Dated:  May 5, 2010