STARK & STARK

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.<br><br>        Plaintiff,<br>vs.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC<br><br>        Defendants.<br>_____<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>        Third-Party Plaintiffs,<br>vs.<br><br>GURINDER AHLUWALIA<br><br>        Third-Party Defendant. | Civil Action No. 3:09-CV-01521-VLB<br><br><br><br><br><br>**DEFENDANTS' AND THIRD PARTY PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OPPOSITION TO PLAINTIFF'S AND THIRD PARTY DEFENDANT'S ATTORNEY FEE APPLICATION**<br><br><br><br>June 17, 2010 |

    Defendants Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC and Third Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden and TJT Capital Group, LLC (collectively "Defendants" or "TJT Capital"), hereby request leave to file an opposition to Plaintiff Genworth Financial Wealth Management, Inc.'s, ("Genworth") and Third Party Defendant Gurinder Ahluwalia's ("Mr. Ahluwalia") Application for Attorneys' Fees filed on June 15, 2010, and in support of their Motion state:

    1.    By Order dated June 1, 2010, this Court granted Genworth's and Mr. Ahluwalia's Motion to Compel Forensic Imaging of Defendants' Computers, and for an

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

STARK & STARK

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

Order for Preservation of Evidence, Production of Evidence, Appointment of a Neutral Forensic Expert, and Sanctions ("Motion to Compel Forensic Imaging").

2. Paragraph 6 of the June 1, 2010 Order granted to Genworth and Mr. Ahluwalia sanctions in the form of reasonable attorneys' fees associated with the filing of their Motion to Compel Forensic Imaging, and required that Genworth and Mr. Ahluwalia provide to the Court by June 15, 2010, a detailed account of the hours and costs associated with the filing of their Motion to Compel Forensic Imaging.

3. Genworth and Ahluwalia filed on June 15, 2010 the detailed account ordered by the Court ("Attorney Fee Application").

4. Because Defendants believe that Genworth and Mr. Ahluwalia have sought to obtain, through their Attorney Fee Application, more than the reasonable costs and fees associated with the filing of their Motion to Compel Forensic Imaging, Defendants hereby request leave to file an opposition to Genworth's and Mr. Ahluwalia's Attorney Fee Application.

5. The Court's June 1, 2010 Order does not specify a date by which an opposition to the Attorney Fee Application must be filed.  Therefore, Defendants request that they be granted twenty-one (21) days from the filing of the Attorney Fee Application to respond to the Attorney Fee Application, which is equal to the amount of time permitted to respond to motions under Local Rule 7(a)(1).

WHEREFORE, Defendants/Third Party Plaintiffs respectfully request that this Court grant them leave to file an opposition to Plaintiff's/Third Party Defendant's Attorney Fee Application, and that this Court further grant to Defendants/Third Party

-2-

STARK & STARK

Plaintiffs twenty-one (21) days from the date the Attorney Fee Application was filed to file their opposition.

       The Defendants Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC

       The Third Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden and TJT Capital Group, LLC

       By  /s/ *John E. MacDonald*
         John E. MacDonald (CT Fed. Bar No. 14853)
         Stark & Stark, PC
         993 Lenox Drive, Bldg 2
         Post Office Box 5315
         Princeton, New Jersey 08543-5315
         Tele: (609) 895-7321
         Fax: (609) 895-7395
         jmacdonald@stark-stark.com

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

STARK & STARK

## CERTIFICATION

      I hereby certify that on June 17, 2010, a copy of the forgoing opposition and Motion was electronically filed.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing though the Court's CM/ECF System.  Courtesy copies are also being e-mailed on this date to counsel for the Plaintiff and Third Party Defendant, Reid Ashinoff, Esquire, and David Baum, Esquire, Sonnenchein, Nath & Rosenthal, 1221 Avenue of the Americas, 24th Floor, New York, New York 10020.

                                              By    /s/ *John E. MacDonald*
                                                  John E. MacDonald (CT Fed. Bar No. 14853)

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

STARK & STARK

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.<br><br>    Plaintiff,<br>vs.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC<br><br>    Defendants.<br>_____<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>    Third-Party Plaintiffs,<br>vs.<br><br>GURINDER AHLUWALIA<br><br>    Third-Party Defendant. | Civil Action No. 3:09-CV-01521-VLB<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**PROPOSED ORDER** |

     Upon consideration of Defendants'/Third Party Plaintiffs' Motion for Leave to File an Opposition to Plaintiff's/Third Party Defendant's Attorney Fee Application

     IT IS HEREBY ORDERED THAT:

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

STARK & STARK

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

    1.    Defendants/Third Party Plaintiffs shall have twenty-one (21) days from the date that Plaintiff/Third Party Defendant filed their Attorney Fee Application, until July 6, 2010, to file their opposition to the Attorney Fee Application.

    SO ORDERED:

Dated: June ____, 2010                                _____
                                                           Hon. Vanessa K. Bryant, U.S.D.J.