# STARK & STARK

A PROFESSIONAL CORPORATION

JOHN E. MACDONALD
DIRECT DIAL NUMBER
609-895-7292
DIRECT FAX NUMBER
609-895-7395
E-MAIL
jmacdonald@stark-stark.com

**ATTORNEYS AT LAW**

OFFICE:  993 LENOX DRIVE  LAWRENCEVILLE, NJ  08648-2389

MAILING:  PO BOX 5315  PRINCETON, NJ  08543-5315

**609-896-9060 (PHONE)   609-896-0629 (FAX)**

WWW.STARK-STARK.COM

June 22, 2010

**VIA ELECTRONIC FILING & FEDEX**
The Honorable Vanessa Bryant, U.S.D.J.
United States Courthouse
450 Main Street, Suite 320
Hartford, Connecticut 06103

Re:     **Genworth Financial Wealth Management, Inc. v. McMullan, et al.**
        **Case No. 09-CV-1521**

Dear Judge Bryant:

This firm represents the Defendants and Third Party Plaintiffs in the above-referenced matter. We write to inform you of recent developments regarding the execution of the parties' responsibilities under Your Order dated June 1, 2010, which compelled forensic imaging of Defendants' computer devices.

Today, June 22, 2010, the parties received a list of estimated costs from Guidance Software, Plaintiff's proposed expert whom Defendants consented to use in order to facilitate the rapid resolution of issues regarding the execution of the Court's Order.  We have attached the email containing the cost breakdown to this correspondence as Exhibit "A"; however, as Your Honor can see, the total estimated costs of Guidance Software's services are $48,500.00.

Counsel for Defendants, upon receipt of the estimate from Guidance Software, sent a letter to counsel for Plaintiffs requesting that Plaintiff assume a large percentage of the costs associated with Guidance Software's services, a request which counsel for Plaintiff declined.  Attached as Exhibit "B" is a copy of counsel for Defendants June 22, 2010 letter to counsel for Plaintiff, and attached as Exhibit "C" is a copy of counsel for Plaintiff's initial response to that letter.

Therefore, because the costs to Defendants – who include only individuals and a small financial start-up – associated with the computer forensic imaging and analysis required by the Court's June 1, 2010 Order are prohibitively high, and because Plaintiff has refused to take more financial responsibility for these costs, Defendants respectfully request that Court reallocate the percentage responsibilities assigned to the parties regarding the payment of costs associated with the computer forensic services required under Your Order.  Specifically, Defendants request that the Court require Plaintiff to bear 80% of the costs and Defendants to bear 20% of the costs associated with the computer forensics services to be performed.

STARK & STARK

A PROFESSIONAL CORPORATION

The Honorable Vanessa Bryant, U.S.D.J.
June 22, 2010
Page 2

As counsel for Defendants indicated during oral argument on April 8, 2010, regarding Plaintiff's Motion to Compel Forensic Imaging of Defendants' Computer, and for an Order for Preservation of Evidence, Production of Evidence, Appointment of a Neutral Forensic Expert, and for Sanction ("Motion to Compel Forensic Imaging"), Defendants, unlike Plaintiff, are not in financial position to the high costs associated with computer forensic imaging and analysis. Defendants' fear has always been that the costs associated with such services would be prohibitively high, a fear that was confirmed upon review of the estimated costs provided by Guidance Software, which claims it will require almost 200 hours of services to complete its required tasks.[1]

Therefore, because 80% of what will likely be at least a $50,000.00 bill (if not more) from Guidance Software is an alarmingly large sum compared to Defendants' limited resources, and because Plaintiff is in a far more financially capable of paying these costs than Defendants, Defendants respectfully request that the Court reallocate the percentage responsibilities assigned to the parties regarding the payment of costs associated with the computer forensic services required under the Court's June 1, 2010 Order.

Counsel for Defendants are generally available to discuss with Your Honor via teleconference any of the issues raised in this correspondence.

Respectfully,

STARK & STARK
A Professional Corporation

By:_____
        JOHN E. MACDONALD

_____
        [1]Counsel for Plaintiff, during oral argument on April 8, 2010, on the Motion to Compel forensic imaging, indicated that costs associated with forensic imaging and analysis would be much more reasonable, stating, "Forensic imaging is not something that's big, mysterious.  It's a couple hundred dollars an hour to go to someone's home or business and create a mirror image of that computer and then do analysis that would enable us to know what's there. " April 8, 2010 Hearing Tr. 14:8-12.   Thus implying that the costs associated with computer forensic imaging and analysis would relatively easy to afford.

# STARK&STARK
A PROFESSIONAL CORPORATION

The Honorable Vanessa Bryant, U.S.D.J.
June 22, 2010
Page 3


JEM/mjb

c:      Judge Thomas P. Smith, U.S.M.J. (via electronic filing)
        Counsel for Plaintiff and Third Party Defendant (via electronic filing & via email)

**E
X
H
I
B
I
T

A**

# EXHIBIT "A"

From:       "Pitre, Anthony" <anthony.pitre@guidancesoftware.com>
To:         John MacDonald <JMacDonald@stark-stark.com>, "David R. Baum" <dbaum@sonn...
CC:         "Yens, Jasen" <jasen.yens@guidancesoftware.com>, "Reid L. Ashinoff" <ras...
Date:       6/22/2010 9:30 AM
Subject:    RE: Genworth Financial Wealth Mgmt v. McMullen et. al

Hi all,
I was unaware that we would be collecting and analyzing this many computers in such a short time frame considering July 4th is quickly approaching. It's going to be tight in wrapping this up by July 9th. Below is the estimate for this scope, it may be more depending on drive sizes. Thanks, Tony
Hourly Based Services

Item

Code

Description

 Rate

UOM

Qty

 Total

1

100

Acquisition - Field

$250.00

Hourly

30

$7,500.00



2

120

Casework - Analysis

$250.00

Hourly

120

$30,000.00

3

130

Casework - Reporting

$250.00

Hourly

30

$7,500.00

4

181

Travel Time

$125.00

Hourly

12

$1,500.00

$46,500.00

Fees & Charges

Item

Code

Description

 Rate

UOM

Qty

 Total

5

331

Software Fee - EnCase Enterprise

$1,000.00

Day

2

$2,000.00

$2,000.00

Expenses

Item

Code

Description

Total

6

Lodging

TBD

7

Meals

TBD

8

Rental Car or Mileage

TBD

9

Shipping / Courier

TBD

10

Equipment / Materials

TBD

TBD

Total:

$48,500.00

Anthony Pitre | Director | Guidance Software, Inc
551 Fifth Avenue, New York City, NY 10176 Suite 400
Tel: 212-277-3700 x337| Fax: 212-277-3707 | Cell: 571-237-7124
anthony.pitre@guidancesoftware.com<mailto:anthony.pitre@guidancesoftware.com> |

www.guidancesoftware.com
PGP ID: 0xEAB988CF
PGP Fingerprint: 88DD 46E7 D548 11AB 5460 5968 6B96 BB3B EAB9 88CF
How are we doing?  Please let us know: Professional Services Customer
Survey<http://www.guidancesoftware.com/services/psdsurvey.aspx>.
"The World Leader in Digital Investigations"


From: John MacDonald [mailto:JMacDonald@stark-stark.com]
Sent: Tuesday, June 22, 2010 9:15 AM
To: Pitre, Anthony; David R. Baum
Cc: Yens, Jasen; Reid L. Ashinoff; Sandra D. Hauser; Michael Brittan
Subject: Re: Genworth Financial Wealth Mgmt v. McMullen et. al

Gentlemen - FYI - the devices to be imaged are as follows:

1.  6 business desktop computers;

2.  2 office servers;

3.  4 laptops;

4.  3 home desktop computers;

5.  3 sprint treo pro cell phones.

I believe the computer devices will be available for imaging at TJT Capital, which is located at: 9 West
Broad Street, Stamford, CT 06902.

John E. MacDonald, Esq.
Stark & Stark
A Professional Corporation
993 Lenox Drive
P.O. Box 5315
Princeton, NJ 08543-5315
(609) 895-7292 Phone
(609) 895-7395 Fax


>>> "Baum, David R." <dbaum@sonnenschein.com> 6/22/2010 8:52 AM >>>
Tony,

I don't understand why split billing can't work. Guidance would issue
one bill and send it to both parties. Defendants will pay 80% and
Plaintiff will pay 20%. This is a split ordered by the court.  There
is no administrative burden on Guidance. In any event, we need to
start on the imaging and analysis ASAP. We are working under a very
tight court deadline. Please confirm that the work will begin this week.


John,

I do not understand the delay in getting the information to Guidance
regarding the number of devices and the relevant address(es). This
should have been information given last week.  In the event that there
is any further day due to the failure to provide this information, we
will alert the court to the situation.

David

This message was sent wirelessly from my iPhone. Please excuse the brevity, and any typographical errors.

On Jun 22, 2010, at 7:01 AM, "Pitre, Anthony" <anthony.pitre@guidancesoftware.com
> wrote:

> Hi David,
>
> Our attorneys have reviewed and approved the documents that you had
> sent to me on June 16, 2010. Attached you will find Exhibit C
> (Consent Form) signed. I've also heard back from our finance departm
> ent, and we will not be able to accommodate the split billing. If yo
> u did decided to take this route it would delay the collection. The
> SOW is pretty much done, I just need the numbers of computers/device
> s so I can come up with a better estimate. I also need the address o
> f where the collection is going to take place. I will not be availab
> le after 2pm today, but I will be checking my email periodically. Th
> anks, Tony
>
>
> Anthony Pitre | Director | Guidance Software, Inc
> 551 Fifth Avenue, New York City, NY 10176 Suite 400
> Tel: 212-277-3700 x337| Fax: 212-277-3707 | Cell: 571-237-7124
> anthony.pitre@guidancesoftware.com<mailto:anthony.pitre@guidancesoftware.com
> > | www.guidancesoftware.com
> PGP ID: 0xEAB988CF
> PGP Fingerprint: 88DD 46E7 D548 11AB 5460 5968 6B96 BB3B EAB9 88CF
> How are we doing?  Please let us know: Professional Services
> Customer Survey<http://www.guidancesoftware.com/services/psdsurvey.aspx
> >.
> "The World Leader in Digital Investigations"
>
>
> From: Baum, David R. [mailto:dbaum@sonnenschein.com]
> Sent: Wednesday, June 16, 2010 4:58 PM
> To: Pitre, Anthony
> Cc: jmacdonald@stark-stark.com; Michael Brittan; Ashinoff, Reid L.;
> Hauser, Sandra D.
> Subject: Genworth Financial Wealth Mgmt v. McMullen et. al
>
>
> Mr. Pitre,
>
> I have mentioned the above-referenced case to you in connection with
> serving as a neutral forensic examiner.  We represent Genworth.  I
> am copying the counsel for the defendants.  I understand that this
> case has cleared the conflict check with Guidance, and all parties
> have agreed to select you as the forensic examiner.  Although we are
> awaiting the formal court order that appoints you as the expert, we
> would like to set up a call to discuss the background of the case,
> and the expectations that we have for your work.
>
> I am attaching the parties' stipulation and proposed order that has

> been submitted to the court in connection with your appointment as
> the neutral examiner.  Exhibit Exhibit B to that document is a
> statement of work that generally outlines what we will need to be
> done.  Exhibit C is the protective order in the case, which we will
> ask you to read and agree to be bound to (by signing a Consent Form
> that will be substantially in the form of the document that is
> attached as an exhibit to the Protective Order).
>
> Counsel for both parties are available for a call with you tomorrow
> from 10am to 12pm, or from 2pm to 5pm.  Please let me know if any
> particular time in that range works for you.  If not, please let us
> know what times would be most convenient for you, and we will
> coordinate.
>
> Thanks.
>
> David
>
>
>
>
>
>
> David R. Baum
> Partner
> Sonnenschein Nath & Rosenthal LLP
> 1221 Avenue of the Americas
> New York, NY 10020-1089
> Direct: 212.768.6925
> Fax: 212.768.6800
> dbaum@sonnenschein.com
> www.sonnenschein.com<http://www.sonnenschein.com<http://www.sonnenschein.com/>>
>
> ---
> -------------------------------------------------------------------
> ***
> FOR MORE INFORMATION ON THE PENDING COMBINATION OF SONNENSCHEIN AND
> DENTON WILDE SAPTE LLP, PLEASE VISIT WWW.SNRDENTONCOMBINATION.COM
> ***
> CONFIDENTIALITY NOTE:
> This e-mail and any attachments are confidential and may be
> protected by legal privilege. If you are not the intended recipient,
> be aware that any disclosure, copying, distribution or use of this e-
> mail or any attachment is prohibited. If you have received this e-
> mail in error, please notify us immediately by returning it to the
> sender and delete this copy from your system. Thank you for your
> cooperation.
> IRS CIRCULAR 230 NOTICE:
> To comply with requirements imposed by the IRS, we inform you that
> any U.S. federal tax advice contained herein (including any
> attachments), unless specifically stated otherwise, is not intended
> or written to be used, and cannot be used, for the purpose of (i)
> avoiding penalties under the Internal Revenue Code or (ii)
> promoting, marketing or recommending any transaction or matter
> addressed herein to another party.
> ---

> -------------------------------------------------------------------
>
>
>
David R. Baum
Partner
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Direct: 212.768.6925
Fax: 212.768.6800
dbaum@sonnenschein.com
www.sonnenschein.com


-------------------------------------------------------------------
***
FOR MORE INFORMATION ON THE PENDING COMBINATION OF SONNENSCHEIN AND DENTON
WILDE SAPTE LLP, PLEASE VISIT WWW.SNRDENTONCOMBINATION.COM
***

CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not
the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any
attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning
it to the sender and delete this copy from your system. Thank you for your cooperation.
IRS CIRCULAR 230 NOTICE:
To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice
contained herein (including any attachments), unless specifically stated otherwise, is not intended or
written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal
Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed herein
to another party.
-------------------------------------------------------------------


_____

>
>
> Note: The information contained in this message may be privileged and
> confidential and thus protected from disclosure. If the reader of this
> message is not the intended recipient, or an employee or agent
> responsible
> for delivering this message to the intended recipient, you are hereby
> notified that any dissemination, distribution or copying of this
> communication is strictly prohibited.  If you have received this
> communication in error, please notify us immediately by replying to
> the
> message and deleting it from your computer.  Thank you.
>
>
> <Consent Form.pdf>


_____
This Email has been scanned for Stark & Stark for all viruses by PAETEC Email Scanning Services

This Email has been scanned for all viruses for Stark & Stark by PAETEC Email Scanning Services

Note: The information contained in this message may be privileged and confidential and thus protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.  Thank you.

This Email has been scanned for Stark & Stark for all viruses by PAETEC Email Scanning Services

EXHIBIT B

# EXHIBIT "B"

# STARK&STARK
A PROFESSIONAL CORPORATION

JOHN E. MACDONALD
DIRECT DIAL NUMBER
609-895-7292
DIRECT FAX NUMBER
609-895-7395
E-MAIL
jmacdonald@stark-stark.com

**ATTORNEYS AT LAW**

OFFICE:  993 LENOX DRIVE  LAWRENCEVILLE, NJ  08648-2389

MAILING:  PO BOX 5315  PRINCETON, NJ  08543-5315

609-896-9060 (PHONE)   609-896-0629 (FAX)

WWW.STARK-STARK.COM

June 22, 2010

***VIA EMAIL & REGULAR MAIL***
David R. Baum, Esquire
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Re:    **Genworth Financial Wealth Management, Inc. v. McMullan, et al.**
       **Case No. 09-CV-1521**

Dear David:

We have had an opportunity to review the estimated costs associated with the services to be performed by Guidance Software in accordance with the Court's June 1, 2010 Order, and, as we feared and as I raised during the oral argument before the Court issued its Order, we believe those costs to be unreasonably high.  Therefore, because Plaintiff is in a far stronger financial position to pay the fees associated with Guidance Software's services, we request that Plaintiff agree to bear a more equitable portion, at least 80%, of the expected costs of the services to be performed by Guidance Software.  As I raised during oral argument, unlike Plaintiff, Defendants are simply not in a financial position to pay costs such as this.

I await your response.  Should you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

STARK & STARK
A Professional Corporation

By:
       JOHN E. MACDONALD
Enc.
JEM/mjb
c:     TJT Capital Group, LLC (via regular mail w/enc.)

PRINCETON  •  PHILADELPHIA  •  MARLTON  •  NEW YORK  •  NEWTOWN

EXHIBIT C

# EXHIBIT "C"

**From:**     "Baum, David R." <dbaum@sonnenschein.com>
**To:**     'John MacDonald' <JMacDonald@stark-stark.com>, Anthony Pitre <anthony.pi...
**CC:**     Michael Brittan <MBrittan@stark-stark.com>, "Ashinoff, Reid L." <rashino...
**Date:**     6/22/2010 6:16 PM
**Subject:**     RE: Genworth Financial Wealth Mgmt v. McMullen et. al

John,

There is no outstanding issue regarding the payment split for the costs of the work performed by Guidance. As you are well-aware, the Court has ordered Defendants to pay for 80% of the costs. We will not agree to change that split (even if we would consider it -- and we will not -- we do not have the power to deviate from a clear and unambiguous court order). I understand from Guidance that an execution of the fee agreement is required before the imaging and analysis can commence. By refusing to execute the fee agreement (to which you had no substantive edits), you and your clients are in clear violation of the Court's Order. We will not hesitate to move for sanctions in the event that you do not move forward with the fee agreement. I will address this in direct response to your letter to me from late this afternoon, but I want to make clear in this e-mail string that you are obligated to withdraw this email to Mr. Pitre, and comply with the Court Order, immediately.

David


David R. Baum<http://www.sonnenschein.com/attorneys/index.aspx?aid=0003661>
[http://www.sonnenschein.com/images/ui_base/icon_vcard.gif]
<http://www.sonnenschein.com/vcard/getvcard.aspx?aid=0003661>
Partner
Sonnenschein Nath & Rosenthal LLP
Direct: 212.768.6925
Fax: 212.768.6800
dbaum@sonnenschein.com
www.sonnenschein.com

[http://www.sonnenschein.com/images/ui_base/logo_snr_lvl2.gif]<http://www.sonnenschein.com/>
1221 Avenue of the Americas
New York, NY 10020-1089


---------------------------------------------------------------------
***
FOR MORE INFORMATION ON THE PENDING COMBINATION OF SONNENSCHEIN AND DENTON WILDE SAPTE LLP, PLEASE VISIT WWW.SNRDENTONCOMBINATION.COM
***
CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.
IRS CIRCULAR 230 NOTICE:
To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed herein to another party.
---------------------------------------------------------------------

From: John MacDonald [mailto:JMacDonald@stark-stark.com]
Sent: Tuesday, June 22, 2010 5:54 PM
To: Anthony Pitre; Baum, David R.
Cc: Michael Brittan
Subject: RE: Genworth Financial Wealth Mgmt v. McMullen et. al

Tony - our clients are still available to go forward with the imaging on Thursday.  Note - Tim McMullan will be out of the office with his laptop and cell phone, so we will have to provide those devices to you on a subsequent day.  However, there is an issue we are trying to work out with plaintiff about the payment split for your costs which we are trying to resolve.  We will need to resolve this issue prior to our client signing your fee agreement.   I will be back in touch with you tomorrow on this issue.

John E. MacDonald, Esq.
Stark & Stark
A Professional Corporation
993 Lenox Drive
P.O. Box 5315
Princeton, NJ 08543-5315
(609) 895-7292 Phone
(609) 895-7395 Fax

>>> "Pitre, Anthony" <anthony.pitre@guidancesoftware.com> 6/21/2010 12:37 PM >>>
Hi all,
I have not heard from the attorneys involved regarding how you want the contracts handled. I would need the contracts before the consultant shows up on site. BTW, I do have some flexibility for the rest of the week. Thanks, Tony

Anthony Pitre | Director | Guidance Software, Inc
551 Fifth Avenue, New York City, NY 10176 Suite 400
Tel: 212-277-3700 x337| Fax: 212-277-3707 | Cell: 571-237-7124
anthony.pitre@guidancesoftware.com<mailto:anthony.pitre@guidancesoftware.com> |
www.guidancesoftware.com
PGP ID: 0xEAB988CF
PGP Fingerprint: 88DD 46E7 D548 11AB 5460 5968 6B96 BB3B EAB9 88CF
How are we doing?  Please let us know: Professional Services Customer
Survey<http://www.guidancesoftware.com/services/psdsurvey.aspx>.
"The World Leader in Digital Investigations"

From: John MacDonald [mailto:JEM@stark-stark.com]
Sent: Thursday, June 17, 2010 6:18 PM
To: Pitre, Anthony; David R. Baum
Cc: Michael Brittan; Reid L. Ashinoff; Sandra D. Hauser
Subject: RE: Genworth Financial Wealth Mgmt v. McMullen et. al

I am checking on the 22nd - it should not be a problem.  Will confirm tomorrow.

John E. MacDonald, Esq.
Stark & Stark
A Professional Corporation
993 Lenox Drive
P.O. Box 5315
Princeton, NJ 08543-5315

(609) 895-7292 Phone
(609) 895-7395 Fax


>>> "Pitre, Anthony" <anthony.pitre@guidancesoftware.com> 6/17/2010 4:23 PM >>>
Hi all,

At this moment I have 1 Senior Consultant available on Tuesday June 22nd. After that, I will have not availability until July 1st. Thanks, Tony


Anthony Pitre | Director | Guidance Software, Inc
551 Fifth Avenue, New York City, NY 10176 Suite 400
Tel: 212-277-3700 x337| Fax: 212-277-3707 | Cell: 571-237-7124
anthony.pitre@guidancesoftware.com<mailto:anthony.pitre@guidancesoftware.com> |
www.guidancesoftware.com
PGP ID: 0xEAB988CF
PGP Fingerprint: 88DD 46E7 D548 11AB 5460 5968 6B96 BB3B EAB9 88CF
How are we doing?  Please let us know: Professional Services Customer
Survey<http://www.guidancesoftware.com/services/psdsurvey.aspx>.
"The World Leader in Digital Investigations"


From: Baum, David R. [mailto:dbaum@sonnenschein.com]
Sent: Thursday, June 17, 2010 9:47 AM
To: Pitre, Anthony
Cc: jmacdonald@stark-stark.com; Michael Brittan; Ashinoff, Reid L.; Hauser, Sandra D.
Subject: RE: Genworth Financial Wealth Mgmt v. McMullen et. al

Let's make it 3pm.

John MacDonald and I will give you a call then.

Thanks.

David


David R. Baum<http://www.sonnenschein.com/attorneys/index.aspx?aid=0003661>
<http://www.sonnenschein.com/vcard/getvcard.aspx?aid=0003661>
Partner
Sonnenschein Nath & Rosenthal LLP
Direct: 212.768.6925
Fax: 212.768.6800
dbaum@sonnenschein.com
www.sonnenschein.com


<http://www.sonnenschein.com/>
1221 Avenue of the Americas
New York, NY 10020-1089


------------------------------------------------------------------------

***
FOR MORE INFORMATION ON THE PENDING COMBINATION OF SONNENSCHEIN AND DENTON
WILDE SAPTE LLP, PLEASE VISIT WWW.SNRDENTONCOMBINATION.COM
***
CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not
the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any
attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning
it to the sender and delete this copy from your system. Thank you for your cooperation.
IRS CIRCULAR 230 NOTICE:
To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice
contained herein (including any attachments), unless specifically stated otherwise, is not intended or
written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal
Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed herein
to another party.
-------------------------------------------------------------------------


From: Pitre, Anthony [mailto:anthony.pitre@guidancesoftware.com]
Sent: Thursday, June 17, 2010 9:25 AM
To: Baum, David R.
Cc: jmacdonald@stark-stark.com; Michael Brittan; Ashinoff, Reid L.; Hauser, Sandra D.
Subject: RE: Genworth Financial Wealth Mgmt v. McMullen et. al
Hi Baum,

I'm available from 2pm - 4:30pm. Would you like me to send an invite? Thanks, Tony


Anthony Pitre | Director | Guidance Software, Inc
551 Fifth Avenue, New York City, NY 10176 Suite 400
Tel: 212-277-3700 x337| Fax: 212-277-3707 | Cell: 571-237-7124
anthony.pitre@guidancesoftware.com<mailto:anthony.pitre@guidancesoftware.com> |
www.guidancesoftware.com
PGP ID: 0xEAB988CF
PGP Fingerprint: 88DD 46E7 D548 11AB 5460 5968 6B96 BB3B EAB9 88CF
How are we doing?  Please let us know: Professional Services Customer
Survey<http://www.guidancesoftware.com/services/psdsurvey.aspx>.
"The World Leader in Digital Investigations"


From: Baum, David R. [mailto:dbaum@sonnenschein.com]
Sent: Wednesday, June 16, 2010 4:58 PM
To: Pitre, Anthony
Cc: jmacdonald@stark-stark.com; Michael Brittan; Ashinoff, Reid L.; Hauser, Sandra D.
Subject: Genworth Financial Wealth Mgmt v. McMullen et. al


Mr. Pitre,

I have mentioned the above-referenced case to you in connection with serving as a neutral forensic
examiner.  We represent Genworth.  I am copying the counsel for the defendants.  I understand that this
case has cleared the conflict check with Guidance, and all parties have agreed to select you as the
forensic examiner.  Although we are awaiting the formal court order that appoints you as the expert, we
would like to set up a call to discuss the background of the case, and the expectations that we have for
your work.

I am attaching the parties' stipulation and proposed order that has been submitted to the court in connection with your appointment as the neutral examiner.  Exhibit Exhibit B to that document is a statement of work that generally outlines what we will need to be done.  Exhibit C is the protective order in the case, which we will ask you to read and agree to be bound to (by signing a Consent Form that will be substantially in the form of the document that is attached as an exhibit to the Protective Order).

Counsel for both parties are available for a call with you tomorrow from 10am to 12pm, or from 2pm to 5pm.  Please let me know if any particular time in that range works for you.  If not, please let us know what times would be most convenient for you, and we will coordinate.

Thanks.

David

David R. Baum
Partner
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Direct: 212.768.6925
Fax: 212.768.6800
dbaum@sonnenschein.com
www.sonnenschein.com<http://www.sonnenschein.com/>

-----------------------------------------------------------------------
***
FOR MORE INFORMATION ON THE PENDING COMBINATION OF SONNENSCHEIN AND DENTON WILDE SAPTE LLP, PLEASE VISIT WWW.SNRDENTONCOMBINATION.COM
***
CONFIDENTIALITY NOTE:
This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.
IRS CIRCULAR 230 NOTICE:
To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending any transaction or matter addressed herein to another party.
-----------------------------------------------------------------------

_____

Note: The information contained in this message may be privileged and

confidential and thus protected from disclosure. If the reader of this

message is not the intended recipient, or an employee or agent responsible

for delivering this message to the intended recipient, you are hereby

notified that any dissemination, distribution or copying of this

communication is strictly prohibited.  If you have received this

communication in error, please notify us immediately by replying to the

message and deleting it from your computer.  Thank you.

---

This Email has been scanned for Stark & Stark for all viruses by PAETEC Email Scanning Services

Note: The information contained in this message may be privileged and

confidential and thus protected from disclosure. If the reader of this

message is not the intended recipient, or an employee or agent responsible

for delivering this message to the intended recipient, you are hereby

notified that any dissemination, distribution or copying of this

communication is strictly prohibited.  If you have received this

communication in error, please notify us immediately by replying to the

message and deleting it from your computer.  Thank you.

---

This Email has been scanned for Stark & Stark for all viruses by PAETEC Email Scanning Services

Note: The information contained in this message may be privileged and
confidential and thus protected from disclosure. If the reader of this
message is not the intended recipient, or an employee or agent responsible
for delivering this message to the intended recipient, you are hereby
notified that any dissemination, distribution or copying of this
communication is strictly prohibited.  If you have received this
communication in error, please notify us immediately by replying to the
message and deleting it from your computer.  Thank you.

---

This Email has been scanned for all viruses for Stark & Stark by PAETEC Email Scanning Services

---

This Email has been scanned for Stark & Stark for all viruses by PAETEC Email Scanning Services