UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------x
GENWORTH FINANCIAL WEALTH :
MANAGEMENT, INC., :
        Plaintiff, :
:
    v. : Case No. 3:09-CV-1521-VLB
:
TIMOTHY MCMULLAN, JAMES COOK, :
TIMOTHY MCFADDEN, KAREN BAZON, :
TAMARA RIVERA and TJT CAPITAL :
GROUP, LLC, :
        Defendants. :
:
---------------------------------------------
:
TIMOTHY MCMULLAN, JAMES COOK, :
TIMOTHY MCFADDEN, AND TJT :
CAPITAL GROUP, LLC, :
:
        Third-Party Plaintiffs, :
:
    v. :
:
GURINDER AHLUWALIA, :
        Third-Party Defendant. :
---------------------------------------------x

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 7(e), the undersigned attorneys, Kurt W. Hansson, Victoria A. Cundiff, Kirby D. Behre, and Bradley Bloodworth, of Paul, Hastings, Janofsky & Walker, LLP respectfully request that they be permitted to withdraw as counsel for the Plaintiff, Genworth Financial Wealth Management, Inc. ("Genworth") and the Third-Party Defendant, Gurinder Ahluwalia ("Mr. Ahluwalia"), in the above-captioned matter.

In support of this Motion, undersigned counsel represent that Attorneys Reid L. Ashinoff, Sandra D. Hauser, David Baum and Richard M. Zuckerman of Sonnenschein, Nath & Rosenthal LLP, as well as Attorneys Mitchell L. Fishberg and Elizabeth M. Smith

of Robinson & Cole LLP, have appeared in this case on behalf of Genworth and Mr. Ahluwalia, and will continue to represent them in this matter.

In further support of their motion, the undersigned state that Genworth and Mr. Ahluwalia have been advised of, and consent to, this Motion to Withdraw, and will be served with a copy of the Motion in accordance with Local Rule 7(e).

Dated this 24th day of June, 2010

>                      /s/
> Kurt Hansson (CT 01373)
> kurthansson@paulhastings.com
> Victoria A. Cundiff (phv 03712)
> victoriacundiff@paulhastings.com
> Kirby D. Behre (phv 03713)
> kirbybehre@paulhastings.com
> Bradley W. Bloodworth (phv 03714)
> bradbloodworth@paulhastings.com
> Paul, Hastings, Janofsky & Walker LLP
> 75 E. 55th Street
> New York, NY 10022
> Tele: (212) 318-6030

## CERTIFICATION

I hereby certify that on June 24, 2010, a copy of the foregoing Motion to Withdraw was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I further certify that on June 24, 2010, actual notice of this Motion to Withdraw has been served on Genworth Financial Wealth Management, Inc. and Gurinder Ahluwalia in accordance with Local Rule 7(e).

>           /s/
> Kurt Hansson