STARK & STARK

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.<br><br>              Plaintiff,<br>vs.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC<br><br>              Defendants.<br>_____<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>              Third-Party Plaintiffs,<br>vs.<br><br>GURINDER AHLUWALIA<br><br>              Third-Party Defendant. | Civil Action No. 3:09-CV-01521-VLB<br><br>**DEFENDANTS' AND THIRD PARTY PLAINTIFFS' MOTION REQUESTING AN EXTENSION OF TIME FOR DEFENDANTS AND THIRD PARTY PLAINTIFFS' TO PRODUCE DATA FROM FORENSIC IMAGES PROVIDED BY COURT APPOINTED COMPUTER FORENSIC EXPERT**<br><br>**AND**<br><br>**DEFENDANTS' AND THIRD PARTY PLAINTIFFS' MOTION REQUESTING A CONFERENCE WITH THE COURT REGARDING THE PRODUCTION OF DATA FROM FORENSIC IMAGES PROVIDED BY COURT APPOINTED COMPUTER FORENSIC EXPERT**<br><br>August 30, 2010 |

       Defendants Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC and Third Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden and TJT Capital Group, LLC (collectively "Defendants"), hereby request that the Court extend the deadline by which Defendants must produce data from the forensic images made of Defendants' computer devices provided by the Court appointed computer forensic expert, Guidance Software, Inc., ("Guidance"), and also request a telephonic conference call with the Court regarding this and related issues.  In support of their request Defendants state:

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

STARK & STARK

1.	On June 1, 2010, the Court entered an Order requiring that Guidance, after obtaining forensic images of Defendants' relevant computer devices, was to "use the mirrored computer data to recover and organize the mirrored files and information in a reasonable searchable form. The expert shall then provide the recovered data to the Defendants' counsel and contemporaneous notice of this production to the Plaintiff by no later than July 9, 2010." June 1, 2010 Order at ¶3.

2.	The June 1, 2010 Order further provided that "Defendants' counsel will have until July 30, 2010 to examine the records for privilege and responsiveness, and provide supplementary production of responsive items and a comprehensive privilege log in accordance with Federal Rule of Civil Procedure 26(b)(5)(A)." June 1, 2010 Order at ¶3. This July 30, 2010 production deadline is twenty-one (21) days from the July 9, 2010 deadline by which Guidance was to provide the data to Defendants' counsel.

3.	Due to circumstances not the fault of any party, Guidance was unable, until approximately August 9, 2010, to prepare its initial expert report or provide to Defendants' counsel a copy of the imaged computer devices for review by Defendants' counsel.

4.	After Defendants' counsel had the opportunity to review the contents of the data provided by Guidance, Defendants' counsel concluded that they could not, without the assistance of an experienced computer professional, review the data forwarded by Guidance and produce responsive, non-privileged information in compliance with the June 1, 2010 Order. The data set is too large, and much of it is not in a form that can be easily searched through or accessed. That Defendants' counsel

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

STARK & STARK

would be unable to review and produce this information without the further assistance of a computer professional was confirmed by Guidance.

5. Defendants and Defendants' counsel are in the process of securing the services of a computer professional to assist with the process of reviewing and producing data provided by Guidance.

6. Because of the difficulties Defendants' counsel have encountered while attempting to review and produce information forwarded by Guidance, Defendants' counsel request an extension of at least thirty (30) days of the August 30, 2010 deadline for producing responsive, non-privileged data to opposing counsel, which data was initially recovered by Guidance from Defendants' computer devices and provided to Defendants' counsel on or about August 9, 2010. Defendants' counsel cannot complete these tasks without further assistance of a computer professional.

7. Defendants further request a telephonic conference call with the Court to discuss the review and production of data forwarded to Defendants' counsel by Guidance.

8. Importantly, Guidance has created forensic images of all data contained on Defendants' relevant computers. Therefore, there is no danger that relevant data will be lost if an extension is granted. Furthermore, Guidance has produced two expert reports regarding its analysis of the data contained on Defendants' computers, each of which was provided, at the direction of Defendants' counsel, to opposing counsel without delay. Furthermore, the expert reports make clear that Plaintiff's ACT and TNET databases were nowhere to be found on any of Defendants' computer devices.

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

STARK & STARK

The Defendants Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC

The Third Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden and TJT Capital Group, LLC


By    /s/ *John E. MacDonald*
       John E. MacDonald (CT Fed. Bar No. 14853)
       Stark & Stark, PC
       993 Lenox Drive, Bldg 2
       Post Office Box 5315
       Princeton, New Jersey 08543-5315
       Tele:  (609) 895-7321
       Fax:   (609) 895-7395
       jmacdonald@stark-stark.com

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

STARK & STARK

## CERTIFICATION

I hereby certify that on August 30, 2010 a copy of the forgoing Motion was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System. Courtesy copies are also being e-mailed on this date to counsel for the Plaintiff and Third Party Defendant, Reid Ashinoff, Esquire, and David Baum, Esquire, Sonnenchein, Nath & Rosenthal, 1221 Avenue of the Americas, 24th Floor, New York, New York 10020.

By    /s/ *John E. MacDonald*
      John E. MacDonald (CT Fed. Bar No. 14853)

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

STARK & STARK

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.<br><br>Plaintiff,<br>vs.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC<br><br>Defendants.<br>_____<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>Third-Party Plaintiffs,<br>vs.<br><br>GURINDER AHLUWALIA<br><br>Third-Party Defendant. | Civil Action No. 3:09-CV-01521-VLB<br><br><br><br><br><br><br><br><br><br><br><br>**PROPOSED ORDER** |

Upon consideration of Defendants'/Third Party Plaintiffs' Motion Requesting an Extension of Time for Defendants'/Third Party Plaintiffs' to Produce Data from Forensic Images Provided by the Court Appointed Computer Forensic Expert and Defendants'/Third Party Plaintiffs' Motion Request a Conference with the Court

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315

Regarding the Production of Data Provided by the Court Appointed Computer Forensic Expert;

    IT IS HEREBY ORDERED THAT:

    1.    Defendants/Third Party Plaintiffs shall have until the \_\_\_\_ day of _____, 2010, to produce responsive, non-privileged data provided to them by the Court appointed computer forensic expert;

    2.    A telephonic conference call with Judge _____ is scheduled for the \_\_\_\_\_ day of _____, 2010, at _____ a.m./p.m.

                                    SO ORDERED:

Dated: September \_\_\_\_, 2010                _____

STARK & STARK

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ  08543-5315