AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| Genworth Financial Wealth Management, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Timothy McMullan, James Cook, Timothy McFadden, | ) |
| Karen Bazon, Tamara Rivera and TJT Capital Group, | ) |
| LLC | |
| *Defendant* | |

Case No. 3:09-cv-01521-VLB

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Timothy McMullan, James Cook, Timothy McFadden and TJT Capital Group, LLC

Date: 9/8/10

*Attorney's signature*

David P. Friedman ct03558
*Printed name and bar number*

Murtha Cullina LLP
177 Broad Street
Stamford, CT 06901
*Address*

dfriedman@murthalaw.com
*E-mail address*

203-653-5400
*Telephone number*

203-653-5444
*FAX number*


American LegalNet, Inc.
www.FormsWorkFlow.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2010, a copy of the foregoing Notice of Appearance of Counsel was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By   /s/  David P. Friedman
      David P. Friedman – ct03558
      dfriedman@murthalaw.com

Murtha Cullina LLP
177 Broad Street
Stamford, CT 06901
Telephone:  203.653.5400
Facsimile:  203.653.5444

2057521v1