# UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Genworth Financial Wealth Management, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:09-cv-01521-VLB |
| Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC | ) ) ) | |
| *Defendant* | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Timothy McMullan, James Cook, Timothy McFadden and TJT Capital Group, LLC

Date: September 17, 2010

_____
*Attorney's signature*

Barry J. Waters ct05520
*Printed name and bar number*

Murtha Cullina LLP
2 Whitney Avenue
New Haven, CT 06510
*Address*

bwaters@murthalaw.com
*E-mail address*

203-772-7719
*Telephone number*

203-245-9997
*FAX number*



## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2010, a copy of the foregoing Notice of Appearance of Counsel was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By /s/ Barry J. Waters
Barry J. Waters – ct05520
bwaters@murthalaw.com

Murtha Cullina LLP
2 Whitney Avenue
New Haven, CT 06510
Telephone: 203-772-7719
Fax: 203-245-9997