# EXHIBIT A


Professional Services Division

# STATEMENT OF WORK
## FORENSIC SERVICES

Prepared for:

## Genworth Financial

David B. Zoffer
Genworth Financial
Deputy General Counsel - Litigation
6620 West Broad Street, Building 2
Richmond, VA 23230
Tel: 804-662-2515
Fax: 804-289-6773

## TJT Capital Group LLC

Tim McMullan
TJT Capital Group LLC
9 West Broad Street
Stamford, CT 06902
Tel: 203-504-8850

**SOW #: 78354-F01A**
**SOW #: 270388-F01A**

July 22, 2010

**Prepared By:**
Anthony Pitre
Director, Professional Services
**Guidance Software, Inc.**
P: 212-277-3700 x337  F: 212-277-3707
anthony.pitre@guidancesoftware.com

| Guidance Software | Professional Services Division |
|---|---|

Statement of Work
Genworth Financial – 78354-F01A
TJT Capital – 270388-F01A July 22, 2010

STATEMENT OF WORK ............................................................................................. 1
   SYNOPSIS .............................................................................................................. 3
   SCOPE OF SERVICES ............................................................................................ 3
   ASSUMPTIONS ...................................................................................................... 4
   GSI RESOURCES .................................................................................................. 6
   SCHEDULING ........................................................................................................ 6
   DELIVERABLES .................................................................................................... 6
   ESTIMATE ............................................................................................................. 7
   SOFTWARE FEES ................................................................................................. 8
   BILLING INSTRUCTIONS ..................................................................................... 8
   PARTIES PROJECT LEAD .................................................................................... 8
   GSI PROJECT LEAD ............................................................................................. 8
   EXPIRATION .......................................................................................................... 9
   APPROVAL ............................................................................................................ 9

EnCase is a registered trademark, and Guidance Software and EnScript are trademarks of Guidance Software, Inc.

This document contains **Proprietary & Company Confidential** Information and may not be shared without the express approval of Guidance Software, Inc.

PSD-140 (03/26/2009)
Copyright 2008 Guidance Software Inc. All Rights Reserved

| Guidance Software | Professional Services Division |
|---|---|

Statement of Work<br>Genworth Financial – 78354-F01A<br>TJT Capital – 270388-F01A July 22, 2010

Anthony Ritre at Guidance Software, Inc., 551 Fifth Avenue, New York, New York 10176, shall serve as a neutral court-appointed forensic expert in the case of Genworth v. McMullan, where Genworth Financial Wealth Management is the plaintiff ("Plaintiff ") represented by Sonnenschein Nath & Rosenthal LLP and TJT Capital is the defendant ("Defendant") represented by Stark & Stark (Plaintiff and Defendant collectively "Parties").

This Statement of Work Proposal defines the scope, services and fees to be delivered by Guidance Software, Inc (GSI) pursuant to the attached Court Order.

## SYNOPSIS

Parties are requesting that GSI assist them by providing Forensic consulting services and the collection and analysis of electronically stored information (ESI) in support of the litigation matter - Genworth Financial Wealth Management v. TJT Capital Group, Case Number 3:09-CV-1521-VLB, United States District Court District of Connecticut.

## SCOPE OF SERVICES

The scope of services is limited to assisting Parties:

**GSI will:**

1. Forensically preserve all hard drives contained within six (6) office desktops, three (3) home desktops, four (4) laptops, two (2) servers, and three Sprint Treo handheld devices to forensically-sound "containers" called EnCase Evidence Files.

2. Produce a written report to all parties that:

    a) Identifies each piece of computer equipment tendered, inspected, copied or imaged, and details files found thereon that are available to be examined or searched for production;

    b) Evaluates whether cleansing or overwriting software has been run on each device and provide detail regarding the date and nature of any cleansing or scrubbing that has occurred;

    c) Identify deleted files or fragments with sufficient forensic detail to communicate potential evidentiary value, including information as to the date that any files or fragments were deleted, and the individual who performed the deleting function. This shall include the identification and reference to any emails and documents that existed as of August 20, 2009 but no longer exist;

    d) Examines the Defendants' client databases, including without limitation the Junxure and Portfolio Center database, and details how, when and by whom the data was input, uploaded or "data dumped, " whether from individual inputs, excel spreadsheets, address book contact lists or any other source or group database; and TJT Capital Group must provide credentials to the consultant to gain access to any proprietary database while on site to ascertain if any of Genworth Financial Wealth Management's client information is stored in the database. This task will be done after the Image is complete.

EnCase is a registered trademark, and Guidance Software and EnScript are trademarks of Guidance Software, Inc.

This document contains **Proprietary & Company Confidential** Information and may not be shared without the express approval of Guidance Software, Inc.

PSD-140 (03/26/2009)
Copyright 2008 Guidance Software Inc. All Rights Reserved

    e) Reports the existence of any files on the computers or devices that are readily identifiable, in whole or in part, as the following information from Genworth's files: Genworth client account information, Schwab custodial account information (for Genworth clients), ACT database information, TNET database information, Marketimer Newsletters, Marketimer subscriber lists, model portfolio returns, B1 models and prospect lists, as well as any other documents bearing any legend or identifying mark of, or otherwise originating from Genworth.

3. Upon completion of the forensic collection process, Initiate Chain of Custody documentation and turn evidence over to Parties.

4. Provide expert testimony on this process as necessary and requested by Parties, at the hourly rate as set forth in the *Professional Services Agreement*.

## ASSUMPTIONS

For the purposes of this proposal, the following assumptions are made based upon information provided, in part, from the Parties:

**General Professional Services:**

1. The purpose of delineating these assumptions is to clearly define the Parties' expectations and information provided to GSI to make a proper time and cost estimate. Any deviation from these assumptions may cause changes to the Project schedule, fees and expenses, deliverables, level of effort required, or otherwise impact GSI's performance of the scoped services in this Statement of Work.
2. No work will be scheduled, planned, or initiated prior to GSI receiving a fully executed PSA and SOW.
3. If services are part of a matter currently under, or potentially will be under, litigation, Parties will provide the names of all involved parties for a conflict check prior to commencement of services.
4. EnCase Enterprise and/or EnCase Forensic software may be used by the examiner to provide forensic services.
5. If a per hour billing is applicable, a work day is ten hours between 8AM-6PM, Monday through Friday, excluding GSI recognized holidays. Any work day that is outside these parameters or any hours in excess of ten hours in one work day are subject to a 25% surcharge on the hourly rate.
6. Any work requested by the Parties that is not identified in this document will be billed at the rates as outlined the PSA.
7. If necessary, GSI will be provided with a list of authorized users and any necessary passwords or other means of accessing the hard drives or any files stored thereon.
8. GSI personnel will have the full cooperation of the IT Department for any assistance with client specific documents.
9. The time estimates provided are based on our standard protocols for processing and reporting. Any requests for interim reports, data extraction or copies for the acquisition or restoration prior to the final report are billable in addition to these estimates.
10. The dress code for onsite work is business casual.
11. If necessary, GSI will have appropriate physical access to the Defendant's network at the location so that it can conduct requested searches. This access will include access to a centrally located

EnCase is a registered trademark, and Guidance Software and EnScript are trademarks of Guidance Software, Inc.

This document contains **Proprietary & Company Confidential** Information and may not be shared without the express approval of Guidance Software, Inc.

PSD-140 (03/26/2009)
Copyright 2008 Guidance Software Inc. All Rights Reserved

| Guidance Software | Professional Services Division |
|---|---|

Statement of Work
Genworth Financial – 78354-F01A
TJT Capital – 270388-F01A July 22, 2010

network switch at each location. The location designated will have ample power and work space for the indicated number of consultants.

12. GSI reserves the right to assign additional forensic consultants to accomplish this engagement in the time frame indicated.
13. This engagement is being performed as a standard PSD engagement and as such, GSI personnel will augment all chain of custody documentation, documentation of processes and systems searched in the event this matter is brought before any regulatory agency or utilized by the client for internal use.
14. GSI as part of its services, may modify any existing EnScripts, or utilize enhanced EnScripts developed by GSI to automate any process at the indicated cost, however, Parties <u>do not own or have any rights to</u> the EnScripts created or customized on this assignment. The Parties are being billed for the time to create or customize EnScripts used to enhance the services provided.
15. Minimum charge for On-Site work is one (1) work day for first day and five (5) hours each day thereafter.
16. As part of our standard protocols, GSI will utilize redundant backups when performing acquisitions. Our standard methodology is to place the acquisition on an external hard drive and to create a second copy of the acquisition on a second hard drive. This second hard drive is stored in a secure storage facility. Parties will be charged for drives utilized in this protocol.
17. All requests for shipment must provide adequate time to provide requested materials to our shipping department by 3:30pm. It may be possible to ship requests later, but will require consultant's time at full hourly rate to deliver to a shipment office.
18. All travel per diem rates and expenses shall be based upon the US Federal Government Joint Travel Regulations (JTR). Calculation of travel per diem rates within the Federal government is a shared responsibility of three organizations; The General Services Administration (GSA) which provides rates for the Continental US, the US Department of State which provides rates for non-US Overseas, and the Per Diem Committee, which provides rates for Non-Continental US and Overseas Non-Foreign areas.
19. GSI Legal Department will review any documents prepared for court submission at the indicated rates.

**Forensic Services:**

1. Addressing encrypted or corrupted files identified by the Parties to be processed will be billed at the hourly rate for forensic consulting per the PSA.
2. If deleted files are being processed, there is no assurance that the file can be re-covered in its original format without corruption.
3. The forensic preservation will take place on site at TJT Capital, 9 West Broad Street, Stamford, CT 06902. All analysis is expected to take place at GSI's secure facility located at 551 5th Ave, Suite 400, New York, NY 10176.
4. The time estimate for forensic preservation is based on a windows operating system, hard drives with an IDE interface, 100 MB network interface card, hard drive capacity of 80 GB or less.
5. The hard drives to be forensically imaged are in working order and have no defects that will prevent their processing.
6. There is only one hard drive per computer system.
7. Any network data identified to be collected will be accessible via a Windows computer system.
8. The Parties will supply a network engineer to assist GSI with obtaining access to each of the involved systems, and will supply, via that engineer, "Local Administrator" level access to each computer that is processed.

EnCase is a registered trademark, and Guidance Software and EnScript are trademarks of Guidance Software, Inc.

This document contains **Proprietary & Company Confidential** Information and may not be shared without the express approval of Guidance Software, Inc.

PSD-140 (03/26/2009)
Copyright 2008 Guidance Software Inc. All Rights Reserved

| Guidance Software | Professional Services Division |
|---|---|

Statement of Work
Genworth Financial – 78354-F01A
TJT Capital – 270388-F01A July 22, 2010

9. Backup tapes and/or restoration of tapes are outsourced. GSI is not responsible for the capabilities of the tape vendor to restore the native files from the backup tapes.

## GSI RESOURCES

It is estimated one Forensic Examiner can complete the forensic preservation as scoped.

One Forensic Examiner will, if requested by Parties, provide expert testimony on the acquisition and verification process at the hourly rates as set forth in the *Professional Services Agreement*.

These estimates are based solely on initial facts presented by Parties. The Parties will be billed actual cost for any media provided to the Parties and shipping charges necessary to complete the work.

## SCHEDULING

The start of the requested computer forensic services is scheduled to begin when all documentation has been signed.

GSI normally requires confirmation of scheduled dates and time 48 hours prior to onsite deployment within the continental United States and 72 hours prior confirmation for onsite deployment internationally.

No work will commence without first receiving signed copies of this proposal and the Professional Services Agreement.

## DELIVERABLES

The following items will be delivered to the Parties within the specified time frames at the completion of this Statement of Work:

1. A copy of collected files as EnCase Evidence Files on appropriate media as agreed to by GSI and Parties.

2. A collection report which includes a description of the collection, and analysis process, a list of processed systems, all relevant obtainable identifying information for each system and the location of the retrieved data. This report will be in Adobe PDF format

3. A copy of all relevant material as scoped in native format.

4. GSI will provide expert testimony on the results of this process, at the hourly rate as set forth in the *Professional Services Agreement*, as requested by the Parties.

5. GSI will create a forensic copy of all data collected and store these copies as EnCase Evidence Files will be returned to the Parties upon completion of the case.

EnCase is a registered trademark, and Guidance Software and EnScript are trademarks of Guidance Software, Inc.

This document contains **Proprietary & Company Confidential** Information and may not be shared without the express approval of Guidance Software, Inc.

PSD-140 (03/26/2009)
Copyright 2008 Guidance Software Inc. All Rights Reserved

| Guidance Software | Professional Services Division |
|---|---|

Statement of Work
Genworth Financial – 78354-F01A
TJT Capital – 270388-F01A July 22, 2010

## ESTIMATE

### Hourly Based Services

| Item | Code | Description | Rate | UOM | Qty | Total |
|---|---|---|---|---|---|---|
| 1 | 100 | Acquisition - Field | $250.00 | Hourly | 30 | $7,500.00 |
| 2 | 120 | Casework - Analysis | $250.00 | Hourly | 120 | $30,000.00 |
| 3 | 130 | Casework - Reporting | $250.00 | Hourly | 30 | $7,500.00 |
| 4 | 181 | Travel Time | $125.00 | Hourly | 12 | $1,500.00 |
| | | | | | | $46,500.00 |

### Fees & Charges

| Item | Code | Description | Rate | UOM | Qty | Total |
|---|---|---|---|---|---|---|
| 5 | 381 | Software Fee - EnCase Enterprise | $1,000.00 | Day | 2 | $2,000.00 |
| | | | | | | $2,000.00 |

### Expenses

| Item | Code | Description | Total |
|---|---|---|---|
| 6 | | Lodging | TBD |
| 7 | | Meals | TBD |
| 8 | | Rental Car or Mileage | TBD |
| 9 | | Shipping / Courier | TBD |
| 10 | | Equipment / Materials | TBD |
| | | | TBD |

**Total:** $48,500.00

*UOM: Unit of Measure
*This is only an estimate. Parties will be billed for actual services provided until the completion of this case. If the actual services provided will likely exceed those given in any estimate, GSI will advise Parties before working the additional services. GSI will confirm all modifications to the original Statement of Work by use of a Change Request form.

All modifications shall be incorporated into the original statement of work as if fully set forth therein. Please note that billable hours are for actual time spent on the examination, set-up, and reporting and do not include computer

EnCase is a registered trademark, and Guidance Software and EnScript are trademarks of Guidance Software, Inc.

This document contains **Proprietary & Company Confidential** information and may not be shared without the express approval of Guidance Software, Inc.

| Guidance Software | Professional Services Division |
|---|---|

Statement of Work
Genworth Financial – 78354-F01A
TJT Capital – 270388-F01A July 22, 2010

processing time (acquiring and searching). Any modifications requested by Parties, not initially addressed by Parties upon receipt and execution of the SOW, will be charged according to the Professional Services Agreement.

## SOFTWARE FEES

As this is a first time engagement and we will be demonstrating the value of EnCase Enterprise and/or the eDiscovery suite, GSI discounted this fee to $1,000.00 per day.

## BILLING INSTRUCTIONS

Billing for services will be direct to **Genworth Financial Wealth Management and TJT Capital** as follows:

David B. Zoffer
Genworth Financial
Deputy General Counsel - Litigation
6620 West Broad Street
Building 2
Richmond, VA 23230
Tel: 804-662-2515
Fax: 804-289-6773

Tim McMullan
TJT Capital Group LLC
9 West Broad Street
Stamford, CT 06902
Tel: 203-504-8850

NOTE: **Genworth Financial Wealth Management** and **TJT Capital** agree to be liable as stated in the "Agreement to Pay" entered into by the Parties on July 9, 2010, for all charges for Services provided under this SOW. For Clarity, **Genworth Financial Wealth Management** shall be liable for 20% of all charges for Services, and **TJT Capital** shall be liable for 80% of all charges for Services.

## PARTIES PROJECT LEAD

Contact:      David R. Baum
Telephone:    212.768.6925
Email:        dbaum@sonnenschein.com

## GSI PROJECT LEAD

Contact:      Jasen Yens and Jason Pickens
Telephone:    212-277-3700 Yens x317 Pickens x336
Email:        jasen.yens@guidancesoftware.com

EnCase is a registered trademark, and Guidance Software and EnScript are trademarks of Guidance Software, Inc.

This document contains **Proprietary & Company Confidential** Information and may not be shared without the express approval of Guidance Software, Inc.

| Guidance Software | Professional Services Division |
|---|---|

Statement of Work<br>
Genworth Financial – 78354-F01A<br>
TJT Capital – 270388-F01A July 22, 2010

## EXPIRATION

This Statement of Work shall expire if not signed and returned to GSI within 30 days from the date this SOW was signed by GSI. This SOW will also become void if work does not commence within 30 days from the date this SOW was signed and returned by the Parties.

## APPROVAL

Guidance Software looks forward to assisting you in any way. Please contact me at anytime regarding this proposal or other services that we may provide.

Thank you,

**Genworth Financial Wealth Management** Proposal Approval

_____
Signature

**Al Seden**
Senior Director, Professional Services

212-277-3700
al.seden@guidancesoftware.com

_____   _____
Printed Name                  Date

_____
Title

-- GSI INTERNAL USE ONLY --
REF: Tony Pitre

**TJT Capital** Proposal Approval

_Timothy McMullen_ (signature)
Signature

TIMOTHY MCMULLEN    7/23/10
Printed Name         Date

MANAGING PARTNER
Title

---

EnCase is a registered trademark, and Guidance Software and EnScript are trademarks of Guidance Software, Inc.

This document contains **Proprietary & Company Confidential** Information and may not be shared without the express approval of Guidance Software, Inc.

Page 9 of 9

PSD-140 (03/26/2009)
Copyright 2008 Guidance Software Inc. All Rights Reserved