# EXHIBIT B

**85. Document Name: Marketimer Model Performance.xls**

**Built-in file properties:**
Built-in properties containing metadata: 7
Author: CookJ2
Last author: jcook
Application name: Microsoft Excel
Last print date: 1/4/2010 4:58:01 PM
Creation date: 11/16/2004 2:37:55 PM
Last save time: 1/4/2010 4:59:22 PM
Company: GE Financial Assurance

**Defined names:**
Defined Names: 2
'Per Year'!Print_Area: ='Per Year'!$A$1:$K$16
Cumulative!Print_Area: =Cumulative!$A$1:$H$13

**Remove Personal Information:**
Remove Personal Information: [Blank]

**87. Document Name: SP 500 Measures 080409.xls**

**Built-in file properties:**
Built-in properties containing metadata: 7
Author: DykhoN
Last author: jcook
Application name: Microsoft Excel
Last print date: 4/1/2010 9:14:54 PM
Creation date: 8/17/2005 7:43:33 PM
Last save time: 4/1/2010 9:16:45 PM
Company: GE Financial Assurance

**Defined names:**
Defined Names: 3
'1170-1300'!Print_Area: ='1170-1300'!$A$1:$J$35
'1300-1430'!Print_Area: ='1300-1430'!$A$1:$J$33
downside!Print_Area: =downside!$A$1:$Y$38

**Remove Personal Information:**
Remove Personal Information:   [Blank]

**86. Document Name: Quarterly Indices #s 063009.xls**

**Built-in file properties:**
 Built-in properties containing metadata: 7
Author: 217014293
Last author: jcook
Application name: Microsoft Excel
Last print date: 4/1/2010 9:11:18 PM
Creation date: 4/1/2009 8:07:55 PM
Last save time: 4/1/2010 9:11:20 PM
Company: Genworth Financial

**Defined names:**
 Defined Names: 1
 Sheet1!Print_Area: =Sheet1!$A$1:$D$25

**Remove Personal Information:**
 Remove Personal Information:   [Blank]