# EXHIBIT C

**834. Document Name: Client look up - Cook.xls**

**Built-in file properties:**
Built-in properties containing metadata: 5
Author: Tamara
Last author: Tamara
Application name: Microsoft Excel
Creation date: 7/31/2009 3:35:34 PM
Last save time: 8/6/2009 2:21:55 AM

**Hyperlinks:**
Hyperlinks: 5
Location: Sheet1 Upper Left Cell: $J$19
Location: Sheet1 Upper Left Cell: $J$5
Location: Sheet1 Upper Left Cell: $K$15
Location: Sheet1 Upper Left Cell: Picture 1
Location: Sheet1 Upper Left Cell: Picture 1

**Remove Personal Information:**
Remove Personal Information:   [Blank]