# EXHIBIT D

**5854. Document Name: Genworth 2006 funds.pdf**

**Built-in file properties:**
Built-in Properties Containing Metadata: 2
Application: [Blank]
Title: [Blank]
Author: [Blank]
Subject: [Blank]
Keywords: [Blank]
Modified Date: 12:00:00 AM
Producer: [Blank]
Created Date: 12:00:00 AM

**3201. Document Name: 41383-2712-Genworth Bal model.pdf**

**Built-in file properties:**
Built-in Properties Containing Metadata: 2
Application: [Blank]
Title: [Blank]
Author: [Blank]
Subject: [Blank]
Keywords: [Blank]
Modified Date: 12:00:00 AM
Producer: [Blank]
Created Date: 12:00:00 AM

**3202. Document Name: 41384-2713-Genworth Bal model.pdf**

**Built-in file properties:**
Built-in Properties Containing Metadata: 2
Application: [Blank]
Title: [Blank]
Author: [Blank]
Subject: [Blank]
Keywords: [Blank]
Modified Date: 12:00:00 AM
Producer: [Blank]
Created Date: 12:00:00 AM

**5858. Document Name: Genworth Info.pdf**

**Built-in file properties:**
Built-in Properties Containing Metadata: 2
 Application: [Blank]
 Title: [Blank]
 Author: [Blank]
 Subject: [Blank]
 Keywords: [Blank]
 Modified Date: 12:00:00 AM
 Producer: [Blank]
 Created Date: 12:00:00 AM

**5856. Document Name: Genworth Brinker.pdf**

**Built-in file properties:**
Built-in Properties Containing Metadata: 2
 Application: [Blank]
 Title: [Blank]
 Author: [Blank]
 Subject: [Blank]
 Keywords: [Blank]
 Modified Date: 12:00:00 AM
 Producer: [Blank]
 Created Date: 12:00:00 AM