UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br> Plaintiff, <br> v. <br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC, <br><br> Defendants. | Civil Action No. 3:09-CV-1521-VLB <br><br><br> PLAINTIFF'S MOTION FOR PROTECTIVE ORDER |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC, <br><br> Third-Party Plaintiffs, <br> v. <br><br> GURINDER AHLUWALIA, <br><br> Third-Party Defendant. | <br><br><br><br><br><br><br><br> January 7, 2011 |

    Plaintiff Genworth Financial Wealth Management ("Genworth") hereby respectfully moves this Court to enter the Protective Order found at Exhibit A accompanying this motion. In support of this motion, Genworth submits the accompanying Memorandum of Law in Support of Plaintiff's Motion for a Protective Order and Exhibits.

Dated: Hartford, Connecticut
       January 7, 2011

Respectfully Submitted,

/s_____
Mitchell L. Fishberg (CT 19661)
Elizabeth M. Smith (CT 19808)
mfishberg@rc.com
esmith@rc.com
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06117
Tele: (860) 275-8338
Fax: (860) 275-8299

SNR DENTON US LLP
Reid L. Ashinoff *(admitted phv)*
Sandra D. Hauser *(admitted phv)*
David R. Baum *(admitted phv)*
Brendan E. Zahner *(admitted phv)*
1221 Avenue of the Americas
New York, NY 10020
reid.ashinoff@snrdenton.com
sandra.hauser@snrdenton.com
david.baum@snrdenton.com
brendan.zahner@snrdenton.com
Tele: (212) 768-6700
Fax: (212) 768-6800

*Counsel for Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have caused to be served a true and correct copy of the foregoing document on this 7th day of January 2011 via email and electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s_____
Brendan E. Zahner