UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.<br><br>　　　　Plaintiff,<br>vs.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC<br><br>　　　　Defendants.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>　　　　Third-Party Plaintiffs,<br>vs.<br><br>GURINDER AHLUWALIA<br><br>　　　　Third-Party Defendant. | Civil Action No. 3:09-CV-01521-VLB<br><br><br>DECLARATION OF<br>TIMOTHY MCMULLAN<br><br><br><br>January 21, 2011 |

I, Timothy McMullan, do hereby declare:

1.　I am over 21 years of age, and I am a resident of the State of Connecticut. I am competent to make this Affidavit, and I have personal knowledge of the matters set forth herein.

2.　I am a principal of TJT Capital Group, LLC ("TJT Capital"). I was formerly employed by Genworth Financial Wealth Management, Inc., ("Genworth") in its Private Client Group ("PCG"). I resigned from Genworth on June 29, 2009.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

3. Attached as Exhibit "A" to this Declaration is a true and accurate copy of an email I received from Jeff Brown, a former client of Genworth Financial Wealth Management, Inc., ("Genworth") and a representative of the class of plaintiffs in a class action filed against Genworth by its clients and former clients. I received the email on November 12, 2009. The email from Mr. Brown forwards an email he received on November 12, 2009, from Alexander Overkamp, who was then (and upon information and belief remains) a Genworth employee.

I declare under penalty of perjury under the laws of the State of Connecticut that the foregoing statements are true and correct.

Dated: January 21, 2011    By _____
TIMOTHY MCMULLAN

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

## CERTIFICATION

I, John E. MacDonald, Esquire, hereby certify that on January 21, 2011, a copy of the forgoing Declaration was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

By    /s/ *John E. MacDonald*
John E. MacDonald (CT Fed. Bar No. 14853)

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

G:\docs\LIT\TBL\TJT CAPITAL\Genworth\Motions\Discovery Protective Order\McMullan Decl.wpd

**Tim McMullan**

| | |
|---|---|
| From: | Jeff Brown [Jbrown@lmblaw.com] |
| Sent: | Thursday, November 12, 2009 3:47 PM |
| To: | jtullman@aol.com; Tim McMullan |
| Subject: | Alex Overkamp |
| Attachments: | Nov09MKTMR.pdf |

See below.

Jeffrey K. Brown
Leeds Morelli & Brown, P.C.
One Old Country Road
Suite 347
Carle Place, NY 11514
T 516.873.9550
F 516.747.5024
E-fax 1.866.929.1726

www.lmblaw.com

F 516.747.5024

E-fax 1.866.929.1726

www.lmblaw.com

===============================================================

IRS Circular 230 disclosure:

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

===============================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Leeds Morelli & Brown, PC, please visit www.LMBLaw.com

==========================================================================

IRS Circular 230 disclosure:

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

==========================================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Leeds Morelli & Brown, PC, please visit www.LMBLaw.com

==========================================================================

**From:** Overkamp, Alexander B (Genworth) [mailto:Alexander.Overkamp@genworth.com]
**Sent:** Thursday, November 12, 2009 3:50 PM
**To:** Jeff Brown
**Subject:**

Jeff--

Genworth has never been in contact with Brinker on a daily basis. The communication has always been on an "as needed" basis. Typically the communication is to give us a heads up on what is going to be in the newsletter if there is a major change to Bob's outlook or if he is going to make an allocation change. Clearly the communication was a lot greater during the global financial crisis as our clients wanted to know what Brinker had to say about the events of the day. Brinker has always been under contract with Genworth just as he was before Genworth spun off from GE, and we follow his models including the fixed income model. There is only one fund that we do not use that he uses. For a mid-cap growth fund he uses Meridian Growth and we use Janus Enterprise. Our pick has been outperforming his when I checked recently.

I attached the most recent Marketimer newsletter, in case you have not seen one in a while.

I am interested in discussing your investments more when it is convenient for you. Let me know, and please send my regards to your Mother. I hope she is well and is not working to hard in this crazy real estate market.

Best regards,

Alex

Alexander Overkamp
Genworth Financial Wealth Management, Inc.
Vice-President, Private Client Group
3001 Summer Street, 2nd Fl. Stamford, CT 06905
ph)800-252-2044 fax)866-432-8723

**From:** Jeff Brown [mailto:Jbrown@lmblaw.com]
**Sent:** Thursday, November 12, 2009 3:25 PM
**To:** Overkamp, Alexander B (Genworth)
**Subject:** RE:

Thanks. Is Genworth still in daily contact with Brinker? Will they follow the Brinker model?

2

Jeffrey K. Brown
Leeds Morelli & Brown, P.C.
One Old Country Road
Suite 347
Carle Place, NY 11514
T 516.873.9550
F 516.747.5024
E-fax 1.866.929.1726

www.lmblaw.com

F 516.747.5024

E-fax 1.866.929.1726

www.lmblaw.com

===========================================================================================

IRS Circular 230 disclosure:

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

===========================================================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Leeds Morelli & Brown, PC, please visit www.LMBLaw.com

===========================================================================================

===========================================================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
===========================================================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Leeds Morelli & Brown, PC, please visit www.LMBLaw.com

====================================================================================

**From:** Overkamp, Alexander B (Genworth) [mailto:Alexander.Overkamp@genworth.com]
**Sent:** Thursday, November 12, 2009 3:04 PM
**To:** Jeff Brown
**Subject:**

Jeff---

I hope all is well with you and your family. Let me know when is a good time to discuss your investments, either by phone or if you prefer me to come out to the island.

I have attached a good article regarding sentiment as a good contrarian indicator. Here is an updated look at this in another article from Mark Hulbert form Marketwatch (he publishes a newsletter that rates investment newsletters). Once again, when we are looking at the level of bearishness amongst short term stock market timing newsletters or average investor sentiment (AAII sentiment survey), extreme levels of bearishness is a bullish sign. Brinker has not spoken about sentiment for some time. I think this info is worth sharing since the levels are extreme, and provide evidence that the "WALL OF WORRY" is still in place that is needed for the market to move higher.

Best regards,

Alexander Overkamp
Genworth Financial Wealth Management, Inc.
Vice-President, Private Client Group
3001 Summer Street, 2nd Fl. Stamford, CT 06905
ph)800-252-2044 fax)866-432-8723


Mark Hulbert

Nov. 6, 2009, 5:02 a.m. EST
A bucking bronco market
Commentary: Volatility has scared many away from stock market
By Mark Hulbert, MarketWatch
ANNANDALE, Va. (MarketWatch) -- Perhaps the best analogy I can think of for the stock market's recent behavior is a bucking rodeo bronco.
Just as a rodeo bronco attempts to buck everyone off of its back, the stock market likes to rise with as few investors as possible on board.
And it's doing one heck of a job: The stock market is back to within shouting distance of where it stood on Oct. 19, its previous rally high, and yet there are far fewer bulls today than then.
In fact, the level of bullishness right now among short-term stock market timing services has fallen back to levels last seen in March, when the Dow Jones Industrial Average (INDEX:INDU) was more than two thousand points lower.
This is all good news, according to contrarian analysis, since the market likes to climb a wall of worry.

4

Consider the latest data from the Hulbert Financial Digest: The average recommended equity exposure among a group of short-term market timing services is just 3.2% right now. The last time the Dow was above 10,000, two weeks ago, this average stood at 25.8%.

So the net effect of the stock market's bucking-bronco-like behavior over the last couple of weeks has been to throw almost all the remaining bulls off the bandwagon and into the hands of the bears.

That's amazing enough, but there's more.

Consider that the last time the average recommended equity exposure among these same market timing services was as low as it is today was March 24, a day when the Dow closed at 7,660. The market is more than 30% higher today than then.

So, in effect, the market has figured out how to gain more than 30% while simultaneously preventing any net new converts to the bullish camp.

I'd have never thought it possible if you had presented me with such a scenario in advance.

A similarly bullish message is being told by the weekly survey of American Association of Individual Investors members. The latest survey, released Thursday, shows the lowest number of bulls since the week ending March 5, four days before the March 9 bear market low.

Some day, we don't know when, bullish sentiment will rise to dangerously high levels. And that's when contrarians will want to be pulling money off the table.

Until then, the sentiment winds continue to blow in the direction of higher prices.

Alexander Overkamp
Genworth Financial Wealth Management, Inc.
Vice-President, Private Client Group
3001 Summer Street, 2nd Fl. Stamford, CT 06905
ph)800-252-2044 fax)866-432-8723