**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.,<br><br>Plaintiff,<br>v.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC,<br><br>Defendants. | Civil Action No. 3:09-CV-1521-VLB<br><br>PLAINTIFF'S AND THIRD PARTY DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF 10 PAGES |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>GURINDER AHLUWALIA,<br><br>Third-Party Defendant. | January 28, 2011 |

Pursuant to L. Civ. R. 7(a)(2), Plaintiff Genworth Financial Wealth Management, Inc. ("Genworth") and Third-Party Defendant Gurinder Ahluwalia (together, "Plaintiffs"), respectfully move for leave to file a reply brief in excess of the 10 page limit set forth in Local Rule 7(d), for purposes of their response to Defendants' Memorandum of Law In Opposition to Genworth's Motion for Protective Order ("Opposition Brief"). Specifically, Plaintiffs request leave to file a reply brief of approximately 15 pages. Good cause exists to allow submission

of an overlength reply because, at 25 pages, Defendants' Opposition Brief exceeded Plaintiff's original supporting memorandum of law, and raised issues and arguments that Plaintiff cannot adequately respond to within the 10 page limit.

WHEREFORE, Plaintiffs respectfully requests that this Court grant leave for them to file a reply in support of their Motion for Protective Order that is in excess of ten (10) pages.

Dated: Hartford, Connecticut
January 28, 2011

Respectfully Submitted,

/s/ *Elizabeth M. Smith*

Elizabeth M. Smith (CT 19808)
mfishberg@rc.com
esmith@rc.com
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06117
Tele: (860) 275-8338
Fax: (860) 275-8299

SNR DENTON US LLP
Reid L. Ashinoff *(admitted phv)*
Sandra D. Hauser *(admitted phv)*
David R. Baum *(admitted phv)*
Brendan E. Zahner *(admitted phv)*
1221 Avenue of the Americas
New York, NY 10020
reid.ashinoff@snrdenton.com
sandra.hauser@snrdenton.com
david.baum@snrdenton.com
brendan.zahner@snrdenton.com
Tele: (212) 768-6700
Fax: (212) 768-6800

*Counsel for Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia*

**CERTIFICATION**

**I hereby certify that on 1/28/11, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.**

**/s/ *Elizabeth M. Smith***
**Elizabeth M. Smith**