# EXHIBIT P

**Zahner, Brendan E.**

**From:** Tim McMullan
**Sent:** Friday, October 30, 2009 4:30 PM
**To:** Jtullman@aol.com
**Cc:** Jeff Brown
**Subject:** Genworth/Brinker
**Attachments:** GNW - Brinker.pdf; Marketimer 6.3.09.pdf

Jim:

It was nice speaking with you today. Over the next several days I will be sending you information on how Genworth marketed and sold the Brinker services to provide the background, context, and as much of the facts as I can in order to determine the merits of any complaint and potential next steps.

REDACTED

REDACTED

REDACTED

REDACTED