# EXHIBIT Q

**Zahner, Brendan E.**

**From:** Tim McMullan
**Sent:** Friday, October 30, 2009 4:04 PM
**To:** Jeff Brown
**Subject:** Genworth Kit

Jeff:

My suggestion is to call up Alex Overkamp at Genworth and have him send you an updated Brinker brochure (kit).
Just tell him that you are interested in taking another look.

Thanks,

Tim

**Timothy McMullan**
Managing Partner
TJT Capital Group, LLC
9 West Broad Street, 2nd Floor
Stamford, CT 06902
Phone: 203-504-8850
Fax: 203.504.8849