# EXHIBIT R

**Zahner, Brendan E.**

**From:** Tim McMullan
**Sent:** Monday, October 26, 2009 4:26 PM
**To:** Jeff Brown
**Subject:** RE: B&R

Jeff:

FYI the statements happen to be on the I-drive, and Alex certainly has access to them. It's is a relatively simple process for most, I guess Alex is not aware of that. When you get them, forward them to me and I'll run an analysis. We'll take it from there.

Thanks,
Tim

---

**From:** Jeff Brown [mailto:Jbrown@lmblaw.com]
**Sent:** Monday, October 26, 2009 3:49 PM
**To:** Tim McMullan
**Subject:** FW: B&R

Here is the response.

**Jeffrey K. Brown**
Leeds Morelli & Brown, P.C.
One Old Country Road
Suite 347
Carle Place, NY 11514
T 516.873.9550
F 516.747.5024
E-fax 1.866.929.1726
www.lmblaw.com
F 516.747.5024
E-fax 1.866.929.1726

www.lmblaw.com

==========================================================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
==========================================================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Leeds Morelli & Brown, PC, please visit www.LMBLaw.com
==========================================================================================

==========================================================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

==========================================================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Leeds Morelli & Brown, PC, please visit www.LMBLaw.com

==========================================================================================

**From:** Overkamp, Alexander B (Genworth) [mailto:Alexander.Overkamp@genworth.com]
**Sent:** Monday, October 26, 2009 3:53 PM
**To:** Jeff Brown
**Subject:** RE: B&R

I can do this. I will start in the morning. It is a lengthy process because the accounts are terminated. If they were still active I could just pull them off the website. There are 3 or 4 steps before I can get any statements. When I get them I will print them and mail them since they are large files and lots of pages.

Alexander Overkamp
Genworth Financial Wealth Management, Inc.
Vice-President, Private Client Group
3001 Summer Street, 2nd Fl. Stamford, CT 06905
ph)800-252-2044 fax)866-432-8723

**From:** Jeff Brown [mailto:Jbrown@lmblaw.com]
**Sent:** Monday, October 26, 2009 3:01 PM
**To:** Overkamp, Alexander B (Genworth)
**Subject:** B&R

Alex:

I am looking for the actual account statements for my accounts. Can this be done?

**Jeffrey K. Brown**
Leeds Morelli & Brown, P.C.
One Old Country Road
Suite 347
Carle Place, NY 11514
T 516.873.9550
F 516.747.5024
E-fax 1.866.929.1726

www.lmblaw.com

F 516.747.5024

E-fax 1.866.929.1726

www.lmblaw.com

==========================================================================================

IRS Circular 230 disclosure:

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

==========================================================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.

For more information about Leeds Morelli & Brown, PC, please visit www.LMBLaw.com

==========================================================================================

==========================================================================================

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
==========================================================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Leeds Morelli & Brown, PC, please visit www.LMBLaw.com
==========================================================================================