# EXHIBIT S

**McLean, Megan**

**From:** cookfamily91@optonline.net
**Sent:** Monday, August 03, 2009 8:10 AM
**To:** Christopher.DAngelo@schwab.com
**Subject:** Help with Forms Request

Batch 1 Schwab.xls
(21 KB)

Chris/Schwab,

Attached is a list of clients that I have been able to recall from memory. My assistant, Tamara Rivera, and I were able to locate their addresses and phone numbers via the internet and public information phone directory. I would appreciate any help you can provide with the forms.

As I continue to recall client names and am successful in locating their contact information via public sources, I will forward them to you for help with the forms.

Thank you,
Jim



CONFIDENTIAL
CS002146