# EXHIBIT T

previous years about recruiting, because they were -- he was telling me that they were trying to recruit folks from Merrill Lynch and other big firms. So, being a Fortune 500 company, I assumed that they were broker protocol.

THE COURT: And you yourself had never worked for a company that was a broker protocol?

THE WITNESS: I did not.

THE COURT: So again, what did you do with this material? You just kept it?

THE WITNESS: That's correct.

THE COURT: And you don't have it any longer?

THE WITNESS: I don't.

THE COURT: Okay, because what happened?

THE WITNESS: Because I found out I couldn't keep it. It was not part of broker protocol.

THE COURT: How did you find that out?

THE WITNESS: Our attorney.

THE COURT: What attorney?

THE WITNESS: An attorney for Stark and Stark, who was handling the RIA.

THE COURT: What is the RIA?

THE WITNESS: The registered investment advisory.

THE COURT: Okay.

And so you -- all right.

About when did you discover that you could not retain that information?

THE WITNESS: Like early July.

THE COURT: July of what year?

THE WITNESS: Of 2009.

THE COURT: July of 2009.

And then what did you do with it?

THE WITNESS: I destroyed it.

THE COURT: How did you destroy it?

THE WITNESS: I broke up the CD's in small pieces and got rid of them.

THE COURT: In the course of your preparation for the -- let me back up. What securities licenses do you hold?

THE WITNESS: Series 7 and Series 24, Series 55.

THE COURT: Okay, in preparation for sitting for those examinations, did you learn about the ethical obligations of a broker to their employer?

THE WITNESS: I guess I did. I don't recall exactly what they were. I also had, you know, some serious concerns about the ethics of what the company was doing.

THE COURT: Sir, this case is not about your