AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Genworth Financial Wealth Management, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:09-cv-01521-VLB |
| Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC | ) ) | |
| *Defendant* | | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Tamara Rivera

Date: 03/14/11

/s/ David P. Friedman
*Attorney's signature*

David P. Friedman ct03558
*Printed name and bar number*

Murtha Cullina LLP
177 Broad Street
Stamford, CT 06901
*Address*

dfriedman@murthalaw.com
*E-mail address*

203-653-5400
*Telephone number*

203-653-5444
*FAX number*


American LegalNet, Inc.
www.FormsWorkFlow.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 14, 2011, a copy of the foregoing Notice of Appearance of Counsel was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                       By  /s/  David P. Friedman
                                           David P. Friedman – ct03558
                                           dfriedman@murthalaw.com

                                         Murtha Cullina LLP
                                         177 Broad Street
                                         Stamford, CT 06901
                                         Telephone: 203.653.5400
                                         Facsimile: 203.653.5444