```
                    UNITED STATES DISTRICT COURT

                       DISTRICT OF CONNECTICUT
```

**GENWORTH FINANCIAL WEALTH**
**MANAGEMENT, INC.,**

      **- Plaintiff,**


**v.**                              Civil Action No. 3:09-CV-1521(VLB)


**TIMOTHY MCMULLAN, JAMES COOK,**
**TIMOTHY MCFADDEN, KAREN BAZON,**
**TAMARA RIVERA and TJT CAPITAL**
**GROUP, LLC,,**

      **- Defendants.**
_____

**TIMOTHY MCMULLAN, JAMES COOK,**
**TIMOTHY MCFADDEN, KAREN BAZON,**
**TAMARA RIVERA and TJT CAPITAL**
**GROUP, LLC,,**

      **- Third-Party Plaintiffs,**

**v.**

**GURINDER AHLUWALIA,**

      **- Third-Party Defendant.**


<u>Ruling on Motion to Compel</u>

Plaintiffs and third party defendants ("Plaintiffs") ask the court to compel (Dkt. #153) the defendants and third party-plaintiffs ("defendants") to produce the following:

1. The lists referred to in the Defendants' Responses to Interrogatories 10, 11 and 12;

2. The correct second page to the email that starts at the page

bates stamped Defendants/Third Party Plaintiffs 000000064;

3. The aggregate revenue from all TJT clients that were formerly Genworth clients, as well as the number of such clients; and

4. A complete version of the spreadsheet produced at TJT00004734-TJT00004819, with the fee rates charged and dollar amounts received tied to client names and account balances.

The defendants only object insofar as they claim that they have already produced the requested documents. Def.'s Opposition 9-10.

The plaintiffs' request for the lists referred to in the Defendants' Responses to Interrogatories 10, 11 and 12 is **MOOT** in light of this court's 3/9/11 order. ECF 162. The motion to compel the following is **GRANTED**.

2. The correct second page to the email that starts at the page bates stamped Defendants/Third Party Plaintiffs 000000064;

3. The aggregate revenue from all TJT clients that were formerly Genworth clients, as well as the number of such clients; and

4. A complete version of the spreadsheet produced at TJT00004734-TJT00004819, with the fee rates charged and dollar amounts received tied to client names and account balances.

The plaintiffs also move for costs and attorneys fees. Pl.'s Mem. in Supp. 10-11. The motion with respect to costs and attorneys fees is **DENIED** without prejudice to refiling upon the conclusion of this case.

The defendants must produce the documents within five (5) days herefrom. This is not a recommended ruling.  This is a discovery ruling and order reviewable pursuant to the "clearly erroneous" standard of review.  28 U.S.C. 636 (b) (1) (A); Fed. R. Civ. P. 6 (a), (e) and 72 (a); and Rule 2 of the Local Rules for U.S. Magistrate Judges.  As such, it is an order of the court.  See 28 U.S.C. § 636 (b) (written objections to ruling must be filed within fourteen days after service of same).

**IT IS SO ORDERED.**

    **Dated at Hartford, Connecticut this 15th day of March, 2011.**

    **/s/ Thomas P. Smith**
    **Thomas P. Smith**
    **United States Magistrate Judge**