UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br> Plaintiff <br> v. <br><br> TIMOTHY MCMULLAN, ET AL., <br><br> Defendants <br><br> TIMOTHY MCMULLAN, ET AL., <br><br> Third-Party Plaintiffs <br> v. <br><br> GURINDER AHLUWALIA, <br><br> Third-Party Defendant. | Civil Action No. 3:09-CV-1521 (VLB) <br><br><br><br><br><br><br><br><br><br> March 24, 2011 |

MOTION TO SET ASIDE THE COURT'S NOTICE
CONCERNING WAIVER OF JUDICIAL DISQUALIFICATION

Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia (together, "Genworth") respectfully move the Court to set aside its February 25, 2011 Notice Concerning Waiver of Judicial Disqualification ("Notice") and to continue presiding over the instant proceeding, regardless of whether the parties submit waivers in accordance with that Notice. In support of its Motion, Genworth provides herewith a Supporting Memorandum of Law and the Certifications of Attorneys Elizabeth M. Smith and Mitchell L. Fishberg. As set forth more fully in Genworth's Supporting Memorandum and Certifications, disqualification is unnecessary because as of January 2011,

Robinson & Cole -- the only law firm that the notice concerned -- was no longer representing any party in this case.

Further, the disqualification of the Court is neither warranted nor necessary since there are no underlying facts that could even potentially call the Court's impartiality into question. In this context, the Court need not, and should not, provide any opportunity for party "waivers" of a phantom conflict. In fact, the only basis for Defendants here refusing to "waive" a non-existent conflict would be to engage in improper "judge shopping" -- a result that this Court should not tolerate, and which runs contrary to the well established law in this Circuit.

WHEREFORE, Genworth respectfully requests that its Motion to Set Aside be granted, and that the Court not disqualify itself from presiding in this case.

March 24, 2011

PLAINTIFF GENWORTH FINANCIAL
WEALTH MANAGEMENT, INC. AND
THIRD PARTY DEFENDANT
GURINDER AHLUWALIA

BY:      /s/ Mitchell L. Fishberg
Mitchell L. Fishberg (CT19661)
mfishberg@mccarter.com
Elizabeth M. Smith (CT19808)
esmith@mccarter.com
MCCARTER & ENGLISH LLP
CityPlace I - 36th Floor
185 Asylum Street
Hartford, CT 06103
Tele: 860-275-6763
Fax: 860-560-5970

Reid L. Ashinoff *(admitted PHV)*
Sandra D. Hauser *(admitted PHV)*
Brendan E. Zahner *(admitted PHV)*
SNR DENTON US LLP

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2011, a copy of foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                          */s/ Mitchell L. Fishberg*
                                        Mitchell L. Fishberg (CT19661)