# SNR DENTON 

SNR Denton US LLP
1221 Avenue of the Americas
New York, NY 10020-1089 USA

Brendan E. Zahner
brendan.zahner@snrdenton.com
D +1 212 768 5339
T +1 212 768 6700
F +1 212 768 6800
snrdenton.com

April 15, 2011

**BY ECF**

Hon. Peter C. Dorsey
Senior United States District Judge
U.S. District Court for
  the District of Connecticut
Richard C. Lee
  United States Courthouse
141 Church Street
New Haven, Connecticut 06510

    Re:   *Genworth Financial Wealth Management
           v. McMullan, et al.* Civ. No. 09-cv-1521

Dear Judge Dorsey:

    Our firm represents Plaintiff Genworth Financial Wealth Management and Third Party Defendant Gurinder Ahluwalia in the referenced case that has been reassigned to Your Honor. We write on behalf of all parties to jointly request a short extension of the discovery and dispositive motion deadlines. This letter has been reviewed and approved by counsel for the Defendants and Third Party Plaintiffs.

    Specifically, the discovery period ended on April 7, and the current deadline to file dispositive motions is May 4. Despite the diligent efforts of the parties, several depositions that were noticed prior to the current deadline remain outstanding. Several witnesses became ill or otherwise unavailable, requiring the re-scheduling of their depositions, and the parties are coordinating in the selection of new dates.

    As a result, the parties jointly request that the discovery deadline be briefly extended to May 6 and the deadline to file dispositive motions be extended to June 10.

                                Respectfully submitted,

                                /s/ Brendan E. Zahner

                                Brendan E. Zahner

cc via email:    Paul Lieberman, Esq.
                    David Friedman, Esq.