UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br> Plaintiff, <br> v. <br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC, <br><br> Defendants. | Civil Action No. 3:09-CV-1521-VLB <br><br><br> **PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR A RULE 16 CONFERENCE** |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC, <br><br> Third-Party Plaintiffs, <br> v. <br><br> GURINDER AHLUWALIA, <br><br> Third-Party Defendant. | April 25, 2011 |

      Plaintiff Genworth Financial Wealth Management and Third Party Defendant Gurinder Ahluwalia (collectively "Genworth" or "Plaintiff") hereby submit this Response to Defendants' Motion Requesting a Rule 16 Conference, filed as docket entry 170.

      First, in light of this Court's April 18th order granting the parties' Joint Motion for Extension of Time (Docket No. 171), Defendants' motion, which seeks the same outcome, is moot.

      Second, we are writing to apprise the Court of significant events and rulings that have already taken place in this case. To read Defendants' motion, it would appear as though all

pretrial issues are open and there have been no significant merits or procedural rulings to date. This is not the case.

Judge Vanessa Bryant issued two important decisions and orders on June 1 and June 10, 2010 (Docket Nos. 100 and 101), which made extensive findings of wrongful conduct by Defendants, and granted Genworth both sanctions and significant injunctive relief against all of the Defendants. Judge Bryant, after full briefing and a two-day evidentiary hearing, found that Mr. McMullan "falsely testified before the Court," that the Defendants "misappropriated Genworth's confidential information" with "consciousness of wrongdoing," misused this information in an "unabashed attempt to destroy Genworth's goodwill and customer relations," for their own personal gain, engaged in "apparent deceit," knowingly destroyed "incriminating evidence" and "relevant information," and made numerous claims and assertions that were "utterly incredulous." Judge Bryant also stated that Mr. McMullan disclosed Genworth's proprietary information to class counsel in the action *Goodman v. Genworth Financial Wealth Management, Inc.*, No. 2:09-cv-05603-LDW-ARL (E.D.N.Y. 2009), with the motivation of impairing Genworth's reputation and client relationships, as well as taking Genworth's clients.

Given the significant record of Defendants' wrongdoing in this case, and further facts supporting Plaintiff's position that have been uncovered during subsequent discovery, we plan to move for summary judgment.

Third, Magistrate Judge Thomas Smith held several conferences with counsel on this case and has issued a number of discovery orders (see Docket Nos. 119, 132, 135, 152, 162, 165, 166), many of which concern pending areas of discovery that he continues to oversee. Local Rule 77.2 looks with favor on "a Magistrate Judge's prior familiarity with proceedings" as a factor supporting assignment of cases. In order not to lose significant judicial time and expertise,

we respectfully request that the Court maintain Judge Smith as the magistrate to whom discovery issues are referred.

Dated: Hartford, Connecticut
April 25, 2011

Respectfully Submitted,

/s/ _____
Eric W. Wiechmann (CT 04331)
Elizabeth M. Smith (CT 19808)
ewiechmann@mccarter.com
esmith@mccarter.com
McCARTER & ENGLISH, LLP
City Place I, 185 Asylum Street
Hartford, Connecticut 06103-3495
Tele: 860-275-6763
Fax: 860-560-5970

SNR DENTON US LLP
Reid L. Ashinoff  *(admitted phv)*
Sandra D. Hauser *(admitted phv)*
David R. Baum *(admitted phv)*
Brendan E. Zahner *(admitted phv)*
1221 Avenue of the Americas
New York, NY 10020
reid.ashinoff@snrdenton.com
sandra.hauser@snrdenton.com
david.baum@snrdenton.com
brendan.zahner@snrdenton.com
Tele: (212) 768-6700
Fax: (212) 768-6800

*Counsel for Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia*

4

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that I have caused to be served a true and correct copy of the foregoing document on this 25th day of April 2011 via email and electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.


                                                      _____/s/_____
                                                      Eric W. Wiechmann