# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

**CASE NUMBER:** 3:09-CV-1521-VLB

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for: Plainitff Genworth Financial Wealth Management and Third Party Defendant Gurinder Ahluwalia.

I certify that I am admitted to practice in this court.

April 25, 2011
**Date**

CT 04331
**Connecticut Federal Bar Number**

860-275-6731
**Telephone Number**

860-724-3397
**Fax Number**

ewiechmann@mccarter.com
**E-mail address**

_Signature_

Eric W. Wiechmann
**Print Clearly or Type Name**

McCarter & English, LLP, 185 Asylum Street
**Address**      Hartford, CT  06103

## CERTIFICATE OF SERVICE

I hereby certify that on 4/25/11          , a copy of the foregoing Appearance          was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [list names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_Signature_

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

**Atty-Appearance.wpd Sept. 2008**