UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., | : | Civil Action |
| Plaintiff | : | No. 3:09-CV1521-VLB |
| vs. | : | |
| TIMOTHY MCMULLAN, ET AL, | : | |
| Defendants | : | MAY 2, 2011 |

## NOTICE OF APPEARANCE

*TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:*

**PLEASE TAKE NOTICE** that the undersigned, Sandra S. Kuwaye, has entered her appearance on behalf of non-party witness REYNOLDS & ROWELLA, LLP.

NON-PARTY WITNESS,
REYNOLDS & ROWELLA, LLP

By_____
Sandra S. Kuwaye (CT18586)
GOLDBERG SEGALLA LLP
100 Pearl Street, 7th Floor
Hartford, CT 06103
Phone: (860) 760-3309
skuwaye@goldbergesegalla.com

GOLDBERG SEGALLA LLP
100 Pearl Street, 7th Fl.
Hartford, CT 06103
Phone: (860) 760-3300
Fax: (860) 760-3301
Juris No. 428263

## CERTIFICATION

The undersigned hereby certifies that I have caused to be served a true and correct copy of the foregoing document this 2nd day of May, 2011 via electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

_____
Sandra S. Kuwaye

GOLDBERG SEGALLA LLP
100 Pearl Street, 7th Fl.
Hartford, CT 06103
Phone: (860) 760-3300
Fax: (860) 760-3301
Juris No. 428263