UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.<br>*Plaintiff* | : | No. 3:09-cv-01521 |
| v. | : | |
| TIMOTHY MCMULLAN; JAMES COOK TIMOTHY MCFADDEN; KAREN BAZON; TAMARA RIVERA; and TJT CAPITAL GROUP, LLC<br>*Defendants* | : | |
| TIMOTHY MCMULLAN, JAMES COOK TIMOTHY MCFADDEN; and TJT CAPITAL GROUP, LLC<br>*Third-Party Plaintiffs* | : | |
| v. | : | |
| GURINDER AHLUWALIA<br>*Third-Party Defendant* | : | MAY 4, 2011 |

### NON-PARTY WITNESS REYNOLDS & ROWELLA, LLP'S MOTION TO ADOPT DEFENDANTS' AND THIRD-PARTY PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER

Non-Party Witness Reynolds & Rowella, LLP (hereinafter, "Reynolds & Rowella"), by its undersigned counsel, Goldberg Segalla LLP, joins in the motion for a protective order filed by Defendants and Third-Party Plaintiffs on May 3, 2011 and in support thereof avers as follows:

1. Reynolds & Rowella is not a named party in the above captioned civil action.

2. Reynolds & Rowella was served with a "Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action," issued by Plaintiff Genworth Financial Wealth Management, Inc., on April 27, 2011.

3. The Document Subpoena sought, in part, the production of Defendant Timothy McMullan's (hereinafter, "Mr. McMullan") personal state and federal tax returns from Reynolds & Rowella.

4. Defendants and Third-Party Plaintiffs filed with this Honorable Court a motion for a protective order precluding the production of Mr. McMullan's personal state and federal tax returns on May 3, 2011.

5. Reynolds & Rowella, as the party subject to the production obligation under the Document Subpoena, joins in the aforementioned motion for a protective order.

**WHEREFORE**, Non-Party Witness Reynolds & Rowella, LLP joins in Defendants' and Third-Party Plaintiffs' motion for a protective order precluding the production of Defendant Timothy McMullan's personal state and federal tax returns and seeks the same relief requested therein.

NON-PARTY WITNESS
REYNOLDS & ROWELLA, LLP

By _____
Sandra S. Kuwaye, Esquire (CT 18586)
100 Pearl Street, 7th Floor
Hartford, CT 06103
Tel. (860) 760-3309
Fax (860) 760-3301
skuwaye@goldbergsegalla.com

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on the date shown below a true and correct copy of the foregoing Motion to Adopt was electronically filed and will be electronically served upon all counsel of record. The Motion to Adopt is available for viewing and downloading through the court's ECF system.

_____
Sandra S. Kuwaye, Esquire