UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GENWORTH FINANCIAL WEALTH          )
MANAGEMENT, INC.                   )
                                   )
                Plaintiff,         )
vs.                                )
                                   )
TIMOTHY MCMULLAN, JAMES            )        Civil Action No. 3:09-CV-01521-PCD
COOK, TIMOTHY MCFADDEN,            )
KAREN BAZON, TAMARA RIVERA         )
AND TJT CAPITAL GROUP, LLC         )
                                   )
                Defendants.        )
_____    )
                                   )
TIMOTHY MCMULLAN, JAMES            )
COOK, TIMOTHY MCFADDEN, AND        )
TJT CAPITAL GROUP, LLC             )
                                   )
Third-Party Plaintiffs,            )        MAY 26, 2011
vs.                                )
                                   )
GURINDER AHLUWALIA                 )
                                   )
Third-Party Defendant.             )

MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S
REQUEST FOR ATTORNEYS' FEES DETERMINATION TO BE AWARDED
PURSUANT TO THE COURT'S JUNE 1, 2010 ORDER

Defendants Timothy McMullan, James Cook, Timothy McFadden, Karen

Bazon, Tamara Rivera and TJT Capital Group, LLC and Third-Party Plaintiffs Timothy

McMullan, James Cook, Timothy McFadden and TJT Capital Group, LLC

("Defendants") respectfully object to Plaintiff's attempt, at this late juncture, to seek

adjudication of a sanctions request that was submitted to Judge Bryant nearly a year

ago and never ruled on by the Court.  While a ruling on that motion may ultimately be appropriate, we request that, given the impending filing of summary judgment motions (on or before June 10, 2011) and the recent reassignment of this case to Judge Dorsey, this Court defer any adjudication with regard to the calculation of the amount of attorneys' fees and costs until after the ruling on the summary judgment motions.

Should the court be inclined to issue a ruling on the attorneys' fees motion at this time, we note that, as described in detail in the Defendants' Brief in Opposition to Plaintiff's Motion for Attorneys' Fees (*see* Doc. ## 106, 107 and 118), the Plaintiff's fee request is abusive.  Plaintiff has sought fees in excess of $77,000 for a single discovery motion that was heard at the same time as Plaintiff's motion for preliminary injunctive relief.  Large portions of the time for which compensation has been sought consist of time expended by numerous counsel from three different law firms who devoted their time primarily to the injunction issue for which no attorneys' fees have been awarded by the Court.  In addition, the Plaintiff had a virtual "army" of attorneys in attendance at the hearing, most of whom charged exorbitant fees not commensurate with their limited roles in the hearing of the discovery motion and far in excess of fees normally charged by other attorneys for similar matters.

Accordingly, we respectfully request that the Court defer ruling on the attorneys' fees issue until after the Court has resolved the summary judgment motions.  Alternatively, if the Court deems it appropriate to rule on the issue now, we request that this Court substantially reduce the fees to be awarded to the Plaintiff to an amount commensurate with the nature of the motion for which the attorneys' fees are sought.

Respectfully submitted,

Defendants Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC

Third Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden and TJT Capital Group, LLC

By        /s/ *Paul A. Lieberman*
          Paul A. Lieberman (pro hac vice)

          Stark & Stark, PC
          993 Lenox Drive, Bldg 2
          Princeton, New Jersey 08543-5315
          Tel:    (609) 895-7321
          Fax:    (609) 895-7395
          Email:  plieberman@stark-stark.com

          and

          David P. Friedman (ct03558)
          Murtha Cullina LLP
          177 Broad Street
          Stamford, CT 06901
          Tel:    (203) 653-5400
          Fax:    (203) 653-5444
          Email:  dfriedman@murthalaw.com

          *Attorneys for Defendants and Third Party Plaintiffs*

<u>CERTIFICATION</u>

I hereby certify that on May 26, 2011, a copy of the foregoing Memorandum of Law was electronically filed.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing though the Court's CM/ECF System.


By       /s/ *Paul A. Lieberman*
Paul A. Lieberman