UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC<br><br>Defendants.<br>_____<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>Third-Party Plaintiffs,<br>vs.<br><br>GURINDER AHLUWALIA<br><br>Third-Party Defendant. | Civil Action No. 3:09-CV-01521-PCD<br><br><br><br>JOINT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS, OPPOSITIONS AND REPLIES |

Pursuant to Federal Rules of Civil Procedures ("F.R.C.P.") 6(b), 26 and 56, and in compliance with Rule 7(b) of the Local Rule of Civil Procedure; counsel for the parties hereby respectfully move for an extension of time to file Rule 56 motions, notwithstanding the previously filed F.R.C.P. Rule 26(b) Report. The Parties jointly stipulate that there is good cause shown for their request to extend each parties' time to file their respective Dispositive Motions pursuant to F.R.C.P. Rule 56, as well as Oppositions and Replies thereto, because the dates previously set for such Motions, Oppositions, and Replies cannot be met despite the diligence and best efforts of both parties seeking this extension.

The parties have consulted together and reached an agreement that these extensions are required and have mutually established a new schedule of dates which takes into consideration various factors so that the stipulated extension of time, as set forth herein, can be followed. Neither party has filed a previous motion for extension of time with respect to these deadlines.

The original deadline for the Dispositive Motions was June 9, 2011, with parties having agreed on June 3rd to an extension until June 29, 2011. The parties stipulated revised deadline is as follows:

a)   Dispositive Motions shall be filed on July 8, 2011;

b)   Opposition shall be filed 33 days from July 8, or August 10, 2011,

c)   Reply shall be filed 24 days after Opposition, or September 9, 2011.

WHEREFORE, the parties respectfully request that this Motion be granted.

ORAL ARGUMENT IS NOT REQUESTED

Dated:  June 27, 2011
        Hartford, Connecticut

Elizabeth M. Smith, Esq. (CT 19808)
McCarter & English, LLP
City Place 1, 185 Asylum Street
Hartford, CT  06103-3495
Phone: 860-275-6763
Fax: 860-560-5970
Email: esmith@mccarter.com

Reid L. Ashinoff, Esq.
Brendan E. Zahner, Esq.
SNR Denton US LLP
1221 Avenue of the Americas, 24 Floor
New York, NY  10020
Phone: 212-768-6700
Fax: 212-768-6800
Email: reid.ashinoff@snrdenton.com
       brendan.zahner@snrdenton.com

David P. Friedman, Esq. (CT 03558)
Murtha Cullina
177 Broad Street, 4th Floor
Stamford, CT  06901
Phone: 203-653-5400
Fax: 860-240-5925
Email: dfriedman@murthalaw.com

Paul A. Lieberman, Esq. (phv 04079)
Stark & Stark
P. O. Box 5315
Princeton, NJ  08543-5315
Phone: 609-895-7277
Fax: 609-895-7395
Email: plieberman@stark-stark.com

## CERTIFICATION

I hereby certify that on June 28, 2011, a copy of the forgoing Joint Motion, Stipulation and Order for Extension of Time to File Dispositive Motions, Oppositions and Replies was electronically filed.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF Systems.


By: ___ /s/ David P. Friedman
       David P. Friedman (CT 03558)


G:\docs\LIT\TBL\TJT CAPITAL\Genworth\Motions\SJ RULE 56\stip and order.doc