UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC,<br><br>    Defendants. | Civil Action No. 3:09-CV-1521-(PCD) |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>GURINDER AHLUWALIA,<br><br>    Third-Party Defendant. | **JOINT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS, OPPOSITION AND REPLIES**<br><br>June 28, 2011 |

      Pursuant to Federal Rules of Civil Procedures ("F.R.C.P.") 6(b), 26 and 56, and in compliance with Rule 7(b) of the Local Rule of Civil Procedure; counsel for the parties hereby respectfully move for an extension of time to file Rule 56 motions, notwithstanding the previously filed F.R.C.P. Rule 26(b) Report The Parties jointly stipulate that there is good cause shown for their request to extend each parties' time to file their respective Dispositive Motions pursuant to F.R.C.P. Rule 56, as well as Oppositions and Replies thereto, because the dates previously set for such Motions, Oppositions, and Replies cannot be met despite the diligence and best efforts of both parties seeking this extension.

      The parties have consulted together and reached an agreement that these extensions are

1

required and have mutually established a new schedule of dates which takes into consideration various factors so that the stipulated extension of time, as set forth herein, can be followed. Neither party has filed a previous motion for extension of time with respect to these deadlines.

The original deadline for the Dispositive Motions was June 9, 2011, with parties having agreed on June 3rd to an extension until June 29, 2011. The parties stipulated revised deadline is as follows:

a)   Dispositive Motions shall be filed on or before July 8, 2011;

b)   An opposition shall be filed 33 days from the date the Dispositive Motion it opposes was filed;

c)   A reply shall be filed 24 days after the Opposition to which it replies was filed.

WHEREFORE, the parties respectfully request that this Motion be granted.

ORAL ARGUMENT IS NOT REQUESTED

Dated:  June 28, 2011
Hartford, Connecticut

/s/_____

Elizabeth M. Smith, Esq. (CT 19808)
McCarter &English, LLP
City Place 1, 185 Asylum Street
Hartford, CT  06103-3495
Phone:  860-275-6763
Fax:  860-560-5970
Email:  esmith@mccarter.com

/s/_____

David P. Friedman, Esq.  (CT 03558)
Murtha Cullina
177 Broad Street, 4th Floor
Stamford, CT  06901
Phone:  203-653-5400
Fax:  860-240-5925
Email:  dfriedman@murthalaw.com

/s/_____

Reid L. Ashinoff, Esq.
Brendan E. Zahner, Esq.
SNR Denton US LLP
1221 Avenue of the Americas, 24 Floor
New York, NY  10020
Phone:  212-768-6700
Fax:  212-768-6800
Email:  reid.ashinoff@snrdenton.com
brendan.zahner@snrdenton.com

/s/_____

Paul A. Lieberman, Esq. (phv 04079)
Stark & Stark
P.O. Box 5315
Princeton, NJ  08543-5315
Phone:  609-895-7277
Fax:  609-895-7395
Email:  plieberman@stark-stark.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I have caused to be served a true and correct copy of the foregoing document on this 28th day of June 2011 via electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ _____
Elizabeth M. Smith