UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC,<br><br>      Defendants. | Civil Action No. 3:09-CV-1521-(PCD) |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC,<br><br>      Third-Party Plaintiffs,<br><br>v.<br><br>GURINDER AHLUWALIA,<br><br>      Third-Party Defendant. | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br><br>JUNE 30, 2011 |

    Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56, the plaintiff, Genworth Financial Wealth Management, Inc. ("Genworth"), respectfully moves for Summary Judgment against the defendants, Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera, and TJT Capital Group, LLC ("Defendants") on all of Genworth's claims in this case.

    As set forth more fully in Genworth's Memorandum of Law in Support of Summary Judgment, Local Rule 56(a)1 Statement, and accompanying affidavits and exhibits, there is no

**ORAL ARGUMENT REQUESTED**

genuine issue as to any material fact, and Genworth is entitled to judgment as a matter of law based upon an overwhelming and uncontested evidentiary record of documents and sworn admissions by the principal Defendants. That evidentiary record conclusively establishes that, over a period of months both during and after their employment with Genworth, the Defendants systematically misappropriated and misused Genworth's confidential and password protected customer lists and other business information to start a competing business against Genworth.

**WHEREFORE,** Genworth respectfully requests that its Motion for Summary Judgment be granted.

Dated: Hartford, Connecticut
June 30, 2011

Respectfully Submitted,

s/ _____
Eric W. Wiechmann (CT 04331)
Elizabeth M. Smith (CT 19808)
ewiechmann@mccarter.com
esmith@mccarter.com
McCARTER & ENGLISH, LLP
City Place I, 185 Asylum Street
Hartford, Connecticut 06103-3495
Tele: 860-275-6763
Fax: 860-560-5970

SNR DENTON US LLP
Reid L. Ashinoff  *(admitted phv)*
Sandra D. Hauser *(admitted phv)*
Brendan E. Zahner *(admitted phv)*
1221 Avenue of the Americas
New York, NY 10020
reid.ashinoff@snrdenton.com
sandra.hauser@snrdenton.com
brendan.zahner@snrdenton.com
Tele: (212) 768-6700
Fax: (212) 768-6800

*Counsel for Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that I have caused to be served a true and correct copy of the foregoing document on this 30th day of June 2011 via electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                /s/_____
                                                    Elizabeth M. Smith