UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC, <br><br> Defendants. | Civil Action No. 3:09-CV-1521-(PCD) <br><br><br><br> **PLAINTIFF GENWORTH FINANCIAL WEALTH MANAGEMENT, INC. AND THIRD-PARTY DEFENDANT GURINDER AHLUWALIA'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANTS' COUNTERCLAIM AND THIRD PARTY COMPLAINT** |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> GURINDER AHLUWALIA, <br><br> Third-Party Defendant. | JUNE 30, 2011 |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 56, the plaintiff, Genworth Financial Wealth Management, Inc. ("Genworth") and Third-Party Defendant Gurinder Ahluwalia ("Mr. Ahluwalia"), respectfully move for Summary Judgment against the defendants/third party plaintiffs, Timothy McMullan, James Cook, Timothy McFadden, and TJT Capital Group, LLC ("Defendants") as to Defendants' Counterclaims and Third Party Complaint in this case (the "Counterclaims") (Doc. No. 7).

As set forth more fully in Plaintiff's and Third Party Defendant's Memorandum of Law in Support of Motion for Summary Judgment, Local Rule 56(a)1 Statement, and accompanying

**ORAL ARGUMENT REQUESTED**

affidavits and exhibits, there is no genuine issue as to any material fact, and Genworth and Mr. Ahluwalia are entitled to judgment as a matter of law.  Specifically, discovery in this case has not yielded any evidence in support of Defendants' claims that Genworth and Mr. Ahluwalia defamed them, disparaged them, tortiously interfered with any contractual or advantageous business relationship, or engaged in any unfair competition -- nor can the Defendants show that they sustained any damages.

**WHEREFORE,** Genworth and Mr. Ahluwalia respectfully request that their Motion for Summary Judgment as to Defendant's Counterclaim and Third Party Complaint be granted.

Dated:  Hartford, Connecticut
        June 30, 2011

Respectfully Submitted,

s/_____
Eric W. Wiechmann (CT 04331)
Elizabeth M. Smith (CT 19808)
ewiechmann@mccarter.com
esmith@mccarter.com
McCARTER & ENGLISH, LLP
City Place I, 185 Asylum Street
Hartford, Connecticut 06103-3495
Tele: 860-275-6763
Fax: 860-560-5970

SNR DENTON US LLP
Reid L. Ashinoff  *(admitted phv)*
Sandra D. Hauser *(admitted phv)*
Brendan E. Zahner *(admitted phv)*
1221 Avenue of the Americas
New York, NY 10020
reid.ashinoff@snrdenton.com
sandra.hauser@snrdenton.com
brendan.zahner@snrdenton.com
Tele: (212) 768-6700
Fax: (212) 768-6800

*Counsel for Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have caused to be served a true and correct copy of the foregoing document on this 30th day of June 2011 via electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ _____
Elizabeth M. Smith