UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC. ) ) ) Plaintiff, ) ) vs. ) ) TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC ) ) ) ) ) ) Defendants. ) _____ ) ) TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC ) ) ) ) Third-Party Plaintiffs, ) vs. ) ) GURINDER AHLUWALIA ) ) Third-Party Defendant. ) | Civil Action No. 3:09-CV-01521-PCD<br><br><br><br><br><br>JULY 8, 2011 |

DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56, Defendants, Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC (collectively "Defendants"), respectfully move for summary judgment against plaintiff Genworth Financial Wealth Management, Inc. ("Plaintiff") as to all counts of Genworth's complaint on the ground

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

-2-

that there is no genuine issue of material fact, as more fully articulated in their supporting memorandum of law, Local Rule 56(a)(1) statement, declarations, and annexed documents.

In support of this Motion for Summary Judgment, the Defendants have submitted the following:

1. Local Rule 56(a)1 Statement (with annexed supporting documentation);

2. Memorandum of Law in Support of Defendants' Motion for Summary Judgment; and

3. Declarations of Defendants Timothy McMullan, Timothy McFadden, James Cook and Judi Trujillo.

WHEREFORE, Defendants respectfully request that their Motion for Summary Judgment be granted.

        Respectfully submitted,

        The Defendants Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC

        The Third Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden and TJT Capital Group, LLC

        By   */s/ Paul A. .Lieberman*
               Paul A. Lieberman (PHV No. 04079)
               Stark & Stark, PC
               993 Lenox Drive, Bldg 2
               Princeton, New Jersey 08543-5315
               Tel:   (609) 895-7321
               Fax:  (609) 895-7395
               Email:  plieberman@stark-stark.com

and

By   */s/ David P. Friedman*
David P. Friedman (ct03558)
Murtha Cullina LLP
177 Broad Street
Stamford, CT 06901
Tel:   (203) 653-5400
Fax:   (203) 653-5444
Email:  dfriedman@murthalaw.com

*Attorneys for Defendants and Third Party Plaintiffs*

## CERTIFICATION

I hereby certify that on July 8, 2011, a copy of the foregoing Motion for Summary Judgment was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

                                                By      /s/ *David P. Friedman*
                                                          David P. Friedman (ct03558)