UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC | ) ) ) ) ) | Civil Action No. 3:09-CV-01521-PCD |
| Defendants. | ) ) ) | |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC | ) ) ) ) | |
| Third-Party Plaintiffs, vs. | ) ) ) | August 1, 2011 |
| GURINDER AHLUWALIA | ) ) ) | |
| Third-Party Defendant. | ) | |

JOINT MOTION FOR MODIFICATION OF THE SCHEDULE TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure ("F.R.C.P.") 6(b), 26 and 56, and Rule 7(b) of the Local Rules of Civil Procedure, counsel for the parties hereby respectfully move for an extension of time -- of one day -- to respond to and reply to Rule 56 motions pursuant to the schedule set forth below.

The parties stipulate that there is good cause for their request to extend the parties' time to file their respective memoranda in opposition to the motions and reply memoranda, because the dates previously set for the filing of memoranda in opposition to the summary judgment motions cannot be met despite the diligence and best efforts of both parties seeking this extension.  The proposed schedule takes into consideration the complexity of the memoranda.

The parties' proposed schedule is as follows:

a) Defendants' memorandum of law in opposition to plaintiff's motions for summary judgment filed on June 30, 2011 shall be filed on or before August 3, 2011;

b) Plaintiff's memorandum of law in opposition to defendants' motion for summary judgment shall be filed on or before August 11, 2011; and

c) All reply memoranda shall be filed no later than 24 days after the filing of the memoranda of law in opposition to which the reply memoranda are responding.

WHEREFORE, the parties respectfully request that this Motion be granted.

| | |
|---|---|
| */s/ Elizabeth M. Smith* | */s/ David P. Friedman* |
| Elizabeth M. Smith (ct19808) | David P. Friedman (ct03558) |
| McCarter & English, LLP | Murtha Cullina LLP |
| CityPlace I, 185 Asylum Street | 177 Broad Street |
| Hartford, CT 06103 | Stamford, CT 06901 |
| Tel:   (860) 275-6763 | Tel:   (203) 653-5400 |
| Fax:   (860) 560-5970 | Fax:   (203) 653-5444 |
| Email: esmith@smccarter.com | Email: dfriedman@murthalaw.com |
| | |
| */s/ Reid L. Ashinoff* | */s/ Paul A. Lieberman* |
| Reid L. Ashinoff (pro hac vice) | Paul A. Lieberman (pro hac vice) |
| Brendan E. Zahner (pro hac vice) | Stark & Stark, PC |
| SNR Denton US LLP | 993 Lenox Drive, Bldg 2 |
| 1221 Avenue of the Americas, Floor 24 | Princeton, New Jersey 08543-5315 |
| New York, NY 10020 | Tel:   (609) 895-7321 |
| Tel:   (212) 768-6700 | Fax:   (609) 895-7395 |
| Fax:   (212) 768-6800 | Email: plieberman@stark-stark.com |
| Email: reid.ashinoff@snrdenton.com | |
|          brendan.zahner@snrdenton.com | |

CERTIFICATION

I hereby certify that on August 1, 2011, a copy of the foregoing Joint Motion for Modification was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

By     */s/ David P. Friedman*
        David P. Friedman (ct03558)