UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC, <br><br> Defendants. | Civil Action No. 3:09-CV-1521-(PCD) |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> GURINDER AHLUWALIA, <br><br> Third-Party Defendant. | August 12, 2011 |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDA

Pursuant to Federal Rules of Civil Procedure 6(b), 26 and 56, and Rule 7(b) of the Local Civil Rules for the District of Connecticut, counsel for the parties hereby respectfully move for an extension of the deadlines for the parties to file reply briefs in response to the Memoranda in Opposition to the parties' respective Motions for Summary Judgment, pursuant to the schedule set forth below. This is the parties' second motion for extension of the deadline for filing reply briefs.

ME1 12128079v.1

Good cause exists for granting an extension of the deadlines. Three separate motions for summary judgment have been filed -- a motion by Genworth Financial Wealth Management ("Genworth") as to its claims against the Defendants (Doc. # 195); a motion by Genworth and third party defendant Gurinder Ahluwalia as to the Defendants' counterclaim and third-party complaint (Doc. # 198); and a motion by Defendants as to Genworth's claims (Doc. # 201). In light of the number and complexity of the issues raised in the various opposition briefs that need to be addressed, the dates previously set for filing reply briefs cannot be met despite the diligence and best efforts of both parties seeking this extension. Accordingly, the parties respectfully request the following schedule for the filing of reply briefs:

(a) Genworth's reply to the Defendants' Memorandum in Opposition to Genworth's Motion for Summary Judgment (Doc. # 195) shall be filed on or before September 12, 2011;

(b) Defendant's reply to Genworth's Memorandum in Opposition to Defendants' Motion for Summary Judgment (Doc. # 201) shall be filed on or before September 22, 2011; and

(c) Genworth's and Gurinder Ahluwalia's reply to Defendant's Memorandum in Opposition to their Motion for Summary Judgment as to the Counterclaims and Third Party Complaint (Doc. # 198) shall be filed on or before September 23, 2011.

ME1 12128079v.1

**WHEREFORE,** the Parties respectfully request that their Joint Motion for Extension of Time be granted.

| | |
|---|---|
| /s/     *Elizabeth M. Smith* | /s/     *David P. Friedman* |
| Eric W. Wiechmann (ct04331) | David P. Friedman (ct03558) |
| Elizabeth M. Smith (ct19808) | dfriedman@murthalaw.com |
| ewiechmann@mccarter.com | MURTHA CULLINA LLP |
| esmith@mccarter.com | 177 Broad Street |
| McCARTER & ENGLISH, LLP | Stamford, CT 06901 |
| City Place I, 185 Asylum Street | Tele:  (203) 653-5400 |
| Hartford, Connecticut 06103-3495 | Fax:  (203)653-5444 |
| Tele: 860-275-6700 | |
| Fax: 860-724-3397 | STARK & STARK, PC |
| | Paul A. Lieberman (*admitted phv*) |
| SNR DENTON US LLP | 993 Lenox Drive, Bldg. 2 |
| Reid L. Ashinoff  (*admitted phv*) | Princeton, New Jersey 08543-5315 |
| Brendan E. Zahner (*admitted phv*) | Tele:  (609) 895-7321 |
| reid.ashinoff@snrdenton.com | Fax:  (609) 895-7395 |
| brendan.zahner@snrdenton.com | |
| 1221 Avenue of the Americas | *Counsel for the Defendants, Timothy* |
| New York, NY 10020 | *McMullan, James Cook, Timothy McFadden,* |
| Tele: (212) 768-6700 | *Karen Bazon, Tamara Rivera and TJT Capital* |
| Fax: (212) 768-6800 | *Group, LLC* |
| | |
| *Counsel for Plaintiff Genworth Financial* | |
| *Wealth Management, Inc. and Third-Party* | |
| *Defendant Gurinder Ahluwalia* | |

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have caused to be served a true and correct copy of the foregoing document on this 12th day of August, 2011 via electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                        /s/  *Elizabeth M. Smith* _____
                                                           Elizabeth M. Smith

ME1 12128079v.1