AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

Genworth Financial Wealth Management, Inc. )
            *Plaintiff* )
            v. )   Case No. 3:09-cv-01521-VLB
Timothy McMullan, James Cook, Timothy McFadden, )
Karen Bazon, Tamara Rivera and TJT Capital Group, )
LLC
            *Defendant*

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and
TJT Capital Group, LLC

Date: 9/6/11

                                    *Attorney's signature*

Ka Fei Wong ct28130
                                    *Printed name and bar number*

Murtha Cullina LLP
177 Broad Street
Stamford, CT  06901
                                           *Address*

kwong@murthalaw.com
                                         *E-mail address*

203-653-5400
                                        *Telephone number*

203-653-5444
                                         *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2011, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                           Ka Fei Wong



3004637v1