**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC | ) ) ) ) ) ) | Civil Action No. 3:09-CV-01521-PCD |
| Defendants. _____ | ) ) ) | |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC | ) ) ) ) | |
| Third-Party Plaintiffs, vs. | ) ) ) | SEPTEMBER 6, 2011 |
| GURINDER AHLUWALIA | ) ) ) | |
| Third-Party Defendant. | ) | |

**DEFENDANTS' / THIRD-PARTY PLAINTIFFS' CONSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL**

**EMERGENCY RELIEF REQUESTED**

Pursuant to Federal Rule of Civil Procedure 26(c) and Connecticut Local Rule 5(e), Defendants and Third-Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera, and TJT Capital Group, LLC. (collectively "Defendants"), seek leave of court to file under seal Exhibit 1,

Exhibit 2, and Exhibit 3 to Defendants' and Third Party Plaintiff's Appendix to the Memorandum in Opposition to Plaintiff's Motion for Summary Judgment, previously filed with the Court on Wednesday, August 3, 2011 (Docket Entry No. 209; entries 209-2, 209-3, and 209-4). The three Exhibits consist of the declarations filed by three of the Defendants (James Cook, Timothy McFadden, and Timothy McMullan). These declarations pertain to the claims asserted by Plaintiff in its two pending motions for summary judgment and may contain information which potentially addresses issues that may be within the scope of the Court's temporary injunction order dated June 10, 2010. For that reason, Defendants seek an expedited determination of the Motion to Seal pursuant to Local Rule 7(a)(3) and, if granted, Exhibits 1, 2, and 3 should be removed from the public docket and placed under seal for court review only.

**FACTS AND ARGUMENT**

1. Defendants filed an Opposition to Plaintiffs' Motion to for Summary Judgment on August 3, 2011, and included as Exhibits 1, 2, and 3 declarations by Defendants Cook, McFadden, and McMullan, wherein they discussed various issues concerning Mr. Robert Brinker.

2. Counsel for Plaintiff recently informed Defendants that Plaintiff believes that information within the declarations potentially violate the Court's temporary injunction order dated June 10, 2010.

3. In the exercise of caution and at the request of counsel for the plaintiff, Defendants seek to remove Exhibits 1, 2, and 3 from the public docket and to have them placed under seal in order to avoid any potential inadvertent violation of the

Court's prior order. Under the circumstances, the parties believe that good cause has been shown for the granting of this motion.

4. The parties consent to sealing the Exhibits.

5. Defendants seek expedited treatment of this Motion by the Court in accordance with Local Rule 7(a)3.

6. Federal Rule of Civil Procedure 26(c) provides for broad discretion for a trial court to permit sealing of court documents. Further, Defendants will comply with the requirements of Local Rule 5(e) in effecting the ECF filing.

### **CONCLUSION**

Defendants respectfully request that the Court grant this Motion to Seal the documents identified as Exhibits 1, 2, and 3 to Defendants' Opposition on an expedited basis, and remove Exhibits 1, 2, and 3 from the public docket. If the Court grants this Motion, the Defendants will submit to the Clerk in a Sealing envelope copies of any documents ordered sealed, pursuant to Local Rule 5(e)4(c).

Respectfully submitted,

DEFENDANTS TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC

AND

THIRD-PARTY PLAINTIFFS TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN AND TJT CAPITAL GROUP, LLC

By: */s/ Paul A. Lieberman*
Paul A. Lieberman (PHV No. 04079)
plieberman@stark-stark.com
Stark & Stark, PC
993 Lenox Drive, Bldg. 2
Post Office Box 5315
Princeton, New Jersey 08543-5315
Phone: 609-895-7277
Fax: 609-895-7395

and

By: */s/ Ka Fei Wong*
David P. Friedman (ct03558)
dfriedman@murthalaw.com
Ka Fei Wong (ct28130)
kwong@murthalaw.com
Murtha Cullina, LLP
177 Broad Street
Stamford, Connecticut 06901
Phone: 203-653-5400
Fax: 203-653-5444

## CERTIFICATION

I hereby certify that on September 6, 2011, a copy of the foregoing Defendants' Consented-To Motion for Leave to File Under Seal was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

By    */s/ Ka Fei Wong*
                Ka Fei Wong (ct28130)