UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC.<br><br>Defendants. | Civil Action No. 3:09-CV-1521-PCD |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>GURINDER AHLUWALIA,<br><br>Third-Party Defendant. | **PARTIES' JOINT MOTION FOR LEAVE TO FILE REPLY BRIEFS IN EXCESS OF 10 PAGES** |

Pursuant to L. Civ. R. 7(a)(2), Plaintiff Genworth Financial Wealth Management, Inc. ("Genworth"), Third-Party Defendant Gurinder Ahluwalia (together, "Plaintiffs"), and Defendants Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group LLC (together, "Defendants") hereby jointly move for leave to file reply briefs in excess of the 10 page limit set forth in Local Rule 7(d). The parties respectfully request leave to submit reply briefs of up to 18 pages for purpose of the following replies:

ME1 12246786v.1

1. Genworth's Reply in further support of its Motion for Summary Judgment (Doc # 195); and

2. Defendants' Reply in further support of their Motion for Summary Judgment (Doc # 201).

Good cause exists to permit the submission of overlength reply memoranda in light of the number of facts and legal issues raised in each party's brief in opposition to the motions for summary judgment. The parties respectfully submit that the issues and arguments raised in the opposition briefs cannot be adequately addressed within the 10 page limit set forth in Local Rule 7(d), and accordingly they request leave to file replies of up to 18 pages in length.

The parties have further agreed that, if necessary, they will confer and attempt to reach agreement (subject to the Court's approval) on any additional pages the Plaintiffs may request with regard to their Reply in further support of their Motion for Summary Judgment as to the Defendants' Counterclaims and Third Party Complaint (Doc. #198).

**WHEREFORE,** the parties respectfully request that this Court grant leave for them to file reply memoranda in support of their Motions for Summary Judgment that are in excess of ten (10) pages.

Dated:   Hartford, Connecticut
September 9, 2011

| | |
|---|---|
| /s/   *Elizabeth M. Smith*<br>Eric W. Wiechmann (ct04331)<br>Elizabeth M. Smith (ct19808)<br>ewiechmann@mccarter.com<br>esmith@mccarter.com<br>MCCARTER & ENGLISH, LLP<br>City Place I, 185 Asylum Street<br>Hartford, Connecticut 06103-3495<br>Tele: 860-275-6700<br>Fax: 860-724-3397<br><br>SNR DENTON US LLP<br>Reid L. Ashinoff  *(admitted phv)*<br>Brendan E. Zahner *(admitted phv)*<br>reid.ashinoff@snrdenton.com<br>brendan.zahner@snrdenton.com<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Tele: (212) 768-6700<br>Fax: (212) 768-6800<br><br>*Counsel for Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia* | /s/   *David P. Friedman*<br>David P. Friedman (ct03558)<br>dfriedman@murthalaw.com<br>MURTHA CULLINA LLP<br>177 Broad Street<br>Stamford, CT 06901<br>Tele:  (203) 653-5400<br>Fax:  (203)653-5444<br><br>STARK & STARK, PC<br>Paul A. Lieberman (*admitted phv*)<br>993 Lenox Drive, Bldg. 2<br>Princeton, New Jersey 08543-5315<br>Tele:  (609) 895-7321<br>Fax:  (609) 895-7395<br><br>*Counsel for the Defendants, Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC* |

<u>CERTIFICATION</u>

I hereby certify that on 9/9/11 a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ *Elizabeth Smith*
Elizabeth M. Smith

3

ME1 12246786v.1