# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br> Plaintiff, <br> v. <br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC, <br><br> Defendants. | Civil Action No. 3:09-CV-1521-(PCD) |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC, <br><br> Third-Party Plaintiffs, <br> v. <br><br> GURINDER AHLUWALIA, <br><br> Third-Party Defendant. | **DECLARATION OF SIMON BARTLE** <br><br><br> September 09, 2011 |

SIMON BARTLE hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am a Senior Vice President of Human Resources at Genworth Financial Wealth Management, Inc. ("Genworth"), and submit this declaration in support of Genworth's Reply Brief in Support of its Motion for Summary Judgment on its Affirmative Claims ("Genworth's Reply"). In my position at Genworth, I am familiar with the different versions of Genworth's Integrity First Code of Ethics ("Integrity First").

2. In 2004 and 2005 when Timothy McMullan, James Cook, Timothy McFadden and Karen Bazon agreed to Integrity First by signing the document entitled Conditions of Employment

- 2 -

Acknowledgment, the version of Integrity First attached in full to Genworth's Reply as Exhibit B (and marked at my deposition as part of Exhibit 12) was the <u>only</u> version in existence, and this is the version to which these employees agreed.

3. In May of 2006, the version of Integrity First attached to Genworth's Moving Brief as Exhibit W (Doc. No. 197-27) became the operative copy of Integrity First, and Mr. McMullan, Mr. Cook, Mr. McFadden and Ms. Bazon each agreed to this version of Integrity First on October 8, 2006, through Genworth's annual reaffirmation process, whereby each employee reaffirmed his or her commitment to follow Integrity First.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: September 09, 2011

_____
Simon Bartle