# EXHIBIT D

| Employee Number | Employee Name | Class Name | Enrollment Date | Enrollment Status | Date Attended | Time | Number Of Attempts | Score | Class Start Date | Class End Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 217017429 | McMullan, Mr. Timothy O | 170 Markview Approver Training (08/08/08) | 07-Aug-2008 | W:Enrolled | | | 0 | | 08-Aug-2008 | 08-Aug-2008 |
| 217014283 | McFadden, Mr. Timothy Tim | Anti Money Laundering | 20-Nov-2008 | Attended - Complete | 25-Nov-2008 | 13 | 1 | 90 | 06-Nov-2008 | |
| 217014293 | Cook, Mr. James A | Anti Money Laundering | 20-Nov-2008 | Attended - Complete | 22-Dec-2008 | 34 | 1 | | 06-Nov-2008 | |
| 217017429 | McMullan, Mr. Timothy O | Anti Money Laundering | 20-Nov-2008 | Attended - Complete | 14-Jan-2009 | 15 | 1 | 80 | 06-Nov-2008 | |
| 217017878 | Bazon, Ms. Karen | Anti Money Laundering | 20-Nov-2008 | Attended - Complete | 02-Dec-2008 | 17 | 1 | 90 | 06-Nov-2008 | |
| 217017429 | McMullan, Mr. Timothy O | Basic Features of Excel 2002 | 13-Nov-2008 | W:Enrolled | | 106 | 1 | | 31-Jan-2006 | 31-Dec-4712 |
| 217017429 | McMullan, Mr. Timothy O | DMAIC Green Belt Workshop I - Stamford - 7/17-18/06 | 06-Jul-2006 | Attended - Complete | 18-Jul-2006 | | 0 | | 17-Jul-2006 | 18-Jul-2006 |
| 217017878 | Bazon, Ms. Karen | ECDL/ICDL 4 Module 6: Presentation - Introducing PowerPoint 2003 | 15-Feb-2006 | W:Cancelled online course (no fee) | | | 0 | | 01-Feb-2006 | 31-Dec-4712 |
| 217014283 | McFadden, Mr. Timothy Tim | Genworth Financial Wealth Management USA, Code of Ethics | 22-May-2009 | Attended - Complete | 27-May-2009 | 48 | 2 | 100 | 12-May-2009 | |
| 217014293 | Cook, Mr. James A | Genworth Financial Wealth Management USA, Code of Ethics | 22-May-2009 | Attended - Complete | 27-May-2009 | 27 | 3 | 100 | 12-May-2009 | |
| 217017429 | McMullan, Mr. Timothy O | Genworth Financial Wealth Management USA, Code of Ethics | 22-May-2009 | Enrolled | | | 0 | | 12-May-2009 | |
| 217017878 | Bazon, Ms. Karen | Genworth Financial Wealth Management USA, Code of Ethics | 20-May-2009 | Attended - Complete | 20-May-2009 | 27 | 1 | 100 | 12-May-2009 | |
| 430000816 | Rivera, Ms. Tamara | Genworth Financial Wealth Management USA, Code of Ethics | 22-May-2009 | Attended - Complete | 29-May-2009 | 14 | 1 | 100 | 12-May-2009 | |
| 217014283 | McFadden, Mr. Timothy Tim | Harassment Prevention for Employees | 20-Nov-2007 | Attended - Complete | 11-Jan-2008 | 52 | 1 | 711 | 18-Sep-2007 | |
| 217014293 | Cook, Mr. James A | Harassment Prevention for Employees | 20-Nov-2007 | Attended - Complete | 11-Jan-2008 | 49 | 1 | 640 | 18-Sep-2007 | |
| 217017878 | Bazon, Ms. Karen | Harassment Prevention for Employees | 20-Nov-2007 | Attended - Complete | 30-Nov-2007 | 66 | 2 | 640 | 18-Sep-2007 | |

CONFIDENTIAL

GEN0004811



EXHIBIT
Battle
4
5/3/11  TC

| Employee Number | Employee Name | Class Name | Enrollment Date | Enrollment Status | Date Attended | Time | Number Of Attempts | Score | Class Start Date | Class End Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 430000816 | Rivera, Ms. Tamara | Harassment Prevention for Employees | 18-Aug-2008 | Attended - Complete | 03-Jun-2009 | 71 | 1 | 533 | 18-Sep-2007 | |
| 217017429 | McMullan, Mr. Timothy O | Harassment Prevention for Managers (California) | 20-Nov-2007 | Attended - Complete | 25-Jan-2008 | 177 | 2 | 582 | 22-Oct-2007 | |
| 217017429 | McMullan, Mr. Timothy O | Harassment Prevention for Managers (Connecticut & California) | 20-Oct-2008 | Enrolled | | | 0 | | 06-Aug-2008 | |
| 217017429 | McMullan, Mr. Timothy O | Harassment Prevention for Managers (Connecticut) | 20-Nov-2007 | Enrolled | | | 0 | | 26-Jul-2007 | |
| 217014283 | McFadden, Mr. Timothy Tim | Integrity First (US Version) 2008 | 20-Oct-2008 | Attended - Complete | 28-Oct-2008 | 2 | 1 | 100 | 14-Aug-2008 | |
| 217014293 | Cook, Mr. James A | Integrity First (US Version) 2008 | 20-Oct-2008 | Attended - Complete | 03-Nov-2008 | 33 | 5 | 100 | 14-Aug-2008 | |
| 217017429 | McMullan, Mr. Timothy O | Integrity First (US Version) 2008 | 20-Oct-2008 | Attended - Complete | 14-Nov-2008 | 37 | 2 | 100 | 14-Aug-2008 | |
| 217017878 | Bazon, Ms. Karen | Integrity First (US Version) 2008 | 20-Oct-2008 | Attended - Complete | 23-Oct-2008 | 2 | 1 | 100 | 14-Aug-2008 | |
| 430000816 | Rivera, Ms. Tamara | Integrity First (US Version) 2008 | 20-Oct-2008 | Attended - Complete | 31-Oct-2008 | 1 | 1 | 100 | 14-Aug-2008 | |
| 217014283 | McFadden, Mr. Timothy Tim | Integrity First Course + Reacknowledgement 2007 | 19-Oct-2007 | Attended - Complete | 14-Nov-2007 | 44 | 1 | 100 | 10-Oct-2007 | |
| 217014293 | Cook, Mr. James A | Integrity First Course + Reacknowledgement 2007 | 19-Oct-2007 | Attended - Complete | 14-Nov-2007 | 17 | 1 | 100 | 10-Oct-2007 | |
| 217017429 | McMullan, Mr. Timothy O | Integrity First Course + Reacknowledgement 2007 | 19-Oct-2007 | Attended - Complete | 15-Nov-2007 | 21 | 1 | 100 | 10-Oct-2007 | |
| 217017878 | Bazon, Ms. Karen | Integrity First Course + Reacknowledgement 2007 | 19-Oct-2007 | Attended - Complete | 24-Oct-2007 | 32 | 1 | 100 | 10-Oct-2007 | |
| 430000816 | Rivera, Ms. Tamara | Integrity First Course for New Employees | 02-Jun-2008 | Attended - Complete | 09-Jun-2008 | 30 | 1 | 100 | 21-Oct-2007 | |
| 217014283 | McFadden, Mr. Timothy Tim | Integrity First Reacknowledgement Only 2006 | 08-Oct-2006 | Attended - Complete | 18-Oct-2006 | 1 | 1 | | 18-Sep-2006 | 01-Oct-2007 |
| 217014293 | Cook, Mr. James A | Integrity First Reacknowledgement Only 2006 | 08-Oct-2006 | Attended - Complete | 23-Oct-2006 | 7 | 1 | | 18-Sep-2006 | 01-Oct-2007 |

CONFIDENTIAL

| Employee Number | Employee Name | Class Name | Enrollment Date | Enrollment Status | Date Attended | Time | Number Of Attempts | Score | Class Start Date | Class End Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 217017429 | McMullan, Mr. Timothy O | Integrity First Reacknowledgement Only 2006 | 08-Oct-2006 | Attended - Complete | 30-Oct-2006 | 2 | 1 | | 18-Sep-2006 | 01-Oct-2007 |
| 217017878 | Bazon, Ms. Karen | Integrity First Reacknowledgement Only 2006 | 08-Oct-2006 | Attended - Complete | 10-Oct-2006 | 2 | 1 | | 18-Sep-2006 | 01-Oct-2007 |
| 217017878 | Bazon, Ms. Karen | Markview 170 Requester Training - Stamford - 07/23/08 | 19-Jun-2008 | W:Enrolled | | | 0 | | 23-Jul-2008 | 23-Jul-2008 |
| 217017878 | Bazon, Ms. Karen | Purchase to Pay Process for Requesters - US HQ & R&P | 04-Apr-2008 | Attended - Complete | 09-Apr-2008 | 299 | 9 | 100 | 25-Mar-2008 | |
| 217017429 | McMullan, Mr. Timothy O | R&P Compliance Training for Managed Money – Registered Principals | 31-Oct-2008 | Attended - Complete | 17-Dec-2008 | 47 | 3 | 99 | 23-Oct-2008 | |
| 217014283 | McFadden, Mr. Timothy Tim | R&P Compliance Training for Managed Money – Registered Representatives | 31-Oct-2008 | Attended - Complete | 03-Nov-2008 | 55 | 4 | 99 | 23-Oct-2008 | |
| 217014293 | Cook, Mr. James A | R&P Compliance Training for Managed Money – Registered Representatives | 31-Oct-2008 | Attended - Complete | 03-Nov-2008 | 30 | 7 | 99 | 23-Oct-2008 | |
| 217014283 | McFadden, Mr. Timothy Tim | Records Management 2008 Annual Requirement + New Hires Through June 2009 | 26-Mar-2008 | Attended - Complete | 21-Apr-2011 | 38 | 2 | 70 | 12-Feb-2008 | |
| 217014293 | Cook, Mr. James A | Records Management 2008 Annual Requirement + New Hires Through June 2009 | 26-Mar-2008 | Attended - Complete | 21-Apr-2011 | 40 | 1 | 70 | 12-Feb-2008 | |
| 217017429 | McMullan, Mr. Timothy O | Records Management 2008 Annual Requirement + New Hires Through June 2009 | 26-Mar-2008 | Attended - Complete | 21-Apr-2011 | 70 | 1 | 60 | 12-Feb-2008 | |
| 217017878 | Bazon, Ms. Karen | Records Management 2008 Annual Requirement + New Hires Through June 2009 | 26-Mar-2008 | Attended - Complete | 21-Apr-2011 | 165 | 1 | 60 | 12-Feb-2008 | |
| 217014283 | McFadden, Mr. Timothy Tim | Security Awareness | 11-Dec-2006 | Attended - Complete | 16-Jan-2007 | 37 | 1 | 100 | 24-Oct-2006 | |
| 217014293 | Cook, Mr. James A | Security Awareness | 11-Dec-2006 | Attended - Complete | 16-Jan-2007 | 26 | 1 | 90 | 24-Oct-2006 | |
| 217017429 | McMullan, Mr. Timothy O | Security Awareness | 11-Dec-2006 | Attended - Complete | 02-Feb-2007 | 29 | 1 | 90 | 24-Oct-2006 | |

| Employee Number | Employee Name | Class Name | Enrollment Date | Enrollment Status | Date Attended | Time | Number Of Attempts | Score | Class Start Date | Class End Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 217017878 | Bazon, Ms. Karen | Security Awareness | 11-Dec-2006 | Attended - Complete | 10-Jan-2007 | 33 | 1 | 80 | 24-Oct-2006 | |
| 430000816 | Rivera, Ms. Tamara | Security Awareness | 02-Jun-2008 | Attended - Complete | 25-Jun-2008 | 51 | 5 | 90 | 24-Oct-2006 | |
| 217014283 | McFadden, Mr. Timothy (Tim) | SPIRIT AND LETTER YOUR PERSONAL COMMITMENT | NA | CRSE-CMPL | 10/16/2003 8:25 | NA | NA | NA | NA | NA |
| 217014283 | McFadden, Mr. Timothy (Tim) | SPIRIT AND LETTER LEVEL 2 - DOCUMENT CREATION | NA | CRSE-CMPL | 7/29/2004 11:03 | NA | NA | NA | NA | NA |
| 217014283 | McFadden, Mr. Timothy (Tim) | SPIRIT AND LETTER YOUR PERSONAL COMMITMENT | NA | CRSE-CMPL | 11/16/2004 9:53 | NA | NA | NA | NA | NA |
| 217014283 | McFadden, Mr. Timothy (Tim) | GE SECURITY AWARENESS | NA | CRSE-CMPL | 6/20/2005 11:58 | NA | NA | NA | NA | NA |
| 217014283 | McFadden, Mr. Timothy (Tim) | Affirming Your Commitment to Genworth | NA | CRSE-CMPL | 7/8/2005 16:22 | NA | NA | NA | NA | NA |
| 217014293 | Cook, Mr. James A | SPIRIT AND LETTER YOUR PERSONAL COMMITMENT | NA | CRSE-CMPL | 11/14/2003 9:08 | NA | NA | NA | NA | NA |
| 217014293 | Cook, Mr. James A | SPIRIT AND LETTER LEVEL 2 - DOCUMENT CREATION | NA | CRSE-CMPL | 7/29/2004 12:01 | NA | NA | NA | NA | NA |
| 217014293 | Cook, Mr. James A | SPIRIT AND LETTER YOUR PERSONAL COMMITMENT | NA | CRSE-CMPL | 12/17/2004 15:10 | NA | NA | NA | NA | NA |
| 217014293 | Cook, Mr. James A | GE SECURITY AWARENESS | NA | CRSE-CMPL | 6/20/2005 11:21 | NA | NA | NA | NA | NA |
| 217014293 | Cook, Mr. James A | Affirming Your Commitment to Genworth | NA | CRSE-CMPL | 7/5/2005 9:38 | NA | NA | NA | NA | NA |
| 217017429 | McMullan, Mr. Timothy O | SPIRIT AND LETTER LEVEL 2 - DOCUMENT CREATION | NA | CRSE-CMPL | 8/13/2004 8:09 | NA | NA | NA | NA | NA |
| 217017429 | McMullan, Mr. Timothy O | SPIRIT AND LETTER YOUR PERSONAL COMMITMENT | NA | CRSE-CMPL | 2/7/2005 8:38 | NA | NA | NA | NA | NA |
| 217017429 | McMullan, Mr. Timothy O | SPIRIT AND LETTER YOUR PERSONAL COMMITMENT | NA | CRSE-CMPL | 4/21/2005 12:48 | NA | NA | NA | NA | NA |
| 217017429 | McMullan, Mr. Timothy O | GE SECURITY AWARENESS | NA | CRSE-CMPL | 4/21/2005 8:48 | NA | NA | NA | NA | NA |

CONFIDENTIAL

| Employee Number | Employee Name | Class Name | Enrollment Date | Enrollment Status | Date Attended | Time | Number Of Attempts | Score | Class Start Date | Class End Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 217017429 | McMullan, Mr. Timothy O | Affirming Your Commitment to Genworth | NA | CRSE-CMPL | 6/1/2005 18:29 | NA | NA | NA | NA | NA |
| 217017878 | Bazon, Ms. Karen | SPIRIT AND LETTER YOUR PERSONAL COMMITMENT | NA | CRSE-CMPL | 1/27/2005 9:40 | NA | NA | NA | NA | NA |
| 217017878 | Bazon, Ms. Karen | GE SECURITY AWARENESS | NA | CRSE-CMPL | 4/18/2005 13:28 | NA | NA | NA | NA | NA |
| 217017878 | Bazon, Ms. Karen | Affirming Your Commitment to Genworth | NA | CRSE-CMPL | 7/5/2005 10:58 | NA | NA | NA | NA | NA |

CONFIDENTIAL

GEN0004815