**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH ) <br> MANAGEMENT, INC. ) <br> ) <br>            Plaintiff, ) <br> vs. ) <br> ) <br> TIMOTHY MCMULLAN, JAMES ) <br> COOK, TIMOTHY MCFADDEN, ) <br> KAREN BAZON, TAMARA RIVERA ) <br> AND TJT CAPITAL GROUP, LLC ) <br> ) <br>            Defendants. ) <br> _____ ) <br> ) <br> TIMOTHY MCMULLAN, JAMES ) <br> COOK, TIMOTHY MCFADDEN, AND ) <br> TJT CAPITAL GROUP, LLC ) <br> ) <br> Third-Party Plaintiffs, ) <br> vs. ) <br> ) <br> GURINDER AHLUWALIA ) <br> ) <br> Third-Party Defendant. ) | Civil Action No. 3:09-CV-01521-PCD <br><br><br><br><br><br><br><br><br><br><br> SEPTEMBER 22, 2011 |

**DEFENDANTS' / THIRD-PARTY PLAINTIFFS' MOTION FOR LEAVE TO**
**<u>FILE UNDER SEAL</u>**

Pursuant to Federal Rule of Civil Procedure 26(c) and Connecticut Local

Rule 5(e), Defendants and Third-Party Plaintiffs Timothy McMullan, James Cook,

Timothy McFadden, Karen Bazon, Tamara Rivera, and TJT Capital Group, LLC.

(collectively "Defendants"), hereby move for permission to file certain exhibits under

seal and to file redacted versions of these documents on the Court's ECF system with the information therein redacted.

The documents subject to this Motion are Exhibits 10 and 11 to Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.[1]  The two Exhibits consist of financial statements of individuals who are non-parties to this litigation.

Defendants submit that there is good cause to seal the exhibits because the information consists of financial statements belonging to non-party individuals which contain personal and personally identifiable information.  In order to avoid dissemination of such information absent the individuals' consent, the documents should be filed under seal.

WHEREFORE, Defendants respectfully request that their Motion to Seal the referenced exhibits related to its Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment be granted, and that Exhibits 10 and 11 should be placed under seal for court review only.

---

[1] Exhibits 10 and 11 to Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment are attached hereto in their redacted form at Tab A.

Respectfully submitted,

DEFENDANTS TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC

AND

THIRD-PARTY PLAINTIFFS TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN AND TJT CAPITAL GROUP, LLC

By:    */s/ Paul A. Lieberman*
      Paul A. Lieberman (PHV No. 04079)
      plieberman@stark-stark.com
      Stark & Stark, PC
      993 Lenox Drive, Bldg. 2
      Post Office Box 5315
      Princeton, New Jersey  08543-5315
      Phone:  609-895-7277
      Fax:  609-895-7395

and

By:    */s/ Ka Fei Wong*
      David P. Friedman (ct03558)
      dfriedman@murthalaw.com
      Ka Fei Wong (ct28130)
      kwong@murthalaw.com
      Murtha Cullina, LLP
      177 Broad Street
      Stamford, Connecticut  06901
      Phone:  203-653-5400
      Fax:  203-653-5444

# TAB A

# EXHIBIT 10

Case 3:09-cv-01521-PCD   Document 230   Filed 09/22/11   Page 6 of 11

# EXHIBIT 11

CERTIFICATION

I hereby certify that on September 22, 2011, a copy of the foregoing Defendants' Motion for Leave to File Under Seal was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

By    */s/ Ka Fei Wong*
      Ka Fei Wong (ct28130)