# EXHIBIT R

CONFIDENTIAL

1

1       UNITED STATES DISTRICT COURT

2         DISTRICT OF CONNECTICUT

3  ---------------------------------

4  GENWORTH FINANCIAL WEALTH       )

5  MANAGEMENT, INC.,               )

6        Plaintiff,                )

7  vs.                             )   Civil Action No.

8  TIMOTHY McMULLAN, JAMES         )   3:09-cv-01521-VLB

9  COOK, TIMOTHY McFADDEN,         )

10 KAREN BAZON, TAMARA RIVERA      )

11 and TJT CAPITAL GROUP, LLC,     )

12       Defendants.               )

13 --------------------------------)

14 AND RELATED CROSS-ACTIONS.      )

15 ---------------------------------

16

17         **C O N F I D E N T I A L**

18

19       Deposition of ROBERT BRINKER, taken at

20 Venetian Resort Hotel & Casino, Suite 3-209,

21 3355 Las Vegas Boulevard South, Las Vegas, Nevada,

22 commencing at 7:54 p.m., Monday, March 22, 2010,

23 before Janet C. Trimmer, RPR, CRR, Certified Court

24 Reporter in and for the States of Nevada and

25 California.

```
                                                              125
 1    very upsetting to her and -- very upsetting.
 2        Q.   Did anyone at Genworth tell you that they
 3    intended to sue you?
 4        A.   Nobody said that to me.
 5        Q.   Did anyone tell you that they had heard
 6    someone from Genworth say that?
 7        A.   I think Mary Jo on that day said she had been
 8    threatened by Mr. Cordes.
 9        Q.   Did she say she had been threatened or you
10    had been threatened?
11        A.   I think everybody had been threatened.  She
12    described it as a "rant," as I recall.
13        Q.   But do you recall her telling you that
14    Genworth had threatened to sue you?
15        A.   I recall her telling me that Mr. Cordes had
16    lashed out and she was very upset, that it was
17    completely unjustified, totally.
18        Q.   But do you recall her telling you that
19    Genworth had threatened to sue you?
20        A.   I recall her saying that he had been making
21    threats during that rant.
22        Q.   Were those threats to sue you?
23        A.   Including that.
24        Q.   Were there other threats?
25        A.   I don't recall specifics.  Let the record
```

1   show she was extremely upset. The only time in 10
2   years I've ever seen it, the only time, when
3   Mr. Cordes came into her office in lower Manhattan,
4   the only time I've ever seen it, with her.
5       Q.  And he threatened -- did he threaten to sue
6   -- he threatened that Genworth would sue her?
7       A.  I wasn't there, but she was extremely upset
8   and she said she was threatened.
9       Q.  With being sued?
10      A.  Yes.
11      Q.  Was she threatened in any other way?
12      A.  I don't know. I wasn't there. She was
13  extremely upset.
14      Q.  Did she tell you she was threatened in any
15  other way?
16      A.  She told me she was extremely upset at the
17  conduct of the gentleman in her office, she felt it
18  was unprofessional and inappropriate conduct. That's
19  the way she felt about it, and she communicated that
20  to me, and I listened, because I respect her, she's a
21  good person.
22      Q.  What did you understand the basis of the
23  threat of a lawsuit to be?
24      A.  I have no idea. There is none. Complete
25  fiction, to me.