# EXHIBIT S

## Mary Jo Zandy

**From:** Cordes, Ronald D (Genworth) [Ron.Cordes@genworth.com]
**Sent:** Wednesday, August 19, 2009 2:57 PM
**To:** Mary Jo Zandy
**Subject:** Re: Brinker contract expiration

Great. Does 9:00 AM Friday at your office work?

---

**From:** Mary Jo Zandy <maryjo.zandy@berkerynoyes.com>
**To:** Cordes, Ronald D (Genworth)
**Sent:** Wed Aug 19 13:26:32 2009
**Subject:** RE: Brinker contract expiration

Friday am is best

-----Original Message-----
**From:** "Cordes, Ronald D (Genworth)" <Ron.Cordes@genworth.com>
**To:** "Mary Jo Zandy" <maryjo.zandy@berkerynoyes.com>
**Sent:** 8/19/2009 12:39 PM
**Subject:** RE: Brinker contract expiration

Mary Jo - - We've had some recent developments with respect to our Private Client Group which I need to discuss with you as soon as possible. I am actually in New York tomorrow and Friday and would like to meet briefly with you (say 15-20 minutes) in your offices whenever you are available. Would you be available at 10AM either tomorrow or Friday - - or, if not, is there an alternate time either morning that works for you?

Thanks.

Ron Cordes

1

Zandy 18
3/17/10

Confidential                                                                                                    ZANDY0000023