# EXHIBIT T

GEN0003455

**From:** Mary Jo Zandy [maryjo.zandy@berkerynoyes.com]
**Sent:** Wednesday, August 26, 2009 11:18 AM
**To:** 'Cordes, Ronald D (Genworth)'
**Subject:** RE: Confirming our conversations today

Ron, in response to your email yesterday, I am reeling from the accusations you put forth on Friday, as is Bob. Given that there were no questions or any reluctance to sign a non-exclusive agreement and one that eliminated web site presence, etc., Genworth's reaction is difficult to comprehend.

Immediately after your visit, I called Tim and he agreed to rescind the paragraph agreement with Bob. Upon close reading of the email you sent on Friday, it appears the rescindment must be in writing. We have asked Tim for that and he has repeatedly responded that his attorney and Genworth's attorney are discussing a plan to resolve this situation.

This is an untenable predicament for Bob Brinker. On one end you have threatened Bob with litigation from Genworth on a frivolous, unfounded basis. What is to prevent the other side from doing the same—i.e. litigation-- as Bob extricates himself from the paragraph agreement with them?

We ask that Genworth and Tim resolve this situation ASAP.

Mary Jo

Mary Jo Zandy, CFA
Managing Director
Berkery, Noyes & Co., LLC
1 Liberty Plaza
New York, New York 10006
646-442-7995
212-566-6887(fax)

**From:** Cordes, Ronald D (Genworth) [mailto:Ron.Cordes@genworth.com]
**Sent:** Tuesday, August 25, 2009 12:10 PM
**To:** Mary Jo Zandy
**Subject:** RE: Confirming our conversations today

Mary Jo -- Just circling back so we can put this matter to rest.  Any response from Bob ?

Thanks,

Ron

**From:** Mary Jo Zandy [mailto:maryjo.zandy@berkerynoyes.com]
**Sent:** Friday, August 21, 2009 10:29 AM
**To:** Cordes, Ronald D (Genworth)
**Subject:** RE: Confirming our conversations today

Ron, this looks okay but I will send it to Bob before responding officially.
Thanks
Mary Jo

Mary Jo Zandy, CFA
Managing Director
Berkery, Noyes & Co., LLC
1 Liberty Plaza
New York, New York 10006
646-442-7995
212-566-6887(fax)

---

**From:** Cordes, Ronald D (Genworth) [mailto:Ron.Cordes@genworth.com]
**Sent:** Friday, August 21, 2009 1:15 PM
**To:** Mary Jo Zandy
**Subject:** Confirming our conversations today

Dear Mary Jo,

This e-mail will confirm our phone conversations of earlier today, in which you confirmed that per your conversation with Bob Brinker he does not have any agreements in place to provide investment advice or portfolio management services to TJT Capital any other investment advisory firm, and has no current intention to enter into any such agreements.

You indicated that, on Bob's behalf, you had communicated with Tim McMullan of TJT Capital via telephone that Bob would not be entering into an agreement with his firm and that he and his associates should refrain from making any representations to clients or prospects that they have such a relationship with Bob, and that you would confirm this communication in writing and forward a copy to me at your earliest convenience.

Finally, I requested and you agreed on Bob's behalf that in the event he elects in the future to pursue an advisory relationship with another firm, he or you would provide us with a courtesy pre-notification such that we would have the opportunity to discuss any possible ramifications to our current Brinker clients of such a proposed relationship prior to Bob entering into any binding agreement.

If this is an accurate representation of our conversations I would appreciate if you could Reply back to this email accordingly.

Mary Jo, I greatly appreciate the opportunity to have a productive series of discussions with you today and your diligent attention to this matter, and look forward to maintaining a positive and mutually beneficial relationship moving forward.

Sincerely,

GEN0003456

GEN0003457

Ron Cordes
Co-Chairman
Genworth Financial Wealth Management, Inc.