# EXHIBIT V

**From:** Mary Jo Zandy [maryjo.zandy@berkerynoyes.com]
**Sent:** Thursday, August 27, 2009 4:55 PM
**To:** 'Cordes, Ronald D (Genworth)'
**Subject:** RE: Responding to your e-mail

Ron, Bob had returned a signed one paragraph agreement with TGT prior to your visit, it turned out. After your visit, I called TGT and Tim agreed to rescind it. This is when I called you. Then after I received your email, indicating the rescindment should be confirmed in writing, I asked for that in writing and it has not been forthcoming. When I queried Tim about this, he responded it is necessary for him and his counsel and you and your counsel to meet before he responds to this request.

I must revert back regarding a call with Bob.

I hope this is helpful.
Thanks
Mary Jo

Mary Jo Zandy, CFA
Managing Director
Berkery, Noyes & Co., LLC
1 Liberty Plaza
New York, New York 10006
646-442-7995
212-566-6887(fax)

---

**From:** Cordes, Ronald D (Genworth) [mailto:Ron.Cordes@genworth.com]
**Sent:** Thursday, August 27, 2009 12:13 PM
**To:** Mary Jo Zandy
**Subject:** Responding to your e-mail

Mary Jo—Please understand that Bob Brinker is a trusted partner of Genworth's, and we never intended to suggest otherwise. Rather, I wanted to alert you to the conduct of some of our former employees which was causing confusion for our clients and to the fact that Genworth was considering suing those employees for taking and utilizing Genworth's confidential information.

During our meeting last week, and in subsequent emails, you confirmed that Mr. Brinker has no agreements with the departed employees. I am unsure how to reconcile those statements with your reference in your latest email to a "paragraph agreement" between Bob and those former employees.

I would like to arrange for a call with you and Bob at your earliest convenience so we can discuss this matter further. As I am out of the office this week the best way to reach me is via e-mail to arrange a time.

Ron

GEN00003459