# EXHIBIT W

251

1                 UNITED STATES DISTRICT COURT
2                   DISTRICT OF CONNECTICUT
3
    - - - - - - - - - - - - - - x
4   GENWORTH FINANCIAL WEALTH        :
    MANAGEMENT, INC.,                :
5                                    :
              Plaintiff,             :
6   vs.                              : CIVIL ACTION NO.:
                                     : 3:09-cv-1521(VLB)
7   TIMOTHY McMULLAN, JAMES          :
    COOK, TIMOTHY McFADDEN, KAREN    :
8   BAZON, TAMARA RIVERA and         :
    TJT CAPITAL GROUP, LLC,          :
9                                    :
              Defendants.            :
10  - - - - - - - - - - - - - x
    TIMOTHY McMULLAN, JAMES COOK,    :
11  TIMOTHY McFADDEN, and TJT        :
    CAPITAL GROUP, LLC,              :
12                                   :
          Third-Party Plaintiffs,:
13  vs.                              :
                                     :
14  GURINDER AHLUWALIA,              :
                                     :
15        Third-Party Defendant. :
    - - - - - - - - - - - - - - x
16
17
18        Continued videotaped deposition of TIMOTHY
19   McMULLAN, taken pursuant to the Federal Rules of
20   Civil Procedure, before Melissa J. Kelly, RMR, CRR,
21   Licensed Shorthand Reporter #00307, and Notary
22   Public within and for the State of Connecticut,
23   held at the offices of McCarter & English, 201
24   Broad Street, Canterbury Green, Stamford,
25   Connecticut, on March 15, 2011, at 9:27 a.m.

1    Q.    Whose idea was it to put interest in, an

2    additional fee of 1.21 percent?

3    A.    That was mine.

4    Q.    That was your idea?

5    A.    My idea.

6    Q.    So you're asking him to hold off payment

7    for a year?

8    A.    Correct.

9    Q.    Have you paid any fees to Mr. Brinker from

10   TJT or from yourself, pursuant to the agreement you

11   signed?

12   A.    No.

13   Q.    Did you ever have a discussion with

14   Mr. Brinker about the fact that no fees were paid?

15   A.    Yes.

16   Q.    What was that discussion?

17   A.    About restructuring.

18   Q.    Restructuring going forward?

19   A.    Restructuring the payment.

20   Q.    Did you talk to him about extending the

21   relationship beyond July 30, 2010?

22   A.    I don't believe I did.

23   Q.    Do you believe you had any contractual

24   relationship to get investment advisory advice from

25   Mr. Brinker, subsequent to July 31, 2010?

306

1     A.   Can you repeat that.

2          (Whereupon the record was read by the

3     Court Reporter.)

4          THE WITNESS:   No.

5     BY MR. ASHINOFF:

6     Q.   Was Mr. Brinker amenable to restructuring

7     your payment obligation?

8     A.   We haven't had extensive conversations.

9     Q.   Have you come to any understanding of that

10    restructuring?

11    A.   No.

12    Q.   Has Mr. Brinker made any written demand

13    that you pay his fee?

14    A.   No.

15    Q.   Has Ms. Zandy?

16    A.   No.

17    Q.   Have they said to you, in writing or

18    orally, that you don't have to pay their fee?

19    A.   No.

20    Q.   What was the way you left it, in the last

21    conversation you had with either Mr. Brinker or

22    Ms. Zandy about your fee?

23    A.   That we needed to restructure and wanted to

24    discuss ways to do that.

25    Q.   When was that discussion?

1    A.   I think sometime in the fall.

2    Q.   Of 2010?

3    A.   Yes.

4    Q.   With whom:  Mr. Brinker or Ms. Zandy or

5    both?

6    A.   I don't recall.

7    Q.   Think about it for a minute.  Would it --

8    A.   I think it was Mr. Brinker.

9    Q.   Who was supposed to get back to whom after

10   that conversation?

11   A.   I left it with Bob.

12   Q.   And has he ever gotten back to you?

13   A.   Not to my knowledge.

14   Q.   Has Ms. Zandy ever gotten back to you about

15   the topic?

16   A.   Not to my knowledge.

17   Q.   Is that the last time you spoke with

18   Mr. Brinker?

19   A.   Yes.

20   Q.   When was the last time you spoke with

21   Ms. Zandy?

22   A.   I don't recall.

23   Q.   In the last six months?

24   A.   I don't believe so.

25   Q.   Since July 31 of 2010?