UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br>    Plaintiff,<br><br>  v.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC,<br><br>    Defendants. | Civil Action No. 3:09-CV-1521-(PCD) |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC,<br><br>    Third-Party Plaintiffs,<br><br>  v.<br><br>GURINDER AHLUWALIA,<br><br>    Third-Party Defendant. | **GENWORTH'S MOTION TO ENFORCE THIS COURT'S JUNE 10, 2010 INJUNCTION WITH RESPECT TO THE DEPOSITIONS OF THE TJT DEFENDANTS; AND TO ENJOIN THE *GOODMAN* CASE PLAINTIFFS' COUNSEL FROM SEEKING RELIEF FROM THE INJUNCTION IN ANY OTHER COURT**<br><br>NOVEMBER 18, 2011 |

   Plaintiff Genworth Financial Wealth Management and Third-Party Defendant Gurinder Ahluwalia (collectively "Genworth") respectfully move, on an expedited basis, (1) pursuant to Rule 65(d)(2)(C) of the Federal Rules of Civil Procedure to enforce this Court's June 10, 2010 injunction with respect to the depositions of the TJT Defendants in the action entitled *Michael J. Goodman and Linda Brown, Individually and on behalf of all others similarly situated, v. Genworth Financial Wealth Management, Inc., Genworth Financial, Inc., and Gurinder S. Ahluwahlia,* Civ. No. 09-5603 (E.D.N.Y) (the "*Goodman* Case") and (2) pursuant to 28 U.S.C.

**ORAL ARGUMENT REQUESTED**

§ 1651 (the "All Writs Act") to enjoin plaintiffs' counsel in the *Goodman* Case  ("*Goodman* Plaintiffs' Counsel"), from seeking relief from the injunction in any other court.  Genworth seeks expedited consideration of this motion in light of a January 18, 2012 discovery cut-off in the *Goodman* case.

As set forth more fully in Genworth's Memorandum of Law, Judge Bryant entered the June 10, 2010 Injunction against Defendants based on an abundance of evidence that Defendants stole and misused Genworth's confidential information and transmitted it to *Goodman* Plaintiffs' Counsel in an attempt to harm Genworth and steal its customers, lied under oath to this Court, and destroyed incriminating evidence to hide their wrongful conduct.  (Dkt. 100 at 8-10; 101 at 16-18)  The injunction explicitly prohibits Defendants from using any of Genworth's proprietary information "on the behalf, or for the benefit of, a third party, including without limitation to providing context for the pending class action proceeding."  (Dkt. 101 at 20) (emphasis added)

Yet, *Goodman* Plaintiffs' Counsel has taken the position that the injunction does not apply to them and that it has no effect on their ability to question the Defendants in this case regarding Genworth's confidential information.  This view is contrary to the protection offered by the injunction and flouts the authority of this Court.  *Goodman* Plaintiffs' Counsel is aware of this and therefore intends to move for an order from the magistrate in the Eastern District of New York allowing them to ask Defendants in this case questions about Genworth's confidential information.

The Court should prohibit *Goodman* Plaintiffs' Counsel from forum shopping their opposition to the injunction.  This Court should enjoin *Goodman* Plaintiffs' Counsel from litigating the injunction in any other venue than this one to avoid inconsistent interpretations or inconsistent judgments with regard to the injunction.

Further, this Court should direct Defendants not to respond to deposition questions that seek disclosure of Genworth's confidential information.

**WHEREFORE,** Genworth respectfully requests that its Motion to Enforce this Court's June 10, 2010 Injunction with Respect to the Depositions of the TJT Defendants; and to Enjoin the Goodman Case Plaintiffs' Counsel from Seeking Relief from the Injunction in Any Other Court be granted.

Dated:  Hartford, Connecticut
        November 18, 2011

                                            Respectfully Submitted,

                                            s/_____
                                            Eric W. Wiechmann (CT 04331)
                                            Elizabeth M. Smith (CT 19808)
                                            ewiechmann@mccarter.com
                                            esmith@mccarter.com
                                            McCARTER & ENGLISH, LLP
                                            City Place I, 185 Asylum Street
                                            Hartford, Connecticut 06103-3495
                                            Tele: 860-275-6763
                                            Fax: 860-560-5970

                                            SNR DENTON US LLP
                                            Reid L. Ashinoff  *(admitted phv)*
                                            Sandra D. Hauser *(admitted phv)*
                                            Brendan E. Zahner *(admitted phv)*
                                            1221 Avenue of the Americas
                                            New York, NY 10020
                                            reid.ashinoff@snrdenton.com
                                            sandra.hauser@snrdenton.com
                                            brendan.zahner@snrdenton.com
                                            Tele: (212) 768-6700
                                            Fax: (212) 768-6800

                                            *Counsel for Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I have caused to be served a true and correct copy of the foregoing document on this 18th day of November, 2011 via electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

In addition, I have caused to be served a true and correct copy of the foregoing document on this 18th day of November, 2011 via e-mail and Federal Express on the following:

> James E. Tullman, Esq.
> Weiss & Lurie
> 1500 Broadway, 16th Fl.
> New York, NY 10036
>
> David C. Katz, Esq.
> Weiss & Lurie
> 1500 Broadway, 16th Fl.
> New York, NY 10036
>
> Weiss & Lurie
> 1500 Broadway, 16th Fl.
> New York, NY 10036
>
> Jeffrey K. Brown, Esq.
> Leeds, Morelli & Brown, P.C.
> One Old Country Road, Suite 347
> Carle Place, NY 11514
>
> Rick Ostrove, Esq.
> Leeds, Morelli & Brown, P.C.
> One Old Country Road, Suite 347
> Carle Place, NY 11514

       Lenard Leeds, Esq.
       Leeds, Morelli & Brown, P.C.
       One Old Country Road, Suite 347
       Carle Place, NY  11514

       Leeds, Morelli & Brown, P.C.
       One Old Country Road, Suite 347
       Carle Place, NY  11514

       /s/ _____
       Elizabeth M. Smith (CT 19808)

17742099