UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC, <br><br> Defendants. | Civil Action No. 3:09-CV-1521-(PCD) |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> GURINDER AHLUWALIA, <br><br> Third-Party Defendant. | **MOTION TO SEAL EXHIBITS TO GENWORTH'S MOTION TO ENFORCE THIS COURT'S JUNE 10, 2010 INJUNCTION WITH RESPECT TO THE DEPOSITIONS OF THE TJT DEFENDANTS; AND TO ENJOIN THE *GOODMAN* CASE PLAINTIFFS' COUNSEL FROM SEEKING RELIEF FROM THE INJUNCTION IN ANY OTHER COURT** <br><br> NOVEMBER 18, 2011 |

Pursuant to Local Civil Rule 5(e), Plaintiff Genworth Financial Wealth Management, Inc. ("Genworth"), hereby moves for permission to file the following documents under seal:

- Exhibit G to Genworth's Memorandum of Law in Support if its Motion to Enforce this Court's June 10, 2010 Injunction with Respect to the Depositions of the TJT Defendants; and to Enjoin the Goodman Case Plaintiffs' Counsel from Seeking Relief from the Injunction in Any Other Court (the "Memorandum of Law"). Exhibit G consists of a transcript of the November 15, 2011 deposition of

Defendant James Cook in the case *Michael J. Goodman and Linda Brown, Individually and on behalf of all others similarly situated, v. Genworth Financial Wealth Management, Inc., Genworth Financial, Inc., and Gurinder S. Ahluwahlia,* Civ. No. 09-5603 (E.D.N.Y) ("*Goodman* Case");

- Exhibit H to the Memorandum of Law, which consists of a transcript of the November 10, 2011 deposition of Defendant Timothy McFadden in the *Goodman* Case;

- Exhibit I to the Memorandum of Law, which consists of several exhibits reflecting Genworth internal and confidential documents that were shown to Defendants Cook and McFadden at their respective depositions in the *Goodman* case;

- Exhibit J to the Memorandum of Law, which consists of an exhibit containing Genworth's confidential information, marked at the deposition of Defendant McFadden in the *Goodman* Case; and

The foregoing documents should be sealed for the following reasons:

1.  These documents were produced or created during discovery in the *Goodman* case and contain Genworth's confidential and proprietary information, including information about Genworth's internal processes and its clients.  In order to protect the proprietary and confidential interests of the parties in the *Goodman* case, the court in that case has entered a protective order (*Goodman* Dkt. 45) that places strict limits on the dissemination to third parties,

and specifically to Defendants in this action, of information designated "confidential" in the *Goodman* case.

2.   Here it is necessary for Genworth to file the above-referenced Genworth confidential internal materials with the Court in order to illustrate the course of conduct in which the *Goodman* plaintiffs' counsel have engaged in an effort to end-run this Court's June 10, 2010 injunction, as discussed in the accompanying Memorandum of Law.

3.   There is good cause and a compelling reason to seal the documents. The parties are involved in providing competing investment services, and the disclosure of Genworth's confidential or proprietary information could be highly damaging to it. The protection of this information is a primary purpose of this Court's June 10, 2010 injunction. In addition, the sealed documents are the subject of a protective order entered in the *Goodman* case that prohibits the public dissemination of those documents.

4.   Sealing the documents is narrowly tailored to the interests of protecting the parties' confidential and proprietary information. Related exhibits not containing the protected information will be electronically filed, unsealed, on the Court's docket.

Dated:  Hartford, Connecticut
        November 18, 2011

                                        Respectfully Submitted,

                                        s/_____
                                        Eric W. Wiechmann (CT 04331)
                                        Elizabeth M. Smith (CT 19808)
                                        ewiechmann@mccarter.com
                                        esmith@mccarter.com
                                        McCARTER & ENGLISH, LLP
                                        City Place I, 185 Asylum Street
                                        Hartford, Connecticut 06103-3495
                                        Tele: 860-275-6763
                                        Fax: 860-560-5970

SNR DENTON US LLP
Reid L. Ashinoff  *(admitted phv)*
Sandra D. Hauser *(admitted phv)*
Brendan E. Zahner *(admitted phv)*
1221 Avenue of the Americas
New York, NY 10020
reid.ashinoff@snrdenton.com
sandra.hauser@snrdenton.com
brendan.zahner@snrdenton.com
Tele: (212) 768-6700
Fax: (212) 768-6800

*Counsel for Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia*

10471741

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have caused to be served a true and correct copy of the foregoing document on this 18th day of November, 2011 via electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

In addition, I have caused to be served a true and correct copy of the foregoing document on this 18th day of November, 2011 via e-mail and Federal Express on the following:

>James E. Tullman, Esq.
>Weiss & Lurie
>1500 Broadway, 16th Fl.
>New York, NY  10036
>
>David C. Katz, Esq.
>Weiss & Lurie
>1500 Broadway, 16th Fl.
>New York, NY  10036
>
>Weiss & Lurie
>1500 Broadway, 16th Fl.
>New York, NY  10036
>
>Jeffrey K. Brown, Esq.
>Leeds, Morelli & Brown, P.C.
>One Old Country Road, Suite 347
>Carle Place, NY  11514
>
>Rick Ostrove, Esq.
>Leeds, Morelli & Brown, P.C.
>One Old Country Road, Suite 347
>Carle Place, NY  11514

Lenard Leeds, Esq.
Leeds, Morelli & Brown, P.C.
One Old Country Road, Suite 347
Carle Place, NY  11514

Leeds, Morelli & Brown, P.C.
One Old Country Road, Suite 347
Carle Place, NY  11514


/s/_____
Elizabeth M. Smith (CT 19808)