UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC<br><br>Defendants.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC<br><br>Third-Party Plaintiffs,<br>vs.<br><br>GURINDER AHLUWALIA<br><br>Third-Party Defendant. | Civil Action No. 3:09-CV-01521-PCD<br><br><br><br><br><br><br><br>NOVEMBER 29, 2011 |

## DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Federal Rule of Civil Procedure 26(c) and Connecticut Local Rule 5(e), Defendants and Third-Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera, and TJT Capital Group, LLC. (collectively "Defendants"), hereby move for permission to file an exhibit under seal.

The document subject to this Motion is Exhibit B to Defendants' Memorandum in Response to Plaintiff's Motion to Enforce Preliminary Injunction. The exhibit consists of an arbitration demand filed with the Financial Industry Regulatory Authority ("FINRA").

Defendants submit that there is good cause to seal the exhibit because documents in FINRA Dispute Resolution Arbitrations are confidential and not subject to public disclosure. Thus, the document, consisting of the arbitration demand, should be filed under seal.

WHEREFORE, Defendants respectfully request that their Motion to Seal the referenced exhibit related to Defendants' Memorandum in Response to Plaintiff's Motion to Enforce Preliminary Injunction be granted, and that Exhibit B should be placed under seal for court review only.

Respectfully submitted,

DEFENDANTS TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC

AND

THIRD-PARTY PLAINTIFFS TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN AND TJT CAPITAL GROUP, LLC

By:     /s/ Ka Fei Wong
David P. Friedman (ct03558)
dfriedman@murthalaw.com
Ka Fei Wong (ct28130)
kwong@murthalaw.com
Murtha Cullina, LLP
177 Broad Street
Stamford, Connecticut 06901
Phone: 203-653-5400
Fax: 203-653-5444

## CERTIFICATION

I hereby certify that on November 29, 2011, a copy of the foregoing Defendants' Motion for Leave to File Under Seal was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

By   /s/ Ka Fei Wong
Ka Fei Wong (ct28130)