UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC, <br><br> Defendants. <br><br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> GURINDER AHLUWALIA, <br><br> Third-Party Defendant. | Civil Action No. 3:09-CV-1521-(PCD) <br><br> **MOTION TO SEAL EXHIBIT TO GENWORTH'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION TO ENFORCE THIS COURT'S JUNE 10, 2010 INJUNCTION WITH RESPECT TO THE DEPOSITIONS OF THE TJT DEFENDANTS; AND TO ENJOIN THE GOODMAN CASE PLAINTIFFS' COUNSEL FROM SEEKING RELIEF FROM THE INJUNCTION IN ANY OTHER COURT** <br><br><br> December 2, 2011 |

Pursuant to Local Civil Rule 5(e), Plaintiff Genworth Financial Wealth Management, Inc. ("Genworth"), hereby moves for permission to file under seal Exhibit A to Genworth's Reply Memorandum of Law in Further Support of its Motion to Enforce this Court's June 10, 2010 Injunction with Respect to the Depositions of the TJT Defendants; and to Enjoin the Goodman Case Plaintiffs' Counsel from Seeking Relief from the Injunction in Any Other Court (the "Reply Brief"). Exhibit A consists of a transcript of the November 17, 2011 deposition of Defendant Timothy McMullan ("McMullan Transcript") in the case *Michael J. Goodman, et al., v. Genworth Financial Wealth*

*Management, Inc., et al.,* Civ. No. 09-5603 (E.D.N.Y) ("*Goodman* Case"). Genworth respectfully submits that the McMullan Transcript should be sealed for the following reasons:

1. The McMullan Transcript was created during discovery in the *Goodman* Case and refers to Genworth's confidential and proprietary information, including information about Genworth's internal processes and its clients. In order to protect the proprietary and confidential interests of the parties in the *Goodman* Case, the court in that case has entered a protective order (*Goodman* Dkt. 45) that places strict limits on the dissemination to third parties, and specifically to Defendants in this action, of information designated "confidential" in the *Goodman* Case.

2. Here it is necessary for Genworth to file the McMullan Transcript with the Court in order to illustrate the course of conduct in which the *Goodman* plaintiffs' counsel have engaged in an effort to end-run this Court's June 10, 2010 injunction, as discussed in the accompanying Reply Brief.

3. There is good cause and a compelling reason to seal this document. The parties are involved in providing competing investment services, and the disclosure of Genworth's confidential or proprietary information could be highly damaging to it. The protection of this information is a primary purpose of this Court's June 10, 2010 injunction. In addition, the McMullan Transcript is the subject of a protective order entered in the *Goodman* Case that prohibits its public dissemination.

4. Sealing the document is narrowly tailored to the interests of protecting the parties' confidential and proprietary information.

**WHEREFORE,** for all of the foregoing reasons, Genworth respectfully requests that its Motion to Seal be granted.

Dated:  Hartford, Connecticut
        December 2, 2011

                                        Respectfully Submitted,

                                        s/_____
                                        Eric W. Wiechmann (CT 04331)
                                        Elizabeth M. Smith (CT 19808)
                                        ewiechmann@mccarter.com
                                        esmith@mccarter.com
                                        McCARTER & ENGLISH, LLP
                                        City Place I, 185 Asylum Street
                                        Hartford, Connecticut 06103-3495
                                        Tele: 860-275-6763
                                        Fax: 860-560-5970


                                        SNR DENTON US LLP
                                        Reid L. Ashinoff  *(admitted phv)*
                                        Sandra D. Hauser *(admitted phv)*
                                        Brendan E. Zahner *(admitted phv)*
                                        1221 Avenue of the Americas
                                        New York, NY 10020
                                        reid.ashinoff@snrdenton.com
                                        sandra.hauser@snrdenton.com
                                        brendan.zahner@snrdenton.com
                                        Tele: (212) 768-6700
                                        Fax: (212) 768-6800

                                        *Counsel for Plaintiff Genworth Financial Wealth*
                                        *Management, Inc. and Third-Party Defendant Gurinder*
                                        *Ahluwalia*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I have caused to be served a true and correct copy of the foregoing document on this 2nd day of December, 2011 via electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

In addition, I have caused to be served a true and correct copy of the foregoing document on this 2nd day of December, 2011 via e-mail and Federal Express on the following:

James E. Tullman, Esq.
Weiss & Lurie
1500 Broadway, 16th Fl.
New York, NY  10036

David C. Katz, Esq.
Weiss & Lurie
1500 Broadway, 16th Fl.
New York, NY  10036

Weiss & Lurie
1500 Broadway, 16th Fl.
New York, NY  10036

Jeffrey K. Brown, Esq.
Leeds, Morelli & Brown, P.C.
One Old Country Road, Suite 347
Carle Place, NY  11514

Rick Ostrove, Esq.
Leeds, Morelli & Brown, P.C.
One Old Country Road, Suite 347
Carle Place, NY  11514

Lenard Leeds, Esq.
Leeds, Morelli & Brown, P.C.
One Old Country Road, Suite 347
Carle Place, NY  11514

Leeds, Morelli & Brown, P.C.
One Old Country Road, Suite 347
Carle Place, NY  11514


/s/ _____
Elizabeth M. Smith (CT 19808)