UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC,<br><br>    Defendants. | Civil Action No. 3:09-CV-1521-(PCD) |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>GURINDER AHLUWALIA,<br><br>    Third-Party Defendant. | DECEMBER 8, 2011 |

**JOINT MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES**

  Plaintiff/Third-Party Defendant Genworth Financial Wealth Management, Inc., Third-Party Defendant Gurinder Ahluwalia, and Defendants/Third-Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera, and TJT Capital Group, LLC, hereby jointly move for an order extending the deadlines established in the Court's November 17, 2010 Scheduling Order (the "Scheduling Order") (Doc. No. 139) for the submission of the parties' Joint Trial Memorandum and the scheduling of a jury trial in this matter.

The current Scheduling Order, which was entered by the Honorable Vanessa L. Bryant, U.S.D.J., directed that discovery was to be completed by April 5, 2011, that dispositive motions were to be filed by May 4, 2011, and that if dispositive motions were filed, the Joint Trial Memorandum would be due by December 15, 2011 and a jury trial would begin on February 7, 2012.  (See Doc. # 139).

Subsequently, the case was transferred from Judge Bryant's docket to the docket of the Honorable Peter C. Dorsey, U.S.D.J., and the parties jointly moved for an extension of the deadline for filing dispositive motions.  The Court granted the parties' motion and extended the deadline for filing dispositive motions to July 8, 2011 (Doc. No. 194).  The parties' motion for extension of time and the Court's Order did not, however, address the deadline for the submission of the Joint Trial Memorandum or the scheduled trial date.  Those deadlines are now approaching.

Good cause exists for extending the deadlines for submission of the Joint Trial Memorandum and the trial date to provide sufficient time for the Court to consider and rule on the pending summary judgment motions, the outcome of which may narrow or eliminate some or all of the issues to be tried.  Accordingly, the parties respectfully request that the deadline for submission of their Joint Trial Memorandum be extended to May 16, 2012, and that the date for jury selection and trial be continued to on or about July 10, 2012.

WHEREFORE, for all of the foregoing reasons, the parties respectfully request that their Joint Motion for Extension of Case Management Deadlines be granted.

| | |
|---|---|
| /s/     Elizabeth M. Smith<br>Eric W. Wiechmann (ct04331)<br>Elizabeth M. Smith (ct19808)<br>ewiechmann@mccarter.com<br>esmith@mccarter.com<br>MCCARTER & ENGLISH, LLP<br>City Place I, 185 Asylum Street<br>Hartford, Connecticut 06103-3495<br>Tele: 860-275-6700<br>Fax: 860-724-3397<br><br>SNR DENTON US LLP<br>Reid L. Ashinoff  (admitted phv)<br>Brendan E. Zahner (admitted phv)<br>reid.ashinoff@snrdenton.com<br>brendan.zahner@snrdenton.com<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Tele: (212) 768-6700<br>Fax: (212) 768-6800<br><br>*Counsel for Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia* | /s/     David P. Friedman<br>David P. Friedman (ct03558)<br>dfriedman@murthalaw.com<br>MURTHA CULLINA LLP<br>177 Broad Street<br>Stamford, CT 06901<br>Tele:  (203) 653-5400<br>Fax:  (203)653-5444<br><br>STARK & STARK, PC<br>Paul A. Lieberman (*admitted phv*)<br>993 Lenox Drive, Bldg. 2<br>Princeton, New Jersey 08543-5315<br>Tele:  (609) 895-7321<br>Fax:  (609) 895-7395<br><br>*Counsel for the Defendants, Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I have caused to be served a true and correct copy of the foregoing document on this 8th day of December, 2011, via electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

                                                /s/  Elizabeth M. Smith
                                                  Elizabeth M. Smith

10473536