UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC, <br><br> Defendants. | Civil Action No. 3:09-CV-1521 |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> GURINDER AHLUWALIA, <br><br> Third-Party Defendant. | January 25, 2012 |

**STATUS REPORT CONCERNING**
**THIS COURT'S JUNE 10, 2010 INJUNCTION**

Plaintiff/Third-Party Defendant Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia ("Plaintiffs") write to alert the Court that Magistrate Judge Brown of the Eastern District of New York issued a Memorandum and Order yesterday concerning this Court's June 10, 2010 injunction (Dkt. 101) (the "Injunction") and its effect on testimony by the Defendants before this Court. That Memorandum and Order is attached to this Status Report as Exhibit A.

Plaintiffs believe the Memorandum and Order contradicts the letter, intent and spirit of the Injunction, for the reasons explained in our brief to the Eastern District of New York, which is attached as Exhibit B.

In light of this development, Plaintiffs respectfully renew the request of both parties to this action that the Court rule expeditiously on Plaintiffs' motion (Dkt. 235) concerning enforcement of the Injunction, which is fully briefed and *sub judice*.

/s/     Reid L. Ashinoff
Eric W. Wiechmann (ct04331)
Elizabeth M. Smith (ct19808)
ewiechmann@mccarter.com
esmith@mccarter.com
MCCARTER & ENGLISH, LLP
City Place I, 185 Asylum Street
Hartford, Connecticut 06103-3495
Tele: 860-275-6700
Fax: 860-724-3397

SNR DENTON US LLP
Reid L. Ashinoff  *(admitted phv)*
Brendan E. Zahner *(admitted phv)*
reid.ashinoff@snrdenton.com
brendan.zahner@snrdenton.com
1221 Avenue of the Americas
New York, NY 10020
Tele: (212) 768-6700
Fax: (212) 768-6800

*Counsel for Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have caused to be served a true and correct copy of the foregoing document and all exhibits thereto on this 25th day of January, 2012, via electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

        /s/  Joshua Kroot_____
        Joshua Kroot