**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH ) <br> MANAGEMENT, INC. ) <br> ) <br>               Plaintiff, ) <br> vs. ) <br> ) <br> TIMOTHY MCMULLAN, JAMES ) <br> COOK, TIMOTHY MCFADDEN, ) <br> KAREN BAZON, TAMARA RIVERA ) <br> AND TJT CAPITAL GROUP, LLC ) <br> ) <br>               Defendants. ) <br> _____ ) <br> ) <br> TIMOTHY MCMULLAN, JAMES ) <br> COOK, TIMOTHY MCFADDEN, AND ) <br> TJT CAPITAL GROUP, LLC ) <br> ) <br> Third-Party Plaintiffs, ) <br> vs. ) <br> ) <br> GURINDER AHLUWALIA ) <br> ) <br> Third-Party Defendant. ) | Civil Action No. 3:09-CV-01521-PCD <br><br><br><br><br><br><br><br><br><br><br><br> JANUARY 26, 2012 |

### DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Federal Rule of Civil Procedure 26(c) and Connecticut Local Rule 5(e), Defendants and Third-Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera, and TJT Capital Group, LLC (collectively "Defendants"), hereby move for permission to file exhibits under seal.

The documents subject to this Motion are Exhibits A and B to Defendants' Response to Status Report. The exhibits consist of letters from an arbitration filed with the Financial Industry Regulatory Authority ("FINRA").

Defendants submit that there is good cause to seal the exhibit because documents in FINRA Dispute Resolution Arbitrations are confidential and not subject to public disclosure. Thus, the documents, consisting of letters regarding the appointment of an arbitration panel and discovery, should be filed under seal.

WHEREFORE, Defendants respectfully request that their Motion to Seal the referenced exhibits related to Defendants' Response to Status Report be granted, and that Exhibits A and B should be placed under seal for court review only.

-3-

Respectfully submitted,

DEFENDANTS TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC

AND

THIRD-PARTY PLAINTIFFS TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN AND TJT CAPITAL GROUP, LLC

By:    */s/ Ka Fei Wong*
       David P. Friedman (ct03558)
       dfriedman@murthalaw.com
       Ka Fei Wong (ct28130)
       kwong@murthalaw.com
       Murtha Cullina, LLP
       177 Broad Street
       Stamford, Connecticut  06901
       Phone:  203-653-5400
       Fax:  203-653-5444

CERTIFICATION

I hereby certify that on January 26, 2012, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

By    /s/ Ka Fei Wong
Ka Fei Wong (ct28130)