# EXHIBIT 1

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     DISTRICT OF CONNECTICUT
 3   --------------------------------x
     GENWORTH FINANCIAL WEALTH
 4   MANAGEMENT, INC.,
              Plaintiff,
 5   vs.                        CIVIL ACTION NO.:
     TIMOTHY McMULLAN, JAMES   3:09-cv-1521(VLB)
 6   COOK, TIMOTHY McFADDEN,
     KAREN BAZON, TAMARA RIVERA
 7   and TJT CAPITAL GROUP, LLC,
              Defendants.
 8   --------------------------------x
     TIMOTHY McMULLAN, JAMES COOK,
 9   TIMOTHY McFADDEN, and TJT
     CAPITAL GROUP, LLC,
10            Third-Party Plaintiffs,
     vs.
11   GURINDER AHLUWALIA,
              Third-Party Defendant.
12   --------------------------------x
                    March 17, 2011
13                  9:59 a.m.
14
15      DEPOSITION of ALEXANDER OVERKAMP,
16   taken by Defendants and Third-Party
17   Plaintiffs, pursuant to Federal Rules of
18   Civil Procedure, at the offices of SNR
19   Denton US LLP, 1221 Avenue of the
20   Americas, New York, New York, before Amy
21   Klein Campion, a Shorthand Reporter and
22   Notary Public within and for the State of
23   New York.
24
25
```

Page 15

1                    A. Overkamp

2     call A-C-T, or ACT System?

3         A.       Correct.

4         Q.       That ACT System allows you to

5     access historical or legacy information

6     about the client?

7         A.       Well, primarily it's

8     conversations, is what's listed in ACT.

9         Q.       Those --

10        A.       There's no historical account

11    values or anything like that in there.

12        Q.       When you say it's

13    "conversations," can you flesh that out a

14    little bit more for us?

15        A.       Well, you'd put notes in there.

16                 Different people do it in

17    different ways.

18                 I mean, there was never anything

19    designated as to how you have to take

20    notes in ACT.

21                 You know, it might say George

22    needed a $10,000 withdrawal.

23                 Other people may put more notes

24    in there.  They may put personal things

25    about the client so they can remember

1

2                    CERTIFICATION

3

4      I, AMY KLEIN CAMPION, a Notary Public

5    for and within the State of New York, do

6    hereby certify:

7      That the witness whose testimony as

8    herein set forth, was duly sworn by me;

9    and that the within transcript is a true

10   record of the testimony given by said

11   witness.

12     I further certify that I am not

13   related to any of the parties to this

14   action by blood or marriage, and that I am

15   in no way interested in the outcome of

16   this matter.

17     IN WITNESS WHEREOF, I have hereunto

18   set my hand this 28th day of March, 2011.

19

20        _____

21              AMY KLEIN CAMPION

22

23

24

25