# EXHIBIT 4

Transcript of February 17, 2010 phone conversation between Jeff Joseph and Dr. B

Pat: Hello

Jeff: Hey Pat, it's Jeff Joseph from Genworth Financial on a recorded line, how are you doing?

Pat: Not to good Jeff. I just looked at this information about this class-action suit and it's really troubling me. I didn't know Brinker wasn't working with Genworth anymore.

Jeff: Who said that?

Pat: Tim McMullan

Jeff: He actually said Brinker (interrupted)

Pat: On Brinkers website he doesn't recommend Genworth any longer and my statements should have Brinker in the title and I'm not sure if they do or not. I'm at the office. I have a earthtime.org release that he sent that Genworth is involved in a class-action as a defendant.

Jeff: That is true. I can't comment on it but Genworth will vigorously defend it (interrupted)

Pat: Alright, I got to go back and look at my statements and see if Brinker's name is on those statements. If you all were using my money to invest in a portfolio that wasn't recommended by Brinker, I will become a plaintiff in this case.

Jeff: Of course, I would agree with you (interrupted)

Pat: And I will call the attorney Jeff Brown and find out what this case is all about because this is bullshit that causes this country (couldn't understand the rest)

Jeff: I would agree with you. Do me a favor, go look at your statements. On one of your titles that I am looking at now it says Brinker Long Term Growth.

Pat: Ok

Jeff: Just to let you know Pat, Brinker has re-signed his advisory contract with us as of the middle of last year to the middle of 2011. So he has an advisory contract with us.

Pat: Alright. I need you to send me a statement signed saying that. I want that in writing.

Jeff: That he has a contract?

Pat: Yeah. I want you to verify that in writing to me.

Jeff: Yeah, no problem.

Pat: And you can appreciate why I need this

Jeff: I appreciated it. We have a good relationship for a long-time and I appreciate you calling me because that is what you should do and discuss it with me. Just be cautious.

Pat: Tim McMullan said he is working with Brinker now its TLT or whatever, this is what he is saying and he sent me the earthworks.rog site that goes over all this. It's on the internet.

Jeff: That's fine but I want you to understand that Brinker and I will get you that signed letter has an advisory contract with us and remember that because that is critical for you because that is what you came to us for and that you are following Brinker which you are.

Pat: Ok

Jeff: He has that advisory contract

Pat: Would you overnight that to me?

Jeff: We have one that's dated buy in August (disconnected)

Pat: If you could get that as soon as possible to me