# EXHIBIT 5

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2               DISTRICT OF CONNECTICUT
 3
 4  ------------------------------------
    GENWORTH FINANCIAL WEALTH           )
 5  MANAGEMENT INC.,                    )
                                        )
 6              Plaintiff,              )
                                        )
 7         vs.                          ) Civil Action No.
                                        )
 8  TIMOTHY MCMULLAN, JAMES COOK,       ) 3:09-cv-1521(VLB)
    TIMOTHY MCFADDEN, KAREN BAZON,      )
 9  TAMARA RIVERA and TJT CAPITAL       )
    GROUP, LLC,                         )
10                                      )
              Defendants.               )
11  ------------------------------------
    TIMOTHY MCMULLAN, JAMES COOK,       )
12  TIMOTHY MCFADDEN and TJT CAPITAL    )
    GROUP, LLC,                         )
13                                      )
          Third-Party Plaintiffs,       )
14                                      )
              vs.                       )
15                                      )
    GURINDER AHLUWALIA,                 )
16                                      )
          Third-Party Defendant.        )
17  ------------------------------------
18
19     RULE 30(b)(6) DEPOSITION of JOHN MURRAY, taken at
20  15433 Ventura Boulevard, Sherman Oaks, California,
21  commencing at 9:04 A.M., Tuesday, March 29, 2011,
22  before Ricki Q. Melton, CSR 9400, RPR 45429.
23
24
25
```

1  application. So in the case of TNET, there's
2  another separate password for TNET, and then within
3  the application, there's a role-based distinction
4  as to who can do what based on their role.
5           So to give you a relevant example, I don't
6  have a log-in for TNET because my role doesn't
7  require me to use that system.
8           In the case of the Private Client Group,
9  there are five different levels of access within
10 TNET, and the folks in the Private Client Group
11 have the two lowest levels, either level 1 or level
12 2. So, for example, a member of the Private Client
13 Group could not execute a trade in TNET because
14 it's not related to their role.
15          So to come back to your question, after
16 you have passed through those multiple levels, if
17 the role that you hold in the company would require
18 you to have access to that information, then it's
19 provided, and that would be the primary method of
20 controlling information is only those persons
21 entrusted with responsibility and with a need to
22 have the information would have access to it.
23     Q.   All right. Let's just go back for a
24 second to the physical security.
25     A.   Uh-huh.

Page 256

```
 1    STATE OF CALIFORNIA    ) ss:
 2    COUNTY OF LOS ANGELES  )
 3
 4       I, RICKI Q. MELTON, CSR No. 9400, RPR No. 45429,
      do hereby certify:
 5
         That the foregoing deposition testimony of
 6    JOHN MURRAY was taken before me at the
      time and place therein set forth, at which time the
 7    witness was placed under oath and was sworn by me to
      tell the truth, the whole truth, and nothing but the
 8    truth;
 9       That the testimony of the witness and all objections
      made by counsel at the time of the examination were
10    recorded stenographically by me and were thereafter
      transcribed under my direction and supervision, and
11    that the foregoing pages contain a full, true, and
      accurate record of all proceedings and testimony to
12    the best of my skill and ability.
13       I further certify that I am neither counsel for
      any party to said action nor am I related to any
14    party to said action, nor am I in any way interested
      in the outcome thereof.
15
16
17       IN WITNESS WHEREOF, I have subscribed my name
      this 8th day of April, 2011.
18
19
20
21
22
23          _____
24             RICKI Q. MELTON, C.S.R. No. 9400
25
```