UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC. | ) ) ) | |
| Plaintiff, | ) | |
| vs. | ) ) | |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC | ) ) ) ) ) ) | Civil Action No. 3:09-CV-01521-PCD |
| Defendants. | ) ) | |
| _____ | ) ) | |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC | ) ) ) ) | |
| Third-Party Plaintiffs, | ) | FEBRUARY 15, 2012 |
| vs. | ) ) | |
| GURINDER AHLUWALIA | ) ) | |
| Third-Party Defendant. | ) | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Federal Rule of Civil Procedure 26(c) and Connecticut Local Rule 5(e), Defendants and Third-Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera, and TJT Capital Group, LLC. (collectively "Defendants"), hereby move for permission to file an exhibit under seal.

-2-

      The document subject to this Motion is Exhibit 3 to Defendants' Reply to Response to Defendants' Motion to Clarify Prior Rulings.  The exhibit consists of excerpts from a transcript of a deposition taken for an action in the United States District Court for the Eastern District Court of New York that the Plaintiff in this action has requested be marked "Attorneys Eyes Only".  Without conceding the appropriateness of an "Attorneys Eyes Only" designation of a transcript of a deposition of a defendant – which would serve to preclude the deponent from reviewing his own deposition transcript – Defendants submit that there is good cause to seal the exhibit because Plaintiff in this action requested the designation of "Attorneys Eyes Only" for the transcript and the document has been so marked at this stage.  Thus, the document should be filed under seal.

      WHEREFORE, Defendants respectfully request that their Motion to Seal the referenced exhibit related to Defendants' Reply to Response to Defendants' Motion to Clarify Prior Rulings be granted, and that Exhibit 3 should be placed under seal for court review only.

Respectfully submitted,

DEFENDANTS TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC

AND

THIRD-PARTY PLAINTIFFS TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN AND TJT CAPITAL GROUP, LLC

By:   /s/ Ka Fei Wong
David P. Friedman (ct03558)
dfriedman@murthalaw.com
Ka Fei Wong (ct28130)
kwong@murthalaw.com
Murtha Cullina, LLP
177 Broad Street
Stamford, Connecticut  06901
Phone: 203-653-5400
Fax: 203-653-5444

## CERTIFICATION

     I hereby certify that on February 15, 2012, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

                            By     */s/ Ka Fei Wong*
                                       Ka Fei Wong (ct28130)