UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL : | |
| WEALTH MANAGEMENT, INC. : | CIVIL ACTION NO. |
|     Plaintiff, : | 3:09-CV-1521 (JCH) |
| : | |
| v. : | |
| : | FEBRAURY 22, 2012 |
| TIMOTHY MCMULLAN ET AL., : | |
|     Defendants. : | |

### ORDER TO SHOW CAUSE

Plaintiff is hereby ordered to show why Exhibit Three to defendants' Reply to Response to Defendants' Motion to Clarify Prior Rulings (Doc. No. 271) should be sealed in whole or in part.  See Motion to Seal (Doc. No. 272).  Plaintiff must file a response to this Order by March 8, 2012.

**SO ORDERED.**

Dated at Bridgeport, Connecticut, this 22nd day of February, 2012.

                                        /s/ Janet C. Hall
                                  Janet C. Hall
                                  United States District Judge