# STARK & STARK
A PROFESSIONAL CORPORATION

PAUL A. LIEBERMAN
DIRECT DIAL NUMBER
609-895-7277
DIRECT FAX NUMBER
609-895-7395
E-MAIL
plieberman@stark-stark.com

ATTORNEYS AT LAW

OFFICE: 993 LENOX DRIVE  LAWRENCEVILLE, NJ  08648-2389

MAILING: PO BOX 5315  PRINCETON, NJ  08543-5315

609-896-9060 (PHONE)   609-896-0629 (FAX)

WWW.STARK-STARK.COM

May 14, 2012

**_Via Email & Regular Mail_**
Clerk
United States District Court
District of Connecticut
450 Main Street
Hartford, CT  06013

  Re: **Genworth Financial Wealth Management, Inc. v. Timothy McMullan, et al.**
    **Docket No. 09-CV-1521**

Dear Sir/Madam:

Enclosed for filing, please find an original and one copy of our Motion to Withdraw as Counsel. Kindly return the conformed copy in the self-addressed stamped envelope provided.  By copy of this letter, I am serving same upon all parties.

Very truly yours,

STARK & STARK
A Professional Corporation

By: _/s/ Paul A. Lieberman_
  PAUL A. LIEBERMAN
PAL/lmb
Enclosures
 c: Mitchell L. Fishberg, Esquire (w/encs.)(via email & regular mail)
   Reid L. Ashinoff, Esquire (w/encs.)(via email & regular mail)
   David Friedman, Esquire (w/encs.)(via email & regular mail)
   TJT Capital Group, LLC
    Attn: Timothy McMullan (w/encs.)(via certified mail)
    Attn: James Cook (w/encs.)(via certified mail)
    Attn: Timothy McFadden (w/encs.)(via certified mail)
    Attn: Karen Bazon (w/encs.)(via certified mail)
    Attn: Tamara Rivera (w/encs.)(via certified mail)

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

GENWORTH FINANCIAL WEALTH
MANAGEMENT, INC.

      Plaintiff,

vs.

TIMOTHY MCMULLAN, JAMES
COOK, TIMOTHY MCFADDEN,
KAREN BAZON, TAMARA RIVERA
AND TJT CAPITAL GROUP, LLC

      Defendants.

Civil Action No. 3:09-CV-01521-VLB

TIMOTHY MCMULLAN, JAMES
COOK, TIMOTHY MCFADDEN, AND
TJT CAPITAL GROUP, LLC

      Third-Party Plaintiffs,

vs.

GURINDER AHLUWALIA

      Third-Party Defendant.

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 7(e), the undersigned attorneys, Paul A. Lieberman, Amy Beth Dambeck and Thomas B. Lewis, each a shareholder of Stark & Stark, P.C., respectfully request that they be permitted to withdraw as counsel for the Defendants Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC and Third Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden and TJT Capital Group, LLC in the above-captioned matter.

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

In support of this Motion, undersigned counsel represent that Attorney David P. Friedman of Murtha Cullina, LLP has appeared in this case on behalf of Defendants and Third Party Plaintiffs, and will continue to represent them in this matter.

In further support of this motion, the undersigned states that Defendants and Third Party Plaintiffs have been advised of, and consent to, this Motion to Withdraw, and will be served with a copy of the Motion in accordance with Local Rule 7(e).

Dated this 14th day of May, 2012.

By    /s/ Paul A. Lieberman
Paul A. Lieberman (pro hac vice)
Stark & Stark, PC
993 Lenox Drive, Bldg 2
Post Office Box 5315
Princeton, New Jersey 08543-5315
Tele:  (609) 219-7321
Fax:   (609) 895-7395
plieberman@stark-stark.com

By    /s/ Amy Beth Dambeck
Amy Beth Dambeck (pro hac vice)
Stark & Stark, PC
993 Lenox Drive, Bldg 2
Post Office Box 5315
Princeton, New Jersey 08543-5315
Tele:  (609) 219-7321
Fax:   (609) 895-7395
adambeck@stark-stark.com

By    /s/ Thomas B. Lewis
Thomas B. Lewis (pro hac vice)
Stark & Stark, PC
993 Lenox Drive, Bldg 2
Post Office Box 5315
Princeton, New Jersey 08543-5315
Tele:  (609) 219-7321
Fax:   (609) 895-7395
tlewis@stark-stark.com

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

## CERTIFICATION OF SERVICE

I hereby certify that on May 14, 2012, a copy of the forgoing Motion to Withdraw was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I further certify that on May 14, 2012, actual notice of this Motion to Withdraw has been served on Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera and TJT Capital Group, LLC by certified mail, in accordance with Local Rule 7(e).

By    */s/ Paul A. Lieberman*
      Paul A. Lieberman (pro hac vice)

STARK & STARK
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315