UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC,<br><br>Defendants. | Civil Action No. 3:09-CV-1521-(JCH) |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>GURINDER AHLUWALIA,<br><br>Third-Party Defendant. | June 7, 2012 |

### REPLY TO DEFENDANT'S MEMORANDUM IN OPPOSITION TO GENWORTH'S MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM

Plaintiff Genworth Financial Wealth Management, Inc., and Third-Party Defendant Gurinder Ahluwalia (collectively, "Genworth"), hereby file this Reply in response to Defendant's Memorandum In Opposition (Doc. No. 288) and in further support of Genworth's Motion for Extension of Time to File Joint Trial Memorandum.

Defendants' refusal to agree to Genworth's request for any extension of time to prepare and submit the Joint Trial Memorandum ("JTM") and other pre-trial filings

currently due in two and a half weeks is gamesmanship for no useful purpose. Their response ignores or fails to apprise the Court of the following facts pertinent to Genworth's extension request:

1.   There is no trial date set yet for this case;

2.   It is not feasible to go forward with trial prior to October of this year, given both sides' lead counsel's pre-planned vacation schedules.

3.   Defendants' counsel indicated to Genworth's counsel that he is not available for trial in August, but fails to so inform the Court.

4.   Given the current circumstances, it is more practical for the parties to submit the JTM and other pre-trial materials closer to the scheduled trial date, once that date is set for a time that works for the parties, counsel and the Court.

5.   With regard to the *Goodman* case in the Eastern District of New York, Defendants' counsel has offered deposition dates for the Principal Defendants during the last week of June, and Plaintiffs in the *Goodman* case are pressing to commence taking those depositions before the end of June -- during the exact period of time when work on the JTM and other pre-trial materials here would be most intense under the current July 2 deadline.

6.   Defendants' counsel has not yet communicated with Genworth about any proposed stipulated facts or other content that the parties are required to agree upon for purposes of the JTM.

For these reasons in addition to those set forth in its Motion, Genworth respectfully requests that its Motion for Extension of Time to File Joint Trial Memorandum be granted.

Dated:  June 12, 2012                    Respectfully submitted,

/s/     Elizabeth M. Smith
Eric W. Wiechmann (ct04331)
Elizabeth M. Smith (ct19808)
ewiechmann@mccarter.com
esmith@mccarter.com
MCCARTER & ENGLISH, LLP
City Place I, 185 Asylum Street
Hartford, Connecticut 06103-3495
Tele: 860-275-6700
Fax: 860-724-3397

SNR DENTON US LLP
Reid L. Ashinoff  *(admitted phv)*
Brendan E. Zahner *(admitted phv)*
reid.ashinoff@snrdenton.com
brendan.zahner@snrdenton.com
1221 Avenue of the Americas
New York, NY 10020
Tele: (212) 768-6700
Fax: (212) 768-6800

*Counsel for Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have caused to be served a true and correct copy of the foregoing document on this 12th day of June, 2012, via electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/  Elizabeth M. Smith
Elizabeth M. Smith