Exhibit 5

The parties' agreed statement of stipulated facts.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC | ) ) ) ) ) ) | Civil Action No. 3:09-CV-01521-JCH |
| Defendants. _____ | ) ) ) | |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC | ) ) ) ) | |
| Third-Party Plaintiffs, | ) | July 25, 2012 |
| vs. | ) ) | |
| GURINDER AHLUWALIA | ) ) | |
| Third-Party Defendant. | ) | |

## STIPULATION OF UNDISPUTED FACTS

1. Genworth Financial Wealth Management, Inc. ("Genworth") is a registered investment advisor. The Private Client Group ("PCG") is a division of Genworth.

2. Timothy McFadden began working for a money management business co-owned by Robert Brinker and Sheldon Jacobs called The BJ Group in 1996.

3. James Cook began working for The BJ Group in 1999.

4. The BJ Group was sold in 2000 for 12 million dollars to Centurion Capital Management Corp. ("Centurion").

5. Centurion was sold to General Electric in 2001.

6. In 2004, Genworth was spun off from General Electric.

7. Timothy McMullan began working at Genworth in the PCG in July 2004.

8. Mr. McMullan served as head of the PCG from mid 2004 until June 2009.

9. Karen Bazon began working at Genworth in 2004.  Ms. Bazon's role was to provide support/secretarial services to the PCG.

10. Tamara Rivera began working at Genworth in 2008.  Ms. Rivera's role was to provide support/secretarial services to the PCG.

11. Mr. McMullan's last day of employment with Genworth was June 29, 2009.

12. Mr. McFadden's last day of employment with Genworth was August 4, 2009.

13. Mr. Cook's last day of employment with Genworth was July 29, 2009.

14. Ms. Rivera's last day of employment with Genworth was July 29, 2009.

15. Ms. Bazon's last day of employment with Genworth was August 7, 2009.

Respectfully Submitted,

DEFENDANTS - TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC

AND

THIRD-PARTY PLAINTIFFS TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN AND TJT CAPITAL GROUP, LLC

By:   */s/ David P. Friedman*
David P. Friedman (ct03558)
dfriedman@murthalaw.com
Murtha Cullina, LLP
177 Broad Street
Stamford, Connecticut  06901
Phone:  203-653-5400
Fax:     203-653-5444

/s/ Reid Ashinoff
SNR DENTON US LLP
Reid L. Ashinoff  *(admitted phv)*
Sandra D. Hauser *(admitted phv)*
Brendan E. Zahner *(admitted phv)*
1221 Avenue of the Americas
New York, NY 10020
reid.ashinoff@snrdenton.com
sandra.hauser@snrdenton.com
brendan.zahner@snrdenton.com
Tele: (212) 768-6700
Fax: (212) 768-6800

Eric W. Wiechmann (CT 04331)
Elizabeth M. Smith (CT 19808)

-4-

ewiechmann@mccarter.com
esmith@mccarter.com
McCARTER & ENGLISH, LLP
City Place I, 185 Asylum Street
Hartford, Connecticut 06103-3495
Tele: 860-275-6763
Fax: 860-560-5970

*Counsel for Plaintiff Genworth Financial
Wealth Management, Inc. and Third-Party
Defendant Gurinder Ahluwalia*

## CERTIFICATION

I hereby certify that on July 25, 2012, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

By   */s/ David P. Friedman*
     David P. Friedman (ct03558)