

SNR Denton US LLP
1221 Avenue of the Americas
New York, NY 10020-1089 USA

Reid L. Ashinoff
reid.ashinoff@snrdenton.com
D  +1 212 768 6730
T  +1 212 768 6700
F  +1 212 768 6800
snrdenton.com

August 9, 2012

**BY ECF**

The Honorable Janet C. Hall
United States District Judge
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard - Suite 417
Bridgeport, Connecticut 06604

Re:   Genworth Financial Wealth Mgmt. Inc. v. McMullan et al., 3:09-cv-01521-JCH

Dear Judge Hall:

We represent the Plaintiffs in the above-referenced action.  In accordance with Your Honor's July 30, 2012 Notice (Doc. No. 305), we are writing to update the Court regarding the status of the confidentiality agreement Plaintiffs have attempted to negotiate governing the FINRA arbitration.  As of the date of this letter, Plaintiffs' counsel has executed the form of agreement Your Honor ordered on July 30.  Defendant McMullan is expected to execute the agreement shortly.  Neither Defendant McFadden, nor counsel for the FINRA Claimants, have indicated that they will execute the agreement.

On Monday, August 6, 2012, Plaintiffs circulated for all FINRA parties' signatures a revised confidentiality agreement containing only the change this Court ordered.  (Ex. A)

On Tuesday, August 7, 2012, Defendants McFadden and McMullan sent separate emails disputing that the draft circulated by Plaintiffs comported with the July 30 Notice.  (Ex. B-D)  Plaintiffs responded the same day, explaining that the only alteration contained in the order Plaintiffs circulated was the alteration directed by this Court.  (Ex. B, D)

On Wednesday, August 8, 2012, having received no response, Plaintiffs again requested that all FINRA parties execute the confidentiality agreement before close of business the following day.  (Ex. E)

Late this afternoon, August 9, 2012, Defendant McMullan proposed to insert the bolded words below into paragraph six of the agreement:

> All Confidential Information produced hereunder shall be retained in the possession and control of **the party or** counsel receiving such Confidential Information.

(Ex. F) (emphasis added)  Plaintiffs' counsel agreed to this change and circulated a revised draft for Defendants McMulllan and McFadden's and FINRA Claimants' counsel Ryan's signatures.  (*Id.*)  After close of business today, Mr. Ryan, counsel for the FINRA Claimants, communicated with the other parties for the first time during the course of these negotiations, requesting additional changes to the agreement,



The Honorable Janet C. Hall
August 9, 2012
Page 2

which are not contemplated in this Court's July 30 Notice.  (Ex. G)  Plaintiffs' counsel asked Mr. Ryan whether he would agree to the agreement as circulated, without his additional changes.  (*Id.*)  As of this filing, neither Mr. Ryan nor Defendants McFadden and McMullan have responded further.  However, given Mr. McMullan's earlier indication that he would execute the agreement Plaintiffs circulated, Plaintiffs expect that he will do so.  FINRA Claimants' counsel have given the parties no such indication.

If the Court would like further information regarding these negotiations, we stand ready to provide it.

                                  Respectfully,

                                  /s/ Reid L. Ashinoff
                                  Reid L. Ashinoff


cc:       All counsel of record (via ECF)
           Martin Q. Ryan, Esq., Counsel for FINRA Claimants (via e-mail)
           Alma Toplic, FINRA Case Administrator (via e-mail)