# Exhibit B

# Kroot, Joshua

| From: | Kroot, Joshua |
| --- | --- |
| Sent: | Tuesday, August 07, 2012 10:34 AM |
| To: | 'Alma.Toplic@finra.org'; David P. Friedman; 'Ka Fei Wong'; 'Martin Ryan' |
| Cc: | Ashinoff, Reid L.; Zahner, Brendan E. |
| Subject: | FW: Protective Order |
| Attachments: | 0305 2012-07-30 Court Notice re Wording in protective order.pdf; 0299-1 Exhibit A.pdf; 0299-2 Exhibit B.pdf; FINRA Protective Order Revise 8-6-2012.pdf |

All,

The protective order circulated yesterday contains no changes other than the one change ordered by Judge Hall. Attached for your reference is:

1. Judge Hall's 7/30/2012 Order (Docket No. 305);
2. Docket No. 299-1, referenced in Judge Hall's order and adopted by her with one alteration;
3. Docket No. 299-2, referenced in Judge Hall's order; and
3. the Protective Order circulated yesterday, which is the language from Doc. No. 299-1 with the single addition ordered by Judge Hall.

Judge Hall's order states in relevant part:

> The court views plaintiff's proposal (Doc. No. 299-1) to be appropriate, as modified by the two comments that follow.
>
> With regard to paragraph eight of plaintiff's proposal . . . amending plaintiff's proposal as follows would make that clear: "Nothing in this Protective Order shall restrict the right of the parties to disclose such Confidential Information to the FINRA arbitrators assigned to this case (the "Panel"), stenographic reporters, and FINRA personnel administering this case. The parties may, without violating this Protective Order, respond to regulatory authorities entitled by statute, regulation, or SRO rules to such disclosure."
>
> Second, with respect to paragraph thirteen of plaintiff's proposal (Doc. No. 299-1) and paragraphs thirteen and fourteen of FINRA claimants' proposal (Doc. No. 299-2), the court notes that counter claimants' proposal omits the explicit submission to the jurisdiction of this court for the enforcement of the Protective Order that is included in plaintiff's proposal. . . . [S]uch submission should be made explicitly. . . .
>
> With these comments and the amendment to paragraph eight set forth above, it is this court's view that plaintiff's version is adequate to address the needs of protecting confidential information, while allowing fair arbitration of the FINRA claims. The court expects the parties to enter into such agreement (plaintiff's version with the alteration).

Please compare Doc. No. 299-1 to the protective order circulated yesterday  All paragraphs, including paragraph 6, contain identical language, with the exception of the addition to paragraph 8 ordered by Judge Hall.

If you still believe that there is language in the order circulated yesterday that does not comport with Judge Hall's order, please identify the specific language you believe to be incorrect.

Ms. Toplic, please forward a copy of this email to Mr. McMullan per his instruction below.  Mr. Wong or Mr. Friedman, please forward a copy of this email to Mr. McFadden.

Best regards,

Josh

---

**From:** Tim McFadden [mailto:TMcFadden@tjtcapital.com]
**Sent:** Tuesday, August 07, 2012 10:02 AM
**To:** Tim McMullan; Martin Ryan; Kroot, Joshua; Ashinoff, Reid L.
**Cc:** alma.toplic@finra.org
**Subject:** RE: Protective Order

As Mr. McMullan has pointed out, the changes to the revised protective order went well beyond the edits recommended by Judge Hall.  With what has materialized in trying to have a signed protective order in place, I do not think that Mr. Ryan would agree to the current language unless you had another meet and confer that I asked to be a part of but obviously was not.  Please change the language back to what Judge Hall accepted, with her edits, and we can all sign the Protective Order before the 14 day time limit.

Tim McFadden

**Timothy McFadden, CFP®**
Managing Partner
TJT Capital Group, LLC
9 West Broad Street, 2nd Floor
Stamford, CT 06902
Phone: 877.282.4609
Fax: 203.504.8849



**CONFIDENTIALITY NOTICE:** *This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.  All e-mail sent to and from TJT Capital Group's e-mail system is subject to archiving, monitoring and/or review by TJT Capital Group personnel.*

---

**From:** Tim McMullan
**Sent:** Tuesday, August 07, 2012 8:17 AM
**To:** Martin Ryan; joshua.kroot@snrdenton.com; reid.ashinoff@snrdenton.com; Tim McFadden
**Cc:** alma.toplic@finra.org
**Subject:** Protective Order

The language in the attached protective order is not the language approved by Judge Hall, particularly in paragraph 6.
Please change the language back to the language approved by Judge Hall, along with her most recent edits.

Furthermore, I would ask representatives from SNR Denton to go through Alma Toplic of FINRA for all correspondence designated for me.

Tim

**Timothy McMullan**
Managing Partner
TJT Capital Group, LLC
9 West Broad Street, 2nd Floor
Stamford, CT 06902
Phone: 877-282-4609
Fax: 203.504.8849

**CONFIDENTIALITY NOTICE**: *This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.  All e-mail sent to and from TJT Capital Group's e-mail system is subject to archiving, monitoring and/or review by TJT Capital Group personnel.*

8/9/2012