# Exhibit C

## Kroot, Joshua

| | |
|---|---|
| **From:** | Tim McFadden [TMcFadden@tjtcapital.com] |
| **Sent:** | Tuesday, August 07, 2012 10:02 AM |
| **To:** | Tim McMullan; Martin Ryan; Kroot, Joshua; Ashinoff, Reid L. |
| **Cc:** | alma.toplic@finra.org |
| **Subject:** | RE: Protective Order |

As Mr. McMullan has pointed out, the changes to the revised protective order went well beyond the edits recommended by Judge Hall.  With what has materialized in trying to have a signed protective order in place, I do not think that Mr. Ryan would agree to the current language unless you had another meet and confer that I asked to be a part of but obviously was not.  Please change the language back to what Judge Hall accepted, with her edits, and we can all sign the Protective Order before the 14 day time limit.

Tim McFadden

**Timothy McFadden,** CFP®
Managing Partner
TJT Capital Group, LLC
9 West Broad Street, 2nd Floor
Stamford, CT 06902
Phone: 877.282.4609
Fax: 203.504.8849



*CONFIDENTIALITY NOTICE: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.  All e-mail sent to and from TJT Capital Group's e-mail system is subject to archiving, monitoring and/or review by TJT Capital Group personnel.*

---

**From:** Tim McMullan
**Sent:** Tuesday, August 07, 2012 8:17 AM
**To:** Martin Ryan; joshua.kroot@snrdenton.com; reid.ashinoff@snrdenton.com; Tim McFadden
**Cc:** alma.toplic@finra.org
**Subject:** Protective Order

The language in the attached protective order is not the language approved by Judge Hall, particularly in paragraph 6.
Please change the language back to the language approved by Judge Hall, along with her most recent edits.

Furthermore, I would ask representatives from SNR Denton to go through Alma Toplic of FINRA for all correspondence designated for me.

Tim

**Timothy McMullan**
Managing Partner
TJT Capital Group, LLC
9 West Broad Street, 2nd Floor
Stamford, CT 06902
Phone: 877-282-4609
Fax: 203.504.8849

**CONFIDENTIALITY NOTICE:** *This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.  All e-mail sent to and from TJT Capital Group's e-mail system is subject to archiving, monitoring and/or review by TJT Capital Group personnel.*

8/9/2012