# Exhibit D

## Kroot, Joshua

| | |
|---|---|
| **From:** | Kroot, Joshua |
| **Sent:** | Tuesday, August 07, 2012 11:13 AM |
| **To:** | 'Alma.Toplic@finra.org'; 'Ka Fei Wong'; David P. Friedman; 'Martin Ryan' |
| **Cc:** | Ashinoff, Reid L.; Zahner, Brendan E. |
| **Subject:** | FW: FINRA 11-03458 |
| **Attachments:** | Revised Protective Order - FINRA 11-03458.pdf; FINRA Protective Order Revise 8-6-2012.pdf |

Ms. Toplic, please forward the below to Mr. McMullan.  Mr. Wong/Mr. Friedman, please forward to Mr. McFadden.

The first protective order attached to Mr. McMullan's email (titled "Revised Protective Order - FINRA 11-03458.pdf") was a proposed protective order Mr. Ryan circulated, and Plaintiffs in the Connecticut case subsequently attached to their status report as Doc. No. 299-2.  Judge Hall explicitly rejected this draft in her order.  Please refer to her order (which I attached to my previous email) and you will see that the language in the protective order we circulated yesterday, (titled "FINRA Protective Order Revise 8-6-2012.pdf") makes no changes to the language in the protective order Judge Hall adopted, (Doc. No. 299-1) other than the single change Judge Hall directed.

We therefore again request that all parties to the FINRA arbitration sign and return the protective order we circulated yesterday as soon as possible so that productions can be made.

---

**From:** Tim McMullan [mailto:TMcMullan@tjtcapital.com]
**Sent:** Tuesday, August 07, 2012 10:45 AM
**To:** Kroot, Joshua; Ashinoff, Reid L.; Martin Ryan; Tim McFadden
**Cc:** alma.toplic@finra.org
**Subject:** FINRA 11-03458

Joshua:

Attached are drafts of the protective orders.  The language in your revised protective order clearly has been changed.
If you do not change the language back, including Judge Hall's edits, I will write a letter to Judge Hall documenting your changes.

Tim

**Timothy McMullan**
Managing Partner
TJT Capital Group, LLC
9 West Broad Street, 2nd Floor
Stamford, CT 06902
Phone: 877-282-4609
Fax: 203.504.8849

**CONFIDENTIALITY NOTICE**: *This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing,*

*copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. All e-mail sent to and from TJT Capital Group's e-mail system is subject to archiving, monitoring and/or review by TJT Capital Group personnel.*