# Exhibit E

Case 3:09-cv-01521-JCH   Document 306-5   Filed 08/09/12   Page 1 of 3

## Kroot, Joshua

| **From:** | Kroot, Joshua |
| **Sent:** | Wednesday, August 08, 2012 4:45 PM |
| **To:** | 'Martin Ryan' |
| **Cc:** | David P. Friedman; 'Ka Fei Wong'; 'Lauren Brown'; Ashinoff, Reid L.; Zahner, Brendan E.; Zitelli, Yolanda |
| **Subject:** | FW: Levi, et. al. v. Capital Brokerage, et. al.;FINRA DR No. 11-03458 |
| **Attachments:** | 2012 08 08 Ltr to Kroot re-Subpoenas.pdf; Subpoena- Genworth Financial Trust Co..pdf; Subpoena- Genworth Financial Wealth Mgmt..pdf |

Martin,

We do not have any record of having been served with your motion for the issuance of these subpoenas. Although the motion is dated June 29, 2012, it appears that we first received a copy of the motion on July 25, 2012, via e-mail, only after Yolanda Zitelli at our office received a letter from FINRA referencing the motion and asked you for a copy.

The motion itself contains no affidavit of service, and the cover letter, also dated June 29, 2012, that you provided to Ms. Zitelli that appears to have accompanied the motion when it was sent to FINRA does not indicate that we were cc'ed.  Please let me know if you can provide verified proof of service of the motion on us, to ensure that this is not merely an oversight on our part.

In addition, the Connecticut Court has set tomorrow as the deadline to inform it as to whether a confidentiality agreement has been reached in the FINRA matter.  I intend to submit our signed copy of the final version of the confidentiality agreement, which I circulated on Monday, to the Connecticut Court tomorrow, however we have not as of yet received executed signature pages from you or Messrs. McFadden or McMullan.

Provided that you email us your executed signature page, I will transmit that to the Connecticut Court tomorrow along with our own.  I will do the same for Messrs. McFadden and McMullan if we receive their executed signature pages.  If we do not receive these pages by close of business tomorrow, I will inform the Court that Claimants and/or Messrs. McFadden and McMullan have refused to sign the form of confidentiality agreement directed by Judge Hall.

David/Ka Fei, please forward this email to Messrs. McFadden and McMullan.

Best Regards,

Josh

---

**From:** Lauren Brown [mailto:LBrown@baughdaltonlaw.com]
**Sent:** Wednesday, August 08, 2012 11:34 AM
**To:** Kroot, Joshua
**Cc:** Martin Ryan
**Subject:** Levi, et. al. v. Capital Brokerage, et. al.;FINRA DR No. 11-03458

Dear Mr. Kroot,

Pursuant to the instructions of Martin Ryan, please see attached correspondence of today's date and enclosures.

If you have any difficulty retrieving the attached, please do not hesitate to contact me.

Best,
Lauren E. Brown
Paralegal



**Baugh, Dalton, Carlson & Ryan, LLC**
55 West Monroe Street, Suite 600
Chicago, IL 60603
312/863-3683 (direct)

8/9/2012