# Exhibit G

## Kroot, Joshua

| | |
|---|---|
| **From:** | Kroot, Joshua |
| **Sent:** | Thursday, August 09, 2012 6:57 PM |
| **To:** | 'Martin Ryan'; David P. Friedman; 'Ka Fei Wong' |
| **Cc:** | Ashinoff, Reid L. |
| **Subject:** | RE: Protective Order |

Martin,

We have not had any response from you until now, despite three requests over the course of the week that you sign the order or point to language that you think does not comport with Judge Hall's ruling.  We have been more than reasonable in agreeing to changes but it is in none of our interest to draw out these negotiations ad infinitum.

In the next few minutes, I must send a status report to the Connecticut Court.  Please let me know by 6:00 pm Chicago time whether you will agree to the latest order we circulated.

Best,
Josh

---

**From:** Martin Ryan [mailto:MRyan@baughdaltonlaw.com]
**Sent:** Thursday, August 09, 2012 6:23 PM
**To:** Kroot, Joshua; Tim McFadden; Tim McMullan
**Subject:** RE: Protective Order

Josh

Please revise the Protective Order in the FINRA so that the documents exchanged in this matter can be used in the AAA arbitration, so that we are not duplicating production.

**Martin Q. Ryan**
**BAUGH, DALTON, CARLSON & RYAN, LLC**
55 W. Monroe St., Suite 600
Chicago, IL 60603
312.863.3670 direct
312.759.0402 facsimile

This message contains confidential information that is intended for the recipient. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of any e-mail transmission sent or received. If verification is required, please request a hard-copy version.

---

**From:** Kroot, Joshua [mailto:joshua.kroot@snrdenton.com]
**Sent:** Thursday, August 09, 2012 4:11 PM
**To:** David P. Friedman; 'Ka Fei Wong'; Martin Ryan
**Cc:** Lauren Brown; 'Alma.Toplic@finra.org'; Ashinoff, Reid L.; Zahner, Brendan E.
**Subject:** FW: Protective Order

David/Ka Fei, please forward this email to Messrs. McFadden and McMullan.

All,

We view this change as reasonable.  To avoid any confusion, we have amended the typewritten agreement accordingly and executed it.  We have also included a redline showing the changes made.

We therefore request that although Mr. McMullan previously executed an agreement amended by hand, that he as well as Messrs. McFadden and Ryan execute the signature page of the attached amended typewritten agreement and provide via email the respective executed copies of the signature page to us.

Best regards,

Josh

Joshua Kroot
SNR Denton US LLP
D +1 212 398 5290
F +1 212 768 6800
joshua.kroot@snrdenton.com
snrdenton.com

1221 Avenue of the Americas
New York, NY 10020-1089

SNR Denton is the collective trade name for an international legal practice. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system.
Please see snrdenton.com for Legal Notices, including IRS Circular 230 Notice.

**From:** Tim McMullan [mailto:TMcMullan@tjtcapital.com]
**Sent:** Thursday, August 09, 2012 4:11 PM
**To:** Kroot, Joshua; Ashinoff, Reid L.; Martin Ryan; Tim McFadden
**Cc:** alma.toplic@finra.org
**Subject:** Protective Order

Joshua:

As indicated to you previously, I cannot agree to the language in the Protective Order as is.  However, I did make a minor change in the language at paragraph 6, which I believe is reasonable.   My paragraph 6 now says, "All Confidential Information produced hereunder shall be retained in the possession and control of the party or counsel receiving such Confidential Information."

This is consistent with the language in Document 299-2.

Tim

**Timothy McMullan**
Managing Partner
TJT Capital Group, LLC
9 West Broad Street, 2nd Floor
Stamford, CT 06902
Phone: 877-282-4609
Fax: 203.504.8849

**CONFIDENTIALITY NOTICE:** *This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify*

8/9/2012

*the sender and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.  All e-mail sent to and from TJT Capital Group's e-mail system is subject to archiving, monitoring and/or review by TJT Capital Group personnel.*