

SNR Denton US LLP
1221 Avenue of the Americas
New York, NY 10020-1089 USA

Reid L. Ashinoff
reid.ashinoff@snrdenton.com
D +1 212 768 6730
T +1 212 768 6700
F +1 212 768 6800
snrdenton.com

August 16, 2012

**BY ECF**

The Honorable Janet C. Hall
United States District Judge
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard - Suite 417
Bridgeport, Connecticut 06604


Re:   Genworth Financial Wealth Mgmt. Inc. v. McMullan et al., 3:09-cv-01521-JCH

Dear Judge Hall:

We represent Plaintiffs in the above referenced action (the "Action").  Yesterday, we received by mail an August 7, 2012 letter sent to this Court, but not docketed, by Timothy McMullan, one of the Defendants in the Action.  In his letter, Mr. McMullan asks that language recognizing his status as a *pro se* respondent in the FINRA action be added to the protective order Your Honor directed the parties execute governing that action (Doc. No. 305).

We write to inform the Court that the change Mr. McMullan has requested was already added to the most recent draft of the protective order that Plaintiffs executed and circulated for Defendants McFadden and McMullan's signatures last Thursday, August 9, 2012.  (Doc. No. 306-6)

Further, Plaintiffs write to memorialize their objection to the actions of Defendant McMullan, who, though *pro se* in the FINRA action, is not *pro se* in this case and is represented by counsel, yet communicated with the Court without docketing this communication, and sent a copy of his letter directly to the Court and to Plaintiffs, rather than via his counsel in the Action.

                Respectfully,

                /s/ Reid L. Ashinoff
                Reid L. Ashinoff


cc:   All counsel of record (via ECF)
      Martin Q. Ryan, Esq., Counsel for FINRA Claimants (via e-mail)
      Alma Toplic, FINRA Case Administrator (via e-mail)