

August 7, 2012

RECEIVED
2012 AUG -8 A 5: 42
CHAMBERS JANET C. HALL
U.S. DISTRICT JUDGE

The Honorable Janet C. Hall
United States District Judge
Brien McMahon Federal Building
Unites States Courthouse
915 Lafayette Boulevard – Suite 417
Bridgeport, CT 06604

Re:   Genworth Financial Wealth Mgmt. Inc. v. McMullan et al., 3:09-cv-01521-JCH

Dear Judge Hall:

I am writing as a Pro Se Respondent in the FINRA proceeding No. 11-03458 and in response to Your Notice dated July 27, 2012. (Doc. No. 305).

Please be advised that I cannot agree to the language in plaintiff's proposal (Doc. No. 299-1) particularly with respect to paragraph 6 ("All Confidential Information produced hereunder shall be retained in the possession and control of counsel"), as I am appearing Pro Se and need to receive and view all discovery in order to properly defend myself in this action. Furthermore, I previously reserved the right to file counterclaims and crossclaims in the FINRA matter, which necessitates my personal review and analysis of all relevant discovery.

Plaintiff in the Connecticut action has embarked on a three-year scorched earth legal campaign to punish me and inflict as much financial damage on the TJT Defendants for having the temerity for blowing the whistle on fraud conducted by Genworth on unsuspecting clients. Forcing me to accept plaintiff's paragraph 6 and hire counsel will only further escalate the undue costs and financial burden.

I believe claimants paragraph 6 (Doc. No. 299-2) which states "All Confidential Information produced hereunder shall be retained in possession and control of the party or counsel" is appropriate and just given my right to due process. Not modifying the language would be highly prejudicial against me. As such, I respectfully request that the language in paragraph 6 be reconsidered.

Also, please be advised that FINRA subpoenas were issued by the Chairperson on July 30, 2012 as discovery that was to be produced by Alexander Overkamp, Jeffrey Joseph, and Capital Brokerage Corporation in January 2012 had not been done.

Respectfully,

*Timothy McMullan*

Timothy McMullan

cc: FINRA, FINRA Claimants, FINRA Respondents

TJT Capital Group, LLC  ●  9 W. Broad Street  ●  Stamford, CT 06902  ●  877.282.4609 tel  ●  203.504.8849 fax  ●  tjtcapital.com