UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC. : Plaintiff, | CIVIL ACTION NO. 3:09-CV-1521 (JCH) |
| v. : | AUGUST 27, 2012 |
| TIMOTHY MCMULLAN ET AL., : Defendants. | |

**NOTICE**

On July 2, 2012, this court issued a Notice of its expectation that the parties to FINRA arbitration would enter into an agreement regarding their requests to the court for a Protective Order and requested that the parties notify the court if they failed to enter into such an agreement within fourteen days.  See Notice (Doc. No. 298).  On July 27, 2012, this court issued a second Notice of its views regarding the parties' proposed Protective Order, and its expectation that the parties would agree to such a Protective Order within fourteen days.  See Notice (Doc. No. 305).  In its second Notice, this court stated: "Absent some showing of good cause, if the parties do not enter into a protective order as described above, the court does not expect to approve a protective order, and thus, expects its injunction will prevent disclosure by defendants."  Id. at 3.

It appears that the plaintiff's attorney has circulated the proposed Order that the court found acceptable, but that only the plaintiff and defendant McMullan have signed or agreed to sign the proposed Order.  See Letter (Doc. No. 306).  As all parties have not entered into a Protective Order, the court sees no reason to take any action on the proposed Order.

**SO ORDERED.**

Dated at Bridgeport, Connecticut, this 27th day of August, 2012.


                                                /s/ Janet C. Hall
                                    Janet C. Hall
                                    United States District Judge