# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC | ) ) ) ) | Civil Action No. 3:09-CV-01521-PCD |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC | ) ) ) | |
| | ) | |
| Third-Party Plaintiffs, vs. | ) ) | SEPTEMBER 21, 2012 |
| | ) | |
| GURINDER AHLUWALIA | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Federal Rule of Civil Procedure 26(c) and Connecticut Local Rule 5(e),

Defendants and Third-Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden,

Karen Bazon, Tamara Rivera, and TJT Capital Group, LLC. (collectively "Defendants"),

hereby move for permission to file certain exhibits under seal and to file redacted versions of

these documents on the Court's ECF system with the information therein redacted.

The documents subject to this Motion are Exhibits 10 and 12 to Defendants'
Memorandum of Law in Opposition to Plaintiff's Motion in Limine Number One.  The two
exhibits consist of documents marked as "Confidential" and as "Confidential – Attorneys'
Eyes Only" by Plaintiff.  Exhibit 12 consists of Genworth's internal "Investment Advisor
Compliance Policies and Procedures Manual," which Genworth produced with the
designation "Confidential."  Exhibit 10 consists of an internal email communication between
Genworth employees, which Genworth produced with the designation "Confidential –
Attorneys' Eyes Only", although even a cursory review of the substance of the document
undercuts any notion that a "Confidential", much less an "Attorneys Eyes Only", designation
is appropriate, particularly since any concerns regarding client confidentiality could have
been resolved by a redaction of the client name.

Nevertheless, without conceding the appropriateness of the "Attorneys' Eyes Only"
designation to Exhibit 10, Defendants submit that there is good cause to seal the exhibits
because, pursuant to the parties' Stipulated Protective Order, material designated as
"Confidential" or "Confidential – Attorneys' Eyes Only" requires Defendants to file such
documents under seal.  Absent any ruling to the contrary by this Court, Defendants file this
motion to comply with the Stipulated Protective Order.

WHEREFORE, Defendants respectfully request that their Motion to Seal the
referenced exhibits be granted, and that Exhibits 10 and 12 should be placed under seal for
court review only.

Respectfully submitted,

DEFENDANTS TIMOTHY MCMULLAN, JAMES
COOK, TIMOTHY MCFADDEN, KAREN BAZON,
TAMARA RIVERA AND TJT CAPITAL GROUP,
LLC

AND

THIRD-PARTY PLAINTIFFS TIMOTHY
MCMULLAN, JAMES COOK, TIMOTHY
MCFADDEN AND TJT CAPITAL GROUP, LLC

By:     _/s/ David P. Friedman_____
        David P. Friedman (ct03558)
        dfriedman@murthalaw.com
        Ka Fei Wong (ct28130)
        kwong@murthalaw.com
        Murtha Cullina, LLP
        177 Broad Street
        Stamford, Connecticut  06901
        Phone:  203-653-5400
        Fax:  203-653-5444

<u>CERTIFICATION</u>

I hereby certify that on September 21, 2012, a copy of the foregoing was electronically

filed.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's

electronic filing system or by mail to anyone unable to accept electronic filing as indicated on

the Notice of Electronic Filing.  Parties may access this filing though the Court's CM/ECF

System.


By     */s/ David P. Friedman*_____
         David P. Friedman (ct03558)

4116388v1