**SNR DENTON**

SNR Denton US LLP
1221 Avenue of the Americas
New York, NY 10020-1089 USA

Reid L. Ashinoff
reid.ashinoff@snrdenton.com
D +1 212 768 6730
T +1 212 768 6700
F +1 212 768 6800
snrdenton.com

October 9, 2012

**BY ECF**

The Honorable Janet C. Hall
United States District Judge
Richard C. Lee United States Courthouse
141 Church Street
New Haven, Connecticut 06510

Re:   Genworth Financial Wealth Mgmt. Inc. v. McMullan et al., 3:09-cv-01521-JCH

Dear Judge Hall:

We represent the Plaintiff and Third Party Defendant ("Plaintiff") in the above referenced action (the "Action"), and write to inform the Court that the issues raised by Defendant McMullan in his September 28, 2012 and October 3, 2012 letters to the Court have been mooted and should be denied as such by the Court.

As the Court may recall, Defendants McMullan and McFadden were respondents in an arbitration entitled *Levi et al. v. Capital Brokerage Corp. et al.*, FINRA Case No. 11-03458 (the "FINRA Arbitration"). In his letters to the Court, Mr. McMullan asked the Court to rule that Mr. McMullan would not be in breach of the June 6, 2010 injunction against Defendants (Dkt. 101) if Mr. McMullan filed cross-claims and counterclaims in the FINRA Arbitration and produced material from this Action to the parties to the FINRA Arbitration. These issues are now moot, because all claims against Defendants McMullan and McFadden in the FINRA Arbitration were withdrawn with prejudice by Claimants yesterday, on October 8, 2012. (Exhibit A) Consequently, Mr. McMullan and Mr. McFadden are no longer parties to the FINRA Arbitration, and they have no duty to produce documents in the FINRA Arbitration and no right to file cross-claims or counterclaims in the FINRA Arbitration. As a result, the requests in the letters from Defendant McMullan should be denied as moot.

Further, Plaintiff objects to Mr. McMullan repeatedly seeking relief *pro se* in this Action through letter motions without docketing those motions. Although Mr. McMullan was *pro se* in the FINRA Arbitration, he is not *pro se* in this case. To the extent he seeks relief from the Court, those requests should come through his counsel and through proper channels. (*See also* Dkt. 309, where the Court docketed a August 7, 2012 letter that Mr. McMullan sent directly to the Court and to Plaintiffs but did not docket.)

Respectfully,

/s/ Reid L. Ashinoff
Reid L. Ashinoff

cc:   All counsel of record (via ECF)

# Exhibit A

### Kroot, Joshua

| | |
|---|---|
| **From:** | Zahner, Brendan E. |
| **Sent:** | Monday, October 08, 2012 5:40 PM |
| **To:** | Ashinoff, Reid L.; Kroot, Joshua |
| **Subject:** | FW: Levi v. Capital Brokerage et al - FINRA No. 11-03458 |
| **Attachments:** | 2012 10 08 Ltr to Toplic - Notice.pdf |

FYI

Brendan E. Zahner
New York
D 15339 (+1 212 768 5339)
F +1 212 768 6800
brendan.zahner@snrdenton.com

---

**From:** Martin Ryan [mailto:MRyan@baughdaltonlaw.com]
**Sent:** Monday, October 08, 2012 5:32 PM
**To:** Toplic, Alma; midwestprocessingcenter@finra.org
**Cc:** Zahner, Brendan E.; Tim McFadden; Tim McMullan; Erin Korrison
**Subject:** Levi v. Capital Brokerage et al - FINRA No. 11-03458

Dear Ms. Toplic:

In accordance with Rule 12701 of the Code, please let this correspondence serve to confirm that an agreement in principle has been reached regarding the claims against Respondents Capital Brokerage Corporation, Jeffrey Joseph and Alexander Overkamp in the above referenced matter, including any fees and costs assessed to Claimants. Based upon that agreement, we anticipate withdrawing with prejudice all claims against Respondents Capital Brokerage Corporation, Jeffrey Joseph and Alexander Overkamp once the settlement agreement is executed. Additionally, all claims against Respondents Timothy McFadden and Timothy McMullan are hereby withdrawn with prejudice in accordance with Rule 12702 of the Code.

If you have any questions or are in need of any additional information, please do not hesitate to contact me at your earliest convenience. Thank you for your attention to these matters.

**Martin Q. Ryan**
**BAUGH, DALTON, CARLSON & RYAN, LLC**
135 S. LaSalle St., Suite 2100
Chicago, IL 60603
312.863.3670 direct
312.759.0402 facsimile

This message contains confidential information that is intended for the recipient. If you are not the intended recipient, you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of any e-mail transmission sent or received. If verification is required, please request a hard-copy version.

**\*\*Please note the Chicago office of BDCR has moved offices and our new address is: 135 South LaSalle St., Suite 2100, Chicago, IL 60603.\*\***

10/9/2012

10/9/2012



Martin Q. Ryan
Attorney at Law

312/863-3670
mryan@baughdaltonlaw.com

BAUGH·DALTON·CARLSON·RYAN·LLC

October 8, 2012

**SENT VIA E-MAIL TO:**
Alma Toplic
Case Administrator
FINRA Dispute Resolution
55 West Monroe St., Suite 2600
Chicago, IL 60603
Alma.toplic@finra.org
Midwestprocessingcenter@finra.org

Re:   **Trudy Levi *et al.* v. Capital Brokerage Corporation, *et al.***
      FINRA No. 11-03458
      BDCR No. 3038-12094

Dear Ms. Toplic:

In accordance with Rule 12701 of the Code, please let this correspondence serve to confirm that an agreement in principle has been reached regarding the claims against Respondents Capital Brokerage Corporation, Jeffrey Joseph and Alexander Overkamp in the above referenced matter, including any fees and costs assessed to Claimants. Based upon that agreement, we anticipate withdrawing with prejudice all claims against Respondents Capital Brokerage Corporation, Jeffrey Joseph and Alexander Overkamp once the settlement agreement is executed. Additionally, all claims against Respondents Timothy McFadden and Timothy McMullan are hereby withdrawn with prejudice in accordance with Rule 12702 of the Code.

If you have any questions or are in need of any additional information, please do not hesitate to contact me at your earliest convenience. Thank you for your attention to these matters.

Very truly yours,

BAUGH, DALTON, CARLSON & RYAN LLC

Martin Q. Ryan

cc w/enc.:

| Brendan E. Zahner | Timothy McFadden | Timothy McMullan |
|---|---|---|
| SNR Denton US, LLC | TJT Capital Group | TJT Capital Group |
| 1221 Avenue of the Americas | 9 W. Broad St., 2nd Floor | 9 W. Broad St., 2nd Floor |
| New York, NY 10020 | Stamford, CT 06902 | Stamford, CT 06902 |
| bzbrendan.zahner@snrdenton.com | tmcfadden@tjtcapital.com | tmcmullan@tjtcapital.com |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------x
UNITED STATES OF AMERICA,                :       Docket №: 3:11-cv-448 (JCH)
    *ex rel.* Juanita Wright &         :
         Brian Heiferman,        :
                                         :
                Plaintiffs,       :
v.                                       :
                                         :
CORNELL SCOTT - HILL HEALTH              :
CORPORATION,                             :
                                         :
                Defendant.        :       October 9, 2012
-------------------------------------------------------x

## RELATORS' MOTION TO WITHDRAW

        Pursuant to 31 U.S.C. Section 3730(b)(1) and Rule 41 (a)(2) of the Federal Rules of Civil Procedure, the Relators, Juanita Wright and Brian Heiferman, hereby move to dismiss and withdraw this matter from the federal court's docket, for reasons as stated below:

        1.        On March 23, 2011, Relators brought, in camera and under seal, a false claims act *qui tam* complaint against Defendant, Cornell Scott-Hill Health Corporation on behalf of the United States of America. The complaint alleged three claims on behalf of the United States of America (False Claims Act in violation of 31 U.S.C. 3729(a)(1) [Count I]; False Records and Statements 31 U.S.C. 3729(a)(2) [Count II]; Conspiracy to Defraud 31 U.S.C. 3729 (a)(3) [Count III]) and three claims on behalf of Juanita Wright. (Violation of 31 U.S.C. 3730(h)[Count IV]; violation of Conn. Gen. Stat. 31-51q [Count V]; Wrongful Discharge in Violation of Public Policy [Count VI])

        2.        On May 14, 2012, the United States filed a Notice of Election to Decline Intervention in this action pursuant to 31 U.S.C. Section 3730(b)(4)(B).

3. In light of the United States' decision not to intervene, the Relators have decided not to pursue the *qui tam* matter in federal court and as such they will not be pursuing the claims on behalf of the United States of America (i.e. Counts I - III). However, Wright does intend to pursue her individual claims against Defendant.

4. On June 28, 2012, Relator, Juanita Wright, served upon Defendant, Cornell Scott-Hill Health Corporation a one-count state court complaint which alleges wrongful termination in violation of public policy. Wright intends to pursue that individual claim against the defendant in state court.

5. Neither Relator Wright nor Relator Heiferman intends to pursue claims on behalf of the United States. Accordingly, the Relators request that the *qui tam* complaint be dismissed and withdrawn consistent with 31 U.S.C. Section 3730(b)(1) and Rule 41 (a)(2) of the Federal Rules of Civil Procedure. Relators request that such dismissal and withdrawal shall have no prejudicial impact on Wright's ability to pursue her individual claim against defendant in Connecticut state court.

WHEREFORE, Relators request that the Government and this Court give written consent to the dismissal of the *qui tam* complaint consistent with the requirements of 31 U.S.C. Section 3730(b)(1) such that there shall be no prejudice to Wright pursuing her individual claim against Defendant in Connecticut state court.

                                            **RESPECTFULLY SUBMITTED,**
                                            **PLAINTIFF / RELATORS**


By:   */s/ Stephen J. Fitzgerald*
          Stephen J. Fitzgerald
          Federal Bar №: ct22939
          GARRISON, LEVIN-EPSTEIN, RICHARDSON,
                FITZGERALD & PIRROTTI, P.C.
          405 Orange Street
          New Haven, CT 06511
          Tel.: (203) 777-4425
          Fax: (203) 776-3965
          E-mail: Sfitzgerald@garrisonlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  9th  day of October, 2012, a copy of the foregoing **Motion to Withdraw** was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ Stephen J. Fitzgerald
Stephen J. Fitzgerald

4