# EXHIBIT 2

```
                                                          Page 1

 1
 2    UNITED STATES DISTRICT COURT
 3    DISTRICT OF CONNECTICUT
 4    Civil Action No. 3:09cv01521 VLB
 5    ----------------------------------------x
 6    GENWORTH FINANCIAL WEALTH
      MANAGEMENT INC.,
 7
                   Plaintiff,
 8
              vs.
 9
      TIMOTHY MCMULLAN, JAMES COOK,
10    TIMOTHY MCFADDEN, KAREN BAZON,
      TAMARA RIVERA and TJT CAPITAL
11    GROUP, LLC,
12                 Defendants.
      ----------------------------------------x
13    TIMOTHY MCMULLAN, JAMES COOK,
      TIMOTHY MCFADDEN and TJT CAPITAL
14    GROUP, LLC,
15                 Third-Party Plaintiffs,
16            vs.
17    GURINDER AHLUWALIA,
18                 Third-Party Defendant.
      ----------------------------------------x
19
20                       March 11, 2011
                         9:28 a.m.
21
22            Deposition of JEFFREY JOSEPH, held at
23    the offices of SNR DENTON US LLP, 1221 Avenue of
24    the Americas, New York, New York, before Francine
25    Sky, a Notary Public of the State of New York.
```

```
                                                    Page 188
 1                      Jeffrey Joseph
 2         A.    While employed?
 3         Q.    No, while she was not employed, from
 4   employees such as you and Todd who were
 5   employed.
 6         A.    No.
 7         Q.    Would that have been a breach of
 8   security by sending a CUSIP number?
 9         A.    A CUSIP?
10         Q.    Yes.  Just the CUSIP.
11         A.    I don't think so.
12         Q.    I don't think so, either.  Clients
13   can get a CUSIP number by going to a CUSIP
14   directory on the Internet, couldn't they?
15         A.    They could get it somewhere.
16         Q.    A lot of places, so that's not
17   confidential information, is it?
18         A.    CUSIP numbers are not.
19         Q.    So if one of the Defendants sent a
20   CUSIP number to a custodian like Schwab would
21   that be a Trade Secrets violation?
22               MR. ZAHNER:  Objection.
23         Q.    You can answer.  It wasn't Trade
24   Secrets or confidential breach by Jody Trujillo
25   and you and Todd, so why would it be any
```

Page 346

C E R T I F I C A T E

STATE OF NEW YORK    )
                     : ss.
COUNTY OF NEW YORK   )

    I, FRANCINE SKY, a Certified Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

    That JEFFREY JOSEPH, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

    I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto set my hand this 27th day of March, 2011.

_____
FRANCINE SKY