UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC, <br><br> Defendants. | Civil Action No. 3:09-CV-1521-JCH <br><br><br> **MOTION TO SEAL EXHIBIT IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION IN LIMINE** |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> GURINDER AHLUWALIA, <br><br> Third-Party Defendant. | October 24, 2012 |

  Pursuant to Local Rule 5(e), Plaintiff Genworth Financial Wealth Management, Inc. ("Genworth"), hereby moves for permission to file an exhibit to its Response to Defendants' Motion *in Limine* under seal and to file a redacted version of that document on the court's ECF system.

  The document that is the subject of this Motion is Exhibit 14, which contains excerpts from the January 8, 2010 deposition of James Cook regarding his failure to assemble or locate and produce Genworth's confidential information. Genworth submits that good cause exists to seal the exhibits because Defendants designated the transcript as "CONFIDENTIAL" pursuant to

a Protective Ordered entered by the Court on April 12, 2010.  (Doc. No 88.)  In order to protect the confidential and proprietary interest of the parties and third parties responding to discovery in this action, the Protective Order allows third parties to designate as "Confidential" both deposition testimony and information produced in response to a subpoena that is believed to be confidential and proprietary, so as to limit further dissemination of those materials.   Under this Order, "If it becomes necessary to file Designated Material with the Court, a party must comply with Local Civil Rule 5 by moving before the Court to file such Designated Materials under seal."  (*Id.*)

Plaintiffs have filed a Motion *in Limine* to preclude the admission of the named Defendants' deposition testimony.  It is necessary for Genworth to file the above-referenced exhibit with the court in order to illustrate the importance of Mr. Cook's designated deposition testimony to this case, and why Defendants do not wish to be confronted with it.  Exhibit 14 contains testimony by Mr. Cook swearing he did not improperly use Genworth's confidential propriety information, and destroyed any such information in his possession.  Such testimony has been prove false through third party discovery, causing Mr. Cook to recant his statements and change his entire story.

Genworth's Motion is narrowly tailored to the interests of protecting the parties' confidential and proprietary information and the personal and/or confidential and proprietary information of non-parties.  Related documents not containing the protected information, including all other exhibits to Genworth's Reply to Defendants' Motion *in Limine*, will be electronically filed, unsealed, on the Court's docket.

**WHEREFORE,** Genworth respectfully requests that the Court grant this Motion to Seal the referenced exhibits related to its Reply to Defendants' Motion *in Limine*.

Dated:  New York, New York
       October 24, 2012          Respectfully Submitted,

          s/Reid Ashinoff
            Reid L. Ashinoff  *(admitted phv)*
            Sandra D. Hauser *(admitted phv)*
            Brendan E. Zahner *(admitted phv)*
          SNR DENTON US LLP
          1221 Avenue of the Americas
          New York, NY 10020
          reid.ashinoff@snrdenton.com
          sandra.hauser@snrdenton.com
          brendan.zahner@snrdenton.com
          Tele: (212) 768-6700
          Fax: (212) 768-6800

          McCARTER & ENGLISH, LLP
          Eric W. Wiechmann (CT 04331)
          Elizabeth M. Smith (CT 19808)
          City Place I, 185 Asylum Street
          Hartford, Connecticut 06103-3495
          ewiechmann@mccarter.com
          esmith@mccarter.com
          Tele: 860-275-6763
          Fax: 860-560-5970
          *Counsel for Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I have caused to be served a true and correct copy of the foregoing document on this 24th day of October 2012 via Fed Ex and electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.


    _s/Reid Ashinoff
    Reid Ashinoff