UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., :<br>Plaintiff, | CIVIL ACTION NO.<br>3:09-CV-1521 (JCH) |
| v. : | |
| TIMOTHY MCMULLAN;<br>JAMES COOK;<br>TIMOTHY MCFADDEN;<br>KAREN BAZON;<br>TAMARA RIVERA;<br>and TJT CAPITAL GROUP,<br>Defendants. | OCTOBER 25, 2012 |
| TIMOTHY MCMULLAN;<br>JAMES COOK;<br>TIMOTHY MCFADDEN;<br>and TJT CAPITAL GROUP,<br>Counter-Claimants and<br>Third-Party Plaintiffs, | |
| v. | |
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.,<br>Counter-Claim Defendant, | |
| GURINDER AHLUWALIA,<br>Third-Party Defendant. | |

**ORDER TO SHOW CAUSE**

Plaintiff/third-party defendant is hereby ordered to show why the court should not clarify the Preliminary Injunction Order (Doc. No. 101) to allow the defendants/third-party plaintiffs to respond to a request for documentation pursuant to the FINRA investigation.  See Mot. for Clarification (Doc. No. 321).  Plaintiff/third-party defendant must file a response to this Order by October 30, 2012.

**SO ORDERED.**

    Dated at New Haven, Connecticut, this 25th day of October, 2012.


                                    /s/ Janet C. Hall
                          Janet C. Hall
                          United States District Judge