UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.,<br><br>         Plaintiff,<br>  v.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC,<br><br>         Defendants. | Civil Action No. 3:09-CV-1521-JCH |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC,<br><br>         Third-Party Plaintiffs,<br>  v.<br><br>GURINDER AHLUWALIA,<br><br>         Third-Party Defendant. | October 26, 2012 |

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that I have caused to be served a true and correct copy of Plaintiff's Summary of Expert's Opinions and Qualifications (Dkt. 331) on the 25th day of October 2012 via electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                     ___/s/ Reid Ashinoff_____