# EXHIBIT A

**FINRA Dispute Resolution**
**Midwest Processing Center**
**55 West Monroe Street**
**Suite 2600**
**Chicago, IL 60603**
**E-mail:midwestprocessingcenter@finra.org**
**Phone: 312-899-4440**
**Fax: 312-236-9239**



Number of Pages including the Cover Sheet: _____

Date: 09/27/2012

Case Number: 11-03458

Case Name:  Trudy Levi and Baroukh Levi vs. Capital Brokerage Corporation, Timothy McFadden, et al.

To:
| | | |
|---|---|---|
| Timothy McFadden | Phone: 203-504-8850 | Fax: |
| Timothy Owen McMullan | Phone: 203-788-4371 | Fax: |
| Joshua Kroot | Phone: 212-398-5290 | Fax: 212-768-6800 |
| Reid L. Ashinoff | Phone: 212-768-6700 | Fax: 212-768-6800 |
| Martin Q. Ryan | Phone: 312-863-3670 | Fax: 312/759-0402 |

From:   Alma Toplic
        Case Administrator

Message:

This facsimile transmission is intended only for the addressee(s) shown above. It may contain information that is privileged, confidential, or otherwise protected from disclosure. Any review, dissemination or use of this transmission or its contents by persons other than addressee is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at the above number.

# FINRA

Financial Industry Regulatory Authority

September 27, 2012

Reid L. Ashinoff, Esq.
SNR Denton US LLP
1221 Avenue of the Americas
New York, NY 10020

Subject:   FINRA Dispute Resolution Arbitration Number 11-03458
           Trudy Levi and Baroukh Levi vs. Capital Brokerage Corporation, Timothy McFadden, et al.

Dear Mr. Ashinoff:

Enclosed please find the Chairperson's decision regarding Claimants' Motion to Compel Respondents Capital Brokerage Corporation, Alexander Overkamp and Jeffrey Joseph's Compliance with Rule 12507, dated August 17, 2012.

Please be advised that on June 28, 2005, the Securities and Exchange Commission (SEC) approved an amendment to IM-10104 to provide a $200 honorarium for Arbitrators who decide a discovery-related motion without a pre-hearing conference. The honorarium will be paid to Arbitrators for decisions rendered on or after September 26, 2005.

A discovery-related motion and any replies or correspondence relating to the motion are considered to be a single motion. Each Arbitrator that participates in deciding the discovery-related motion will be compensated $200.

Please see Notice to Members 05-55 for more details on this rule. The Notice to Members can be located on our website at www.finra.org.

The Panel will allocate the cost of each Arbitrator's honorarium for deciding the above-referenced motion to the parties when the case is closed.

If you have any questions, please contact our office at the number above.

Very truly yours,

*Alma Toplic*
Alma Toplic
Case Administrator
Phone:  312-899-4440
Fax:    301-527-4857

Investor protection. Market integrity.

Dispute Resolution
Midwest Regional Office

55 West Monroe Street
Suite 2600
Chicago, IL
60603-5104

t 312 899 4440
f 312 236 9239
www.finra.org

Alma.Toplic@finra.org

AS1:vxm:LC58C
idr: 09/14/2012

CC:
    John D. Crawford
    Champ W. Davis, Jr.
    Elizabeth C. Simon

RECIPIENTS:
    Reid L. Ashinoff, Esq., Alexander Bernd Overkamp
    SNR Denton US LLP, 1221 Avenue of the Americas, New York, NY 10020

    Reid L. Ashinoff, Esq., Jeffrey Joseph
    SNR Denton US LLP, 1221 Avenue of the Americas, New York, NY 10020

    Joshua Kroot, Esq., Capital Brokerage Corporation
    SNR Denton US LLP, 1221 Avenue of the Americas, New York, NY 10020

    Timothy McFadden, Timothy Mcfadden
    4250 Van Cortlandt Pk. East, # 2G, Bronx, NY 10470

    Timothy Owen McMullan, Timothy Owen Mcmullan
    9 W. Broad Street, Stamford, CT 06902

    Martin Q. Ryan, Esq., The Park Anestheia LLC 401K Plan
    Baugh-Dalton-Carlson-Ryan-LLC, 135 S. LaSalle St.,, Suite 2100, Chicago, IL 60603

    Martin Q. Ryan, Esq., Trudy and Baroukh Levi Joint Acct.
    Baugh-Dalton-Carlson-Ryan-LLC, 135 S. LaSalle St.,, Suite 2100, Chicago, IL 60603

    Martin Q. Ryan, Esq., Pro Anesthesia SC Emp RP
    Baugh-Dalton-Carlson-Ryan-LLC, 135 S. LaSalle St.,, Suite 2100, Chicago, IL 60603

    Martin Q. Ryan, Esq., Baroukh Levi
    Baugh-Dalton-Carlson-Ryan-LLC, 135 S. LaSalle St.,, Suite 2100, Chicago, IL 60603

    Martin Q. Ryan, Esq., Trudy Levi
    Baugh-Dalton-Carlson-Ryan-LLC, 135 S. LaSalle St.,, Suite 2100, Chicago, IL 60603

    Martin Q. Ryan, Esq., Baroukh Levi IRA
    Baugh-Dalton-Carlson-Ryan-LLC, 135 S. LaSalle St.,, Suite 2100, Chicago, IL 60603

    Martin Q. Ryan, Esq., Park Anesthesia PSP
    Baugh-Dalton-Carlson-Ryan-LLC, 135 S. LaSalle St.,, Suite 2100, Chicago, IL 60603

    Martin Q. Ryan, Esq., Park Anesthesiologist PSP
    Baugh-Dalton-Carlson-Ryan-LLC, 135 S. LaSalle St.,, Suite 2100, Chicago, IL 60603

    Martin Q. Ryan, Esq., Baroukh Levi Living Trust

Baugh-Dalton-Carlson-Ryan-LLC, 135 S. LaSalle St.,, Suite 2100, Chicago, IL 60603

# FINRA Dispute Resolution

## ORDER

Case Number: 11-03458

Date 9/17 SEP 20 2012

**Case Name:** Levi v. Capital Brokerage Corp., McFadden., etc

**Issues Addressed:** (ie., name of motion or request, by which party)

(1) Claimants' Motion to Compel Respondents CBC, Overkamp & Joseph's Compliance with Rule #2507 and for Info and Docs. Requested in Claimants" First Request

(2) Claimants' Cross-Motion for Protective Order re Irrelevant Information

**Pre-Hearing Conference Held?:**   Yes   (No)   (circle one)

Date/Time:

Participating in the conference were:

Chairperson: _____

Panelist: _____

Panelist: _____

Claimant's Representative: _____

#1 Respondent's Representative: _____

#2 Respondent's Representative: _____

FINRA Dispute Resolution Staff: _____

**Decided by:** (Chairperson)   Panel   (circle one)

**Rulings:**[1]

After considering the pleadings submitted by the parties (and oral arguments, if pre-hearing conference held), the Panel/Chairperson rules as follows:

1. _____

---

[1] If more space is needed, add additional pages.

In response to the Claimants' First Request, the Respondents state that they furnished the documents and info required by List 1 (Response, p. 5), although the Claimants state they failed to include some required documents (Motion, p. 4). The Respondents have many General and specific objections to the info and docs requested in the First Request.

Although the Claimants state that the docs and info in the 1st Request are "presumptively discoverable" under List 1, the many requests for information or documents involving Genworth Financial Wealth Management, which is not a member of FINRA or a party to this Case, go far beyond what is necessary for a fair disposition of the Claims; the Claimants and Respondents in their submissions to this Panel evidence a knowledge of the Robert Brinker model portfolios which makes much of the information as to "types of products" unnecessary, and indicates that the basic information in List 1 is sufficient to dispose of the issues. The respondents state that they are not in possession or control of the documents and information known only to Genworth which are demanded in this Motion, and have furnished whatever Genworth records they have in their possession and control.

The Motion to Compel is denied.

The Respondents' Cross-Motion for a Protective Order Preventing Claimants from seeking irrelevant information is denied.

If the parties settle this matter prior to the hearing, the forum fees for this pre-hearing conference (or discovery-related motion decided without a pre-hearing conference) are assessed as follows:

_50_ % to Claimant(s), jointly and severally
_50_ % to Respondent(s), jointly and severally
____ % assessed to _____
____ % assessed to _____
____ % assessed to _____
____ % assessed to _____

X _John D Crawford_     Date: _9/18/12_
Chairperson,
On behalf of the Arbitration Panel