# EXHIBIT 3



Financial Industry Regulatory Authority

September 27, 2012

Martin Q. Ryan, Esq.
Baugh-Dalton-Carlson-Ryan-LLC
135 S. LaSalle St.,
Suite 2100
Chicago, IL 60603

Subject:   FINRA Dispute Resolution Arbitration Number 11-03458
           Trudy Levi and Baroukh Levi vs. Capital Brokerage Corporation, Timothy McFadden, et al.

Dear Mr. Ryan:

Enclosed please find the Chairperson's decision regarding Capital Brokerage Corporation, Alexander Overkamp and Jeffrey Joseph's Motion for Partial Reconsideration and for an Order directing Claimants to Execute the Confidentiality Order.

Please be advised that on June 28, 2005, the Securities and Exchange Commission (SEC) approved an amendment to IM-10104 to provide a $200 honorarium for Arbitrators who decide a discovery-related motion without a pre-hearing conference. The honorarium will be paid to Arbitrators for decisions rendered on or after September 26, 2005.

A discovery-related motion and any replies or correspondence relating to the motion are considered to be a single motion. Each Arbitrator that participates in deciding the discovery-related motion will be compensated $200.

Please see Notice to Members 05-55 for more details on this rule. The Notice to Members can be located on our website at www.finra.org.

The Panel will allocate the cost of each Arbitrator's honorarium for deciding the above-referenced motion to the parties when the case is closed.

If you have any questions, please contact our office at the number above.

Very truly yours,

Alma Toplic
Case Administrator
Phone:   312-899-4440

Investor protection. Market integrity.     Dispute Resolution        55 West Monroe Street    t 312 899 4440
                                           Midwest Regional Office   Suite 2600               f 312 236 9239
                                                                     Chicago, IL              www.finra.org
                                                                     60603-5104

Fax:    301-527-4857
Alma.Toplic@finra.org

AS1:gcg:LC58C
idr: 09/14/2012

CC:
    John D. Crawford
    Champ W. Davis, Jr.
    Elizabeth C. Simon

RECIPIENTS:
    Reid L. Ashincff, Esq., Alexander Bernd Overkamp
    SNR Denton US LLP, 1221 Avenue of the Americas, New York, NY 10020

    Reid L. Ashincff, Esq., Jeffrey Joseph
    SNR Denton US LLP, 1221 Avenue of the Americas, New York, NY 10020

    Joshua Kroot, Esq., Capital Brokerage Corporation
    SNR Denton US LLP, 1221 Avenue of the Americas, New York, NY 10020

    Timothy McFadden, Timothy Mcfadden
    4250 Van Cortlandt Pk. East, # 2G, Bronx, NY 10470

    Timothy Owen McMullan, Timothy Owen Mcmullan
    9 W. Broad Street, Stamford, CT 06902

    Martin Q. Ryan, Esq., The Park Anestheia LLC 401K Plan
    Baugh-Dalton-Carlson-Ryan-LLC, 135 S. LaSalle St.,, Suite 2100, Chicago, IL 60603

    Martin Q. Ryan, Esq., Trudy and Baroukh Levi Joint Acct.
    Baugh-Dalton-Carlson-Ryan-LLC, 135 S. LaSalle St.,, Suite 2100, Chicago, IL 60603

    Martin Q. Ryan, Esq., Pro Anesthesia SC Emp RP
    Baugh-Dalton-Carlson-Ryan-LLC, 135 S. LaSalle St.,, Suite 2100, Chicago, IL 60603

    Martin Q. Ryan, Esq., Baroukh Levi
    Baugh-Dalton-Carlson-Ryan-LLC, 135 S. LaSalle St.,, Suite 2100, Chicago, IL 60603

    Martin Q. Ryan, Esq., Trudy Levi
    Baugh-Dalton-Carlson-Ryan-LLC, 135 S. LaSalle St.,, Suite 2100, Chicago, IL 60603

    Martin Q. Ryan, Esq., Baroukh Levi IRA
    Baugh-Dalton-Carlson-Ryan-LLC, 135 S. LaSalle St.,, Suite 2100, Chicago, IL 60603

    Martin Q. Ryan, Esq., Park Anesthesia PSP
    Baugh-Dalton-Carlson-Ryan-LLC, 135 S. LaSalle St.,, Suite 2100, Chicago, IL 60603

    Martin Q. Ryan, Esq., Park Anesthesiologist PSP
    Baugh-Dalton-Carlson-Ryan-LLC, 135 S. LaSalle St.,, Suite 2100, Chicago, IL 60603

Martin Q. Ryan, Esq., Baroukh Levi Living Trust
Baugh-Dalton-Carlson-Ryan-LLC, 135 S. LaSalle St., Suite 2100, Chicago, IL 60603

# FINRA Dispute Resolution

## ORDER

**Case Number:** 11-03458

**Case Name:** Levi v. Capital Brokerage Corp. McFadden, etc.

**Issues Addressed:** (ie., name of motion or request, by which party)

~~Motion by Respondents CBC, Overkamp and Joseph for (1) Partial reconsideration of Panel's Order of Aug. 11(14), 2012 and (2) Order directing Claimants to Execute Confidentiality Order~~

**Pre-Hearing Conference Held?:**   Yes   (No)   (circle one)

**Date/Time:**

**Participating in the conference were:**

**Chairperson:** _____

**Panelist:** _____

**Panelist:** _____

**Claimant's Representative:** _____

**#1 Respondent's Representative:** _____

**#2 Respondent's Representative:** _____

**FINRA Dispute Resolution Staff:** _____

**Decided by:**   (Chairperson)   Panel   (circle one)

**Rulings:**[1]

After considering the pleadings submitted by the parties (and oral arguments, if pre-hearing conference held), the Panel/Chairperson rules as follows:

1. _____

---

[1] If more space is needed, add additional pages.

The U.S. District Court of Connecticut, in clarifying the meaning of "proprietary information" or "trade secrets" in its injunction of June 20, 2010 (which remains in effect), made a clear distinction between such types of protected information and routine discovery requests, which did not involve protected information.

The Respondents' Motion stretches the Court's informal use of the term "confidential" at various points in its rulings on the issue to cover more than trade secrets or proprietary information. As pointed out in this Panel's Order of August 11, 2012, The Court had no intention to require a protective agreement or order before responding to requests for non-sensitive information such as requested in List 1.

Motion is denied.

If the parties settle this matter prior to the hearing, the forum fees for this pre-hearing conference (or discovery-related motion decided without a pre-hearing conference) are assessed as follows

\_\_\_\_ % to Claimant(s), jointly and severally
_100_ % to Respondent(s), jointly and severally
\_\_\_\_ % assessed to _____
\_\_\_\_ % assessed to _____
\_\_\_\_ % assessed to _____
\_\_\_\_ % assessed to _____

x _John D Crawford_   Date: _Sept, 19, 2012_
Chairperson,
On behalf of the Arbitration Panel