**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC. | ) | Civil Action No. 3:09-CV-01521-JCH |
| Plaintiff, | ) | |
| vs. | ) | |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC | ) | |
| Defendants. | ) | |
| _____ | ) | |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC | ) | DECEMBER 3, 2012 |
| Third-Party Plaintiffs, | ) | |
| vs. | ) | |
| GURINDER AHLUWALIA | ) | |
| Third-Party Defendant. | ) | |

**DEFENDANTS / THIRD-PARTY PLAINTIFFS' MOTION**
**FOR RECONSIDERATION / CLARIFICATION**

Pursuant to Rule 7(c) of the Local Rules of Civil Procedure, Defendants and Third-Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera, and TJT Capital Group, LLC (collectively "Defendants") respectfully move for reconsideration / clarification on a limited basis, of the Court's decision (Docket No. 349) granting, as stated on the record, Motion in Limine No. 1

filed by Plaintiff Genworth Financial Wealth Management, Inc., and Third-Party Defendant Gurinder Ahluwalia (collectively, "Genworth") (Docket No. 301).  For the reasons more fully set forth in the accompanying Memorandum in Support of this motion, Defendants respectfully request that the Court reconsider / clarify its decision on Plaintiff's Motion in Limine No. 1 to allow Defendants to provide documentary evidence and testimony regarding the full extent of the Principal Defendants' communications with customers.

    Respectfully submitted,

    DEFENDANTS TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC

    AND

    THIRD-PARTY PLAINTIFFS TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN AND TJT CAPITAL GROUP, LLC

    By:   /s/ Ka Fei Wong
          David P. Friedman (ct03558)
          dfriedman@murthalaw.com
          Ka Fei Wong (ct28130)
          kwong@murthalaw.com

    Murtha Cullina, LLP
    177 Broad Street, 4th Floor
    Stamford, Connecticut  06901
    Phone:  203-653-5400
    Fax:  203-653-5444

-3-

## CERTIFICATION

I hereby certify that on December 3, 2012, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

                                             /s/ Ka Fei Wong
                                             Ka Fei Wong (ct28130)

4229137v1