UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT INCORPORATED,<br><br>      Plaintiff,<br><br>           v.<br><br>TIMOTHY MCMULLAN, *ET AL.*,<br><br>      Defendants. | Civil Action No. 3:09cv1521 (DCP) |

**ORDER**

The following motions, which are pending in this matter, are hereby referred to Judge Janet C. Hall for disposition: Motion in Limine, ECF No. 303; Motion in Limine, ECF No. 313; Motion in Limine, ECF No. 318; Motion for Reconsideration, ECF No. 359.

It is SO ORDERED.

                                                   ___/s/ Donald C. Pogue___
                                                     Donald C. Pogue, Judge[1]

Dated: December 14, 2012
      New York, NY

---

[1] The Honorable Donald C. Pogue, Chief Judge of the United States Court of International Trade, sitting by designation.