UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC. | ) | Civil Action No. 3:09-CV-01521-JCH |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC | ) ) ) | DECEMBER 14, 2012 |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| GURINDER AHLUWALIA | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**DEFENDANTS / THIRD-PARTY PLAINTIFFS' MOTION FOR PARTIAL
MODIFICATION OF PRELIMINARY INJUNCTION**

Pursuant to Rule 60(b)(6), Rule 59(e), and Rule 65 of the Federal Rules of Civil Procedure, Defendants and Third-Party Plaintiffs Timothy McMullan, James Cook, Timothy McFadden, Karen Bazon, Tamara Rivera, and TJT Capital Group, LLC (collectively "Defendants") respectfully move for partial modification of the preliminary injunction, issued by the Court over two and a half years ago, which enjoined

-1-

Defendants from, *inter alia*, communicating with plaintiff's counsel for the class action lawsuit and from communicating with and soliciting clients (Docket No. 101).  For the reasons more fully set forth in the accompanying memorandum in support of this motion, Defendants respectfully request that the Court modify the preliminary injunction to eliminate the restrictions on Defendants' ability to communicate with class action counsel and to solicit and communicate with customers.

Respectfully submitted,

DEFENDANTS TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA AND TJT CAPITAL GROUP, LLC

AND

THIRD-PARTY PLAINTIFFS TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN AND TJT CAPITAL GROUP, LLC

By:   /s/ Ka Fei Wong
David P. Friedman (ct03558)
dfriedman@murthalaw.com
Ka Fei Wong (ct28130)
kwong@murthalaw.com

Murtha Cullina, LLP
177 Broad Street, 4th Floor
Stamford, Connecticut  06901
Phone:  203-653-5400
Fax:  203-653-5444

## CERTIFICATION

I hereby certify that on December 14, 2012, a copy of the foregoing was electronically filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

                                                                  /s/ Ka Fei Wong
                                                                 Ka Fei Wong (ct28130)

4252209v1

Bates Number 3