UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, KAREN BAZON, TAMARA RIVERA and TJT CAPITAL GROUP, LLC,<br><br>　　　　　Defendants. | Civil Action No. 3:09-CV-1521-(DOP) |
| TIMOTHY MCMULLAN, JAMES COOK, TIMOTHY MCFADDEN, AND TJT CAPITAL GROUP, LLC,<br><br>　　　　　Third-Party Plaintiffs,<br><br>　　　　　v.<br><br>GURINDER AHLUWALIA,<br><br>　　　　　Third-Party Defendant. | December 19, 2012 |

**CONSENT MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO MOTION TO MODIFY INJUNCTION**

Pursuant to Fed. R. Civ. P. 6(b) and Local Civ. R. 7(b), Plaintiff Genworth Financial Wealth Management, Inc., and Third-Party Defendant Gurinder Ahluwalia (collectively, "Genworth"), hereby move for a two week extension of Genworth's time to respond to Defendants' Motion for Partial Modification of Preliminary Injunction, filed as docket entry 365 (the "Motion"), such that the deadline to respond would be extended to and including January 18, 2013.

There have been no prior motions to extend this deadline, and Defendants' counsel has consented to the requested extension.[1]

There is also good cause to grant the requested extension. In that regard, the Motion was filed on the afternoon of Friday December 14, 2012, and therefore opposition papers would ordinarily be due on January 4, 2013. In addition to the holidays of Christmas and New Years, the four attorneys at SNR Denton with primary responsibility for this case will be taking vacations during this timeframe. The current deadline therefore cannot be met with reasonable diligence, absent the cancellation of multiple personal commitments by counsel during the Christmas and New Year's holidays.

The requested extension will not impact any other deadline in the case. Genworth respectfully requests that the Court grant this two week extension, to which the Defendants have consented, so that the issues raised in the Motion may be adequately briefed by Genworth.

---

[1] Plaintiffs in return agreed that if requested, they would consent to a comparable extension of the Defendants' deadline to file their reply.

Dated:   December 19, 2012                    Respectfully submitted,

/s/     *Reid L. Ashinoff*
SNR DENTON US LLP
Reid L. Ashinoff  *(admitted phv)*
Brendan E. Zahner *(admitted phv)*
reid.ashinoff@snrdenton.com
brendan.zahner@snrdenton.com

1221 Avenue of the Americas
New York, NY 10020
Tele: (212) 768-6700
Fax: (212) 768-6800

MCCARTER & ENGLISH, LLP

Eric W. Wiechmann (ct04331)
Elizabeth M. Smith (ct19808)
ewiechmann@mccarter.com
esmith@mccarter.com

City Place I, 185 Asylum Street
Hartford, Connecticut 06103-3495
Tele: 860-275-6700
Fax: 860-724-3397

*Counsel for Plaintiff Genworth Financial Wealth Management, Inc. and Third-Party Defendant Gurinder Ahluwalia*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I have caused to be served a true and correct copy of the foregoing document on this 19th day of December, 2012, via electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                /s/ *Reid L. Ashinoff*
                                                  Reid L. Ashinoff