UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GENWORTH FINANCIAL WEALTH MANAGEMENT INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY MCMULLAN, *ET AL.*,<br><br>Defendants. | Civil Action No. 3:09cv1521 (DCP) |

**ORDER**

Pursuant to Plaintiff and Third-Party Defendant's Motion for Extension of Time to File Opposition to Motion to Modify Injunction, it is hereby

ORDERED that the Motion for Extension of Time is granted; and, it is further

ORDERED that opposition to the Motion for Partial Modification of Preliminary Injunction shall be filed no later than January 18, 2013.

          ___/s/ Donald C. Pogue___
          Donald C. Pogue, Judge[1]

Dated: December 20, 2012
     New York, NY

---

[1] The Honorable Donald C. Pogue, Chief Judge of the United States Court of International Trade, sitting by designation.